AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the  
Eastern District of Texas

| | |
|---|---|
| Headwater Research LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:23-cv-00379-JRG-RSP |
| T-Mobile US, Inc. et al ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Headwater Research LLC                                                                                                                  .

Date:    09/05/2023                                         /s/ Amy Hayden  
                                                                      *Attorney's signature*

                                                                      Amy Hayden CA Bar No. 287026  
                                                                      *Printed name and bar number*

                                                                      Russ August & Kabat  
                                                                      12424 Wilshire Blvd., 12th Floor  
                                                                      Los Angeles, CA 90025  
                                                                      *Address*

                                                                      ahayden@raklaw.com  
                                                                      *E-mail address*

                                                                      (310) 826-7474  
                                                                      *Telephone number*

                                                                      (310) 826-6991  
                                                                      *FAX number*