UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:23-CV-00379-JRG

Name of party requesting extension: T-Mobile US, Inc.

Is this the first application for extension of time in this case?  ✔ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 08/28/2023

Number of days requested:  ☐ 30 days
☐ 15 days
✔ Other 45 days

New Deadline Date: 11/02/2023   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Melissa Richards Smith
State Bar No.: 24001351
Firm Name: GILLAM & SMITH, LLP
Address: 303 South Washington Avenue
         Marshall, Texas 75670

Phone: (903) 934-8450
Fax:   (903) 934-9257
Email: melissa@gillamsmithlaw.com

A certificate of conference does not need to be filed with this unopposed application.