IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>T-MOBILE US, INC., T-MOBILE USA, INC., and SPRINT CORP.,<br><br>    *Defendants*. | Civil Action No. 2:23-cv-00379-JRG-RSP<br><br>**JURY DEMANDED** |

### NOTICE OF APPEARANCE

Notice is hereby given that Robert Christopher Bunt of Parker Bunt & Ainsworth, PC enters his appearance in this matter as additional counsel for Plaintiff Headwater Research LLC.

Mr. Bunt may receive all communications from the Court and all parties at Parker Bunt & Ainsworth, PC, 100 East Ferguson, Suite 418, Tyler, Texas 75702; Telephone 903-531-3535; Email: rcbunt@pbatyler.com.

                Respectfully submitted,

Dated: October 10, 2023.

                */s/ Robert Christopher Bunt*
                Robert Christopher Bunt
                Texas State Bar No. 00787165
                PARKER, BUNT & AINSWORTH, P.C.
                100 E. Ferguson Suite 418
                Tyler, Texas 75702
                Tel.: (903) 531-3535

                Marc Fenster
                CA State Bar No. 181067
                Email: mfenster@raklaw.com
                Reza Mirzaie
                CA State Bar No. 246953
                Email: rmirzaie@raklaw.com
                Brian Ledahl

CA State Bar No. 186579
Email: bledahl@raklaw.com
Ben Wang
CA State Bar No. 228712
Email: bwang@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Paul Kroeger
CA State Bar No. 229074
Email: pkroeger@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Kristopher Davis
CA State Bar No. 329627
Email: kdavis@raklaw.com
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
Philip Wang
CA State Bar No. 262239
Email: pwang@raklaw.com
Amy Hayden
CA State Bar No. 287026
Email: ahayden@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

**ATTORNEYS FOR PLAINTIFF
Headwater Research LLC**

2

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically on October 9, 2023 and has been served on all counsel who have consented to electronic service.

>                    */s/ Robert Christopher Bunt*
>                    Robert Christopher Bunt