IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>T-MOBILE US, INC., T-MOBILE USA, INC., AND SPRINT CORP.,<br><br>*Defendants*. | Civil Action No: 2:23-cv-00379-JRG-RSP<br><br>**JURY DEMANDED** |

### NOTICE OF APPEARANCE OF COUNSEL

The undersigned attorney hereby enters an appearance as lead counsel of record for Defendants T-Mobile US, Inc., T-Mobile USA, Inc., and Sprint Corp. ("Defendants"), and certifies that she is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of the above-named Defendants.

Katherine Q. Dominguez
New York Bar No. 4741237
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, New York, New York 10166
Telephone: (212) 351-2490
Facsimile: (212) 351-6390
KDominguez@gibsondunn.com

Dated:  November 2, 2023                             Respectfully submitted,

/s/ *Katherine Q. Dominguez*
Katherine Q. Dominguez
New York Bar No. 4741237
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
Telephone:  (212) 351-4000
Facsimile:  (212) 351-4025
Email:  KDominguez@gibsondunn.com

*Counsel for Defendants.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 2, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Katherine Q. Dominguez*