# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE US, INC., T-MOBILE USA, INC., AND SPRINT CORP.,<br><br>*Defendants*. | Civil Action No: 2:23-cv-00379-JRG-RSP<br><br>**JURY DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned attorney hereby enters an appearance as additional counsel of record for Defendants T-Mobile US, Inc., T-Mobile USA, Inc., and Sprint Corp. ("Defendants"), and certifies that he is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of the above-named Defendants.

Josh A. Krevitt
New York Bar No. 2568228
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, New York, New York 10166
Telephone: (212) 351-2490, Facsimile: (212) 351-6390
JKrevitt@gibsondunn.com

Dated:  November 2, 2023

Respectfully submitted,

/s/ *Josh A. Krevitt*
Josh A. Krevitt
New York Bar No. 2568228
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone:  (212) 351-2490
Facsimile:  (212) 351-6390
JKrevitt@gibsondunn.com

*Counsel for Defendants.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 2, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Josh A. Krevitt*