# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    *Plaintiff,*<br><br>  v.<br><br>T-MOBILE US, INC., T-MOBILE USA, INC., AND SPRINT CORP.,<br><br>    *Defendants*. | Civil Action No: 2:23-cv-00379-JRG-RSP<br><br>**JURY DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned attorney hereby enters an appearance as additional counsel of record for Defendants T-Mobile US, Inc., T-Mobile USA, Inc., and Sprint Corp. ("Defendants"), and certifies that he is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of the above-named Defendants.

Andrew Robb
California Bar No. 291438
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue, Palo Alto, CA 94301
Telephone: (650) 849-5334
Facsimile: (650) 849-5034
ARobb@gibsondunn.com

Dated:  November 2, 2023                              Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Andrew Robb*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Andrew Robb
　　　　　　　　　　　　　　　　　　　　　　　　　　　　California Bar No. 291438
　　　　　　　　　　　　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　310 University Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Palo Alto, CA 94301
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone:  (650) 849-5334
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (650) 849-5034
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email:  ARobb@gibsondunn.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 2, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Andrew Robb*