# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE US, INC., T-MOBILE USA, INC., and SPRINT CORP.,<br><br>Defendants. | CIVIL ACTION NO. 2:23-CV-00379 |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants submit the following Corporate Disclosure Statement:

T-Mobile USA, Inc., a Delaware corporation, is a wholly owned subsidiary of T-Mobile US, Inc., a Delaware corporation.  T-Mobile US, Inc. (NASDAQ: TMUS) is a publicly traded company listed on the NASDAQ Global Select Market of NASDAQ Stock Market LLC.  Deutsche Telekom Holding B.V., a limited liability company (*besloten vennotschap met beperkte aansprakelijkheidraies*) organized and existing under the laws of the Netherlands, owns more than 10 percent of T-Mobile US, Inc.'s stock.  Deutsche Telekom Holding B.V. is a direct, wholly owned subsidiary of T-Mobile Global Holding GmbH, a Gesellschaft mit beschränkter Haftung organized and existing under the laws of the Federal Republic of Germany.  Deutsche Telekom Holding B.V. is a direct, wholly owned subsidiary of T-Mobile Global Zwischenholding GmbH, a Gesellschaft mit beschränkter Haftung organized and existing under the laws of the Federal Republic of Germany.  Deutsche Telekom Holding B.V is a direct, wholly owned subsidiary of

Deutsche Telekom AG, an Aktiengesellschaft organized and existing under the laws of the Federal Republic of Germany. Deutsche Telekom AG's shares are traded on "Xetra" and the Frankfurt, Berlin, Düsseldorf, Hamburg, Hannover, Muchen, and Stuttgart stock exchanges in Germany. Deutsche Telekom AG's American Depository Shares, each representing one ordinary share, trade on the OTC market's highest tier, OTCQX International Premier ("DTEGY").

Sprint Corp., now known as Sprint LLC, is a wholly owned subsidiary of T-Mobile USA, Inc., which is a wholly-owned subsidiary of T-Mobile US, Inc. T-Mobile US, Inc. (NASDAQ: TMUS) is a publicly traded company listed on the NASDAQ Global Select Market of NASDAQ Stock Market LLC.

Dated:  November 2, 2023

/s/ Katherine Q. Dominguez
Katherine Q. Dominguez
kdominguez@gibsondunn.com
Josh A. Krevitt
jkrevitt@gibsondunn.com
Brian Rosenthal
brosenthal@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166-0193
Telephone:  (212) 351-4000
Facsimile:  (212) 351-4015

Robert Vincent
rvincent@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2923
Telephone:  (214) 698-3100
Facsimile:  (214) 571-2900

Andrew Robb
arobb@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
310 University Avenue
Palo Alto, California 94301
Telephone:  (650) 849-5300

Melissa Smith
melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**
313 S Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257

*Attorneys for Defendants*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 2, 2023, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of this filing to all registered participants.

                                                */s/ Katherine Q. Dominguez*
                                                Katherine Q. Dominguez