**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| Plaintiff, | CIVIL ACTION NO. 2:23-CV-00379 |
| v. | **JURY TRIAL DEMANDED** |
| T-MOBILE US, INC., T-MOBILE USA, INC., and SPRINT CORP., | |
| Defendants. | |

### <u>DEFENDANTS' AND COUNTERCLAIM-PLAINTIFF'S JURY DEMAND</u>

Pursuant to Local Rule CV-38(a), Defendants T-Mobile US, Inc. and Sprint LLC, and Defendant and Counterclaim-Plaintiff T-Mobile USA, Inc., respectfully demand a jury trial on all issues so triable.

DATED:  November 2, 2023

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Katherine Q. Dominguez*

Katherine Q. Dominguez (Lead Attorney)
kdominguez@gibsondunn.com
Josh A. Krevitt
jkrevitt@gibsondunn.com
Brian Rosenthal
brosenthal@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Robert Vincent
rvincent@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2923
Telephone:  (214) 698-3100
Facsimile:  (214) 571-2900

Andrew Robb
arobb@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
310 University Avenue
Palo Alto, CA 94301
Telephone:  (650) 849-5300

Melissa R. Smith
melissa@gillamsmithlaw.com
**GILLIAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

*Attorneys for Defendants and T-Mobile Counterclaimant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 2, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

<u>/s/ Katherine Q. Dominguez</u>
Katherine Q. Dominguez