# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff and Counterclaim-Defendant*,<br><br>v.<br><br>T-MOBILE US, INC., T-MOBILE USA, INC., and SPRINT CORP.,<br><br>*Defendants and Counterclaimant-Plaintiffs*. | Case No. 2:23-CV-00379-JRG-RSP<br>(Lead Case)<br><br>**ANSWER TO COUNTERCLAIMS**<br><br>**JURY TRIAL DEMANDED** |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff and Counterclaim-Defendant*,<br><br>v.<br><br>T-MOBILE US, INC., T-MOBILE USA, INC., and SPRINT CORP.,<br><br>*Defendants and Counterclaimant-Plaintiffs*. | Case No. 2:23-CV-00377-JRG-RSP<br>(Member Case)<br><br>**ANSWER TO COUNTERCLAIMS**<br><br>**JURY TRIAL DEMANDED** |

## HEADWATER'S ANSWER TO T-MOBILE'S COUNTERCLAIMS

Plaintiff and Counterclaim-Defendant Headwater Research LLC ("Headwater") hereby answers Defendants and Counterclaimant-Plaintiffs T-Mobile US, Inc., T-Mobile USA, Inc., and Sprint Corp.'s (collectively, "T-Mobile") counterclaims as follows:

## THE PARTIES

1. Headwater does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 and on that basis: denied.

2. Admitted that Headwater Research LLC is a Texas limited liability company with its headquarters at 110 North College Avenue, Suite 1116, Tyler, Texas 75702.

## JURISDICTION AND VENUE

3. Admitted.

4. Admitted.

5. Admitted.

6. Headwater admits that it has sued T-Mobile for infringement of the '543 Patent, and '042 Patent and that there is an actual controversy between Headwater and T-Mobile as to the infringement of the asserted patents. Headwater denies the remaining allegations of paragraph 6.

## COUNT 1
**(Declaratory Judgment of Non-Infringement of the '543 Patent)**

7. Headwater incorporates the preceding paragraphs by reference, as though fully set forth herein.

8. Denied.

9. Denied.

## COUNT 2
**(Declaratory Judgment of Invalidity of the '543 Patent)**

10. Headwater incorporates the preceding paragraphs by reference, as though fully set forth herein.

11. Denied.

12. Denied.

## COUNT 3
**(Declaratory Judgment of Non-Infringement of the '042 Patent)**

13. Headwater incorporates the preceding paragraphs by reference, as though fully set forth herein.

14. Denied.

15. Denied.

## COUNT 4
### (Declaratory Judgment of Invalidity of the '042 Patent)

16. Headwater incorporates the preceding paragraphs by reference, as though fully set forth herein.

17. Denied.

18. Denied.

## PRAYER FOR RELIEF

In response to T-Mobile's prayer for relief, Headwater denies that T-Mobile is entitled to any relief, including any of the relief requested in paragraphs A–E of T-Mobile's prayer for relief. Further, Headwater requests the following relief:

WHEREFORE, Headwater respectfully requests that this Court enter:

a. A judgment in favor of Headwater that T-Mobile has infringed, either directly or indirectly, literally, under the doctrine of equivalents, or otherwise, the '543 Patent and the '042 Patent;

b. A permanent injunction prohibiting T-Mobile from further acts of infringement of the '543 Patent and the '042 Patent;

c. A judgment and order requiring T-Mobile to pay Headwater its damages, enhanced damages, costs, expenses, and pre-judgment and post-judgment interest for T-Mobile's infringement of the '543 Patent and the '042 Patent;

d. A judgment and order requiring T-Mobile to provide accountings and to pay supplemental damages to Headwater, including without limitation, pre-judgment and post-judgment interest;

e. A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Headwater its reasonable attorneys' fees against

       T-Mobile; and

f.     Any other relief that the Court may deem appropriate and just.

## JURY DEMAND

Headwater, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

Dated: November 22, 2023            Respectfully submitted,

*/s/ Marc Fenster*
Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Brian Ledahl
CA State Bar No. 186579
Email: bledahl@raklaw.com
Ben Wang
CA State Bar No. 228712
Email: bwang@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Paul Kroeger
CA State Bar No. 229074
Email: pkroeger@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Kristopher Davis
CA State Bar No. 329627
Email: kdavis@raklaw.com
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
Philip Wang
CA State Bar No. 262239
Email: pwang@raklaw.com
Amy Hayden

4

                                CA State Bar No. 287026
                                Email: ahayden@raklaw.com
                                Jason M. Wietholter
                                CA State Bar No. 337139
                                Email: jwietholter@raklaw.com
                                RUSS AUGUST & KABAT
                                12424 Wilshire Blvd. 12th Floor
                                Los Angeles, CA 90025
                                Telephone: 310-826-7474

                                *Attorneys for Plaintiff and Counterclaim-*
                                *Defendant Headwater Research LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 22, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                        */s/ Marc Fenster*
                                                        Marc Fenster