UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE US, INC., T-MOBILE USA, INC., and SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00379-JRG-RSP<br><br>(Lead Case)<br><br>**JURY DEMANDED** |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE US, INC., T-MOBILE USA, INC., and SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00377-JRG-RSP<br><br>(Member Case)<br><br>**JURY DEMANDED** |

**JOINT MOTION FOR ENTRY OF AGREED
DOCKET CONTROL ORDER**

Plaintiff Headwater Research, LLC ("Headwater") and Defendants T-Mobile USA, Inc. ("T-Mobile USA"), T-Mobile US, Inc. ("T-Mobile US"), and Sprint Corp. ("Sprint") (collectively, "T-Mobile" or "Defendants"),[1] (all together, the "Parties") hereby jointly request that the Court enter the proposed Docket Control Order, attached hereto as Exhibit A.

---

[1] Defendants assert that T-Mobile US, Inc. is not a proper party to this lawsuit and is not subject to personal jurisdiction in this District, such that this order only binds the other named defendants.

Dated:  December 18, 2023

| | |
|---|---|
| */s/ Katherine Q. Dominguez* | */s/ Marc Fenster* |
| Katherine Q. Dominguez | Marc Fenster |
| (NY Bar No. 4741237) | CA State Bar No. 181067 |
| kdominguez@gibsondunn.com | Email: mfenster@raklaw.com |
| Brian Rosenthal | Reza Mirzaie |
| (NY Bar No. 3961380) | CA State Bar No. 246953 |
| brosenthal@gibsondunn.com | Email: rmirzaie@raklaw.com |
| **GIBSON, DUNN & CRUTCHER LLP** | Brian Ledahl |
| 200 Park Avenue | CA State Bar No. 186579 |
| New York, NY  10166-0193 | Email: bledahl@raklaw.com |
| Telephone:  (212) 351-4000 | Ben Wang |
| Facsimile:  (212) 351-4035 | CA State Bar No. 228712 |
| | Email: bwang@raklaw.com |
| Andrew W. Robb (CA Bar No. 291438) | Dale Chang |
| arobb@gibsondunn.com | CA State Bar No. 248657 |
| **GIBSON, DUNN & CRUTCHER LLP** | Email: dchang@raklaw.com |
| 1881 Page Mill Road | Paul Kroeger |
| Palo Alto, CA 94034 | CA State Bar No. 229074 |
| Telephone:  (650) 849-5334 | Email: pkroeger@raklaw.com |
| Facsimile:  (650) 849-5034 | Neil A. Rubin |
| | CA State Bar No. 250761 |
| Deron R. Dacus (TX Bar No. 00790553) | Email: nrubin@raklaw.com |
| **THE DACUS FIRM, P.C.** | Kristopher Davis |
| 821 ESE Loop 323, Suite 430 | CA State Bar No. 329627 |
| Tyler, Texas 75701 | Email: kdavis@raklaw.com |
| Telephone:  (903) 705-1117 | James S. Tsuei |
| Email:  ddacus@dacusfirm.com | CA State Bar No. 285530 |
| | Email: jtsuei@raklaw.com |
| *Attorneys for Defendants* | Philip Wang |
| | CA State Bar No. 262239 |
| | Email: pwang@raklaw.com |
| | Amy Hayden |
| | CA State Bar No. 287026 |
| | Email: ahayden@raklaw.com |
| | Jason M. Wietholter |
| | CA State Bar No. 337139 |
| | Email: jwietholter@raklaw.com |
| | **RUSS AUGUST & KABAT** |
| | 12424 Wilshire Blvd. 12th Floor |
| | Los Angeles, CA 90025 |
| | Telephone: 310-826-7474 |
| | |
| | *Attorneys for Plaintiff* |

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 18th day of December 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

<i>/s/ Marc Fenster</i><br>
Marc Fenster

- 4 -

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h).  The parties are in agreement on filing this Joint Motion.

*/s/ Marc Fenster*
Marc Fenster
