# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE US, INC., T-MOBILE USA, INC., and SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00379-JRG-RSP<br><br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE US, INC., T-MOBILE USA, INC., and SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00377-JRG-RSP<br><br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

## AGREED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT T-MOBILE US, INC.

Plaintiff and Defendants hereby jointly move to dismiss Defendant T-Mobile US, Inc. from the action pursuant to Federal Rule of Civil Procedure 21. Plaintiff and Defendants have agreed to dismiss T-Mobile US, Inc. without prejudice and without costs pursuant to Rule 21 on the grounds that it is not a proper party to the action.

The parties agree that the caption should be revised as follows:

| | |
|---|---|
| HEADWATER RESEARCH LLC, <br><br>   *Plaintiff*, <br><br>v. <br><br>T-MOBILE USA, INC. and SPRINT CORP., <br><br>   *Defendants*. | Civil Action No. 2:23-cv-00379-JRG-RSP <br><br>(Lead Case) <br><br>**JURY TRIAL DEMANDED** |
| HEADWATER RESEARCH LLC, <br><br>   *Plaintiff*, <br><br>v. <br><br>T-MOBILE USA, INC. and SPRINT CORP., <br><br>   *Defendants*. | Civil Action No. 2:23-cv-00377-JRG-RSP <br><br>(Member Case) <br><br>**JURY TRIAL DEMANDED** |

Dated:  January 17, 2024

2

| | |
|---|---|
| */s/ Katherine Q. Dominguez* | */s/ Marc Fenster* |

Katherine Q. Dominguez
kdominguez@gibsondunn.com
Josh A. Krevitt
jkrevitt@gibsondunn.com
Brian Rosenthal
brosenthal@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY  10166-0193
Telephone:  (212) 351-4000
Facsimile:  (212) 351-4035

Robert Vincent
rvincent@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2923
Telephone: (214) 698-3100
Facsimile: (214) 571-2900

Andrew Robb
arobb@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
310 University Avenue
Palo Alto, CA 94301
Telephone: (650) 849-5300

Melissa R. Smith
melissa@gillamsmithlaw.com
**GILLIAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

*Attorneys for Defendants*

Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Brian Ledahl
CA State Bar No. 186579
Email: bledahl@raklaw.com
Ben Wang
CA State Bar No. 228712
Email: bwang@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Paul Kroeger
CA State Bar No. 229074
Email: pkroeger@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Kristopher Davis
CA State Bar No. 329627
Email: kdavis@raklaw.com
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
Philip Wang
CA State Bar No. 262239
Email: pwang@raklaw.com
Amy Hayden
CA State Bar No. 287026
Email: ahayden@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

*Attorneys for Plaintiff*

3

## CERTIFICATE OF CONFERENCE

I hereby certify that, on January 3, 2024, counsel for T-Mobile conferred with counsel for Plaintiff Headwater Research LLC and that this Agreed Motion is unopposed.

*/s/ Katherine Q. Dominguez*
Katherine Q. Dominguez

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 17, 2024, upon the following in the manner indicated:

Marc Fenster                                             *VIA ELECTRONIC MAIL*
Reza Mirzaie
Brian Ledahl
Ben Wang
Dale Chang
Paul Kroeger
Neil A. Rubin
Kristopher Davis
James S. Tsuei
Philip Wang
Amy Hayden
Jason M. Wietholter
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

*Attorneys for Plaintiff and Counterclaim-Defendant*

*/s/ Katherine Q. Dominguez*
Katherine Q. Dominguez
