# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| HEADWATER RESEARCH LLC<br>*Plaintiff*<br>v.<br>T-MOBILE USA, INC. and SPRINT CORP.<br>*Defendant* | )<br>)<br>)  Case No.  2:23-CV-00377, -379<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

T-MOBILE USA, INC. and SPRINT CORP.

Date: 03/01/2024

/s/ Gurtej Singh
*Attorney's signature*

Gurtej Singh (CA Bar No. 286547)
*Printed name and bar number*
Hogan Lovells US LLP
855 Main St, Suite 200
Redwood City, CA 94063

*Address*

tej.singh@hoganlovells.com
*E-mail address*

(650) 463-4000
*Telephone number*

(650) 463-4199
*FAX number*