AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| HEADWATER RESEARCH LLC | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No.   2:23-CV-00377, -379 |
| T-MOBILE USA, INC. and SPRINT CORP. | ) |  |
| *Defendant* | ) |  |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

T-MOBILE USA, INC. and SPRINT CORP.

Date:   03/01/2024

/s/ Celine J. Crowson
*Attorney's signature*

Celine J. Crowson (DC Bar No. 0436549A)
*Printed name and bar number*
Hogan Lovells US LLP
555 13th St, NW
Washington, DC 20004

*Address*

celine.crowson@hoganlovells.com
*E-mail address*

(202) 637-5600
*Telephone number*

(202) 637-5910
*FAX number*