# EXHIBIT A

| | |
|---|---|
| **From:** | Zhu, Michelle J. <MZhu@gibsondunn.com> |
| **Sent:** | Tuesday, February 27, 2024 9:44 AM |
| **To:** | Kristopher Davis; Sim, Charlie |
| **Cc:** | Robb, Andrew; Jason Wietholter; Marc Fenster; headwater@raklaw.com; *** GDCVerizon-Headwater; Singh, Tej; Zhang, Yi; Crowson, Celine J. |
| **Subject:** | RE: Headwater v. Verizon (23-cv-352) (E.D. Tex.) - Correspondence |

[EXTERNAL]

Counsel,

Thank you.  We understand the local rules require a single form of relief per motion, so we will prepare our unopposed motion for leave to amend and provide that to you, along with the supplemental invalidity contentions reflecting our discussions, by the end of the week.  Please likewise send us your proposed unopposed motion for leave to amend Headwater's infringement contentions when you have it ready.

To be clear, although we will not oppose Headwater's motion for leave to serve the amended contentions (per the parties' agreement), we reserve our objections to the substance of the contentions themselves, including the deficiencies about which the parties have corresponded, many of which continue to present a problem in the amended contentions.

**Michelle J. Zhu**
Associate Attorney

T: 202.777.9413
MZhu@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue N.W., Washington, D.C. 20036-5306

---

**From:** Kristopher Davis <kdavis@raklaw.com>
**Sent:** Friday, February 23, 2024 8:12 PM
**To:** Sim, Charlie <CSim@gibsondunn.com>
**Cc:** Robb, Andrew <ARobb@gibsondunn.com>; Jason Wietholter <jwietholter@raklaw.com>; Marc Fenster <mfenster@raklaw.com>; headwater@raklaw.com; *** GDCVerizon-Headwater <GDCVerizon-Headwater@gibsondunn.com>; Singh, Tej <tej.singh@hoganlovells.com>; Zhang, Yi <yi.zhang@hoganlovells.com>; Crowson, Celine J. <celine.crowson@hoganlovells.com>
**Subject:** Re: Headwater v. Verizon (23-cv-352) (E.D. Tex.) - Correspondence

[WARNING: External Email]

Charlie,

Following up on the contentions issue discussed below, Headwater will agree to a joint motion addressing mutual supplementation of contentions.

Regards,
Kris

Kristopher Davis

**Russ August & Kabat**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
kdavis@raklaw.com

On Feb 22, 2024, at 5:07 PM, Kristopher Davis <kdavis@raklaw.com> wrote:

Charlie,

In a further effort to compromise and address the timing concerns you raised, Headwater is willing to agree to the following mutual narrowing. Please let us know whether you agree.

1. No later than 21 days before the parties' exchange of proposed terms for claim construction (PR 4-1), Headwater would serve its First Election of Asserted Claims, identifying no more than 192 total asserted claims across all patents.
2. No later than 14 days after submission of the parties' Joint Claim Construction Statement, Headwater would serve its Second Election of Asserted Claims, identifying no more than 128 total asserted claims across all patents.
3. No later than 14 days after Headwater's First Election, Verizon/T-Mobile would serve its First Election of Prior Art, identifying no more than 64 total references across all patents.
4. No later than 28 days before the service of opening expert reports, Headwater would serve its Third Election of Asserted Claims, identifying no more than 64 total asserted claims across all patents.
5. No later than 28 days after Headwater's Second Election, Verizon/T-Mobile would serve its Second Election of Prior Art, identifying no more than 32 total references across all patents.

Regards,
Kris

Kristopher Davis
**Russ August & Kabat**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
kdavis@raklaw.com

On Feb 22, 2024, at 1:14 PM, Sim, Charlie <CSim@gibsondunn.com> wrote:

Counsel,

We write to memorialize the issues discussed on today's lead-and-local conference.

**Supplementation of Contentions.**  We reiterated that we intend to seek leave to supplement Verizon's invalidity contentions to align them with T-Mobile's, and further supplement both Verizon's and T-Mobile's contentions to align them with those served by AT&T.  We further explained that our planned supplementation will also include some additional evidence and citations in support of our already-disclosed system art theories, related to the Android Operating System.  *See* Exs. A-16 and D-17 to Verizon and T-Mobile's Invalidity Contentions.

We reiterated our previous proposal that the parties agree to mutual supplementation of infringement and invalidity contentions, given that Headwater has already served supplemental infringement contentions against Verizon without seeking leave of Court.  Headwater indicated its belief that the Local Rules did not require it to seek leave of Court to supplement its infringement contentions since they were served in response to deficiencies identified by Defendants.  As for Headwater's opposition to Defendant's proposed supplementation, when we requested that Headwater identify any prejudice from the supplementation, Headwater identified only the "time that has passed."  Headwater agreed to get back to Defendants by tomorrow on whether Headwater will agree to mutual supplementation, or whether the parties are instead at an impasse.

**Claim Narrowing.**  We reiterated our concerns from our February 2, 2024 letter and February 13, 2024 meet-and-confer, and specifically reiterated that Headwater's proposal for claim narrowing is insufficient, and Defendants require a substantial reduction in the number of asserted claims occurring well in advance of the start of the claim construction process.  Headwater committed to following up with Defendants this afternoon to indicate whether they are able to commit to such narrowing, or whether the parties are at an impasse.

Finally, as to both of the above issues, the parties agreed that this conference satisfied the requirements of Local Rule CV-7(h) as to any future motion practice related to the above issues.

Best,
Charlie

**Charlie Sim**
Associate Attorney

T: +1 212.351.6274 | M: +1 607.339.1652
CSim@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Kristopher Davis <kdavis@raklaw.com>
**Sent:** Tuesday, February 20, 2024 2:38 PM
**To:** Sim, Charlie <CSim@gibsondunn.com>
**Cc:** Robb, Andrew <ARobb@gibsondunn.com>; Jason Wietholter <jwietholter@raklaw.com>; Marc Fenster <mfenster@raklaw.com>; headwater@raklaw.com; *** GDCVerizon-Headwater <GDCVerizon-Headwater@gibsondunn.com>; Singh, Tej <tej.singh@hoganlovells.com>; Zhang, Yi <yi.zhang@hoganlovells.com>; Crowson, Celine J.

<celine.crowson@hoganlovells.com>
**Subject:** Re: Headwater v. Verizon (23-cv-352) (E.D. Tex.) - Correspondence

**[WARNING: External Email]**

Charlie,

Headwater is available at 11:00 am PT on Thursday.

Regards,
Kris

Kristopher Davis
**Russ August & Kabat**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
kdavis@raklaw.com

On Feb 20, 2024, at 7:32 AM, Sim, Charlie <CSim@gibsondunn.com>
wrote:

Counsel,

We have not heard back from you on our proposal to meet and confer
at 11am ET today.  Please confirm whether Headwater can be available
at 11am ET today within the next fifteen minutes, and we will circulate a
dial-in.

Otherwise, please identify specific times on Thursday when Headwater
is available for a lead and local meet and confer.

Thanks,
Charlie

**Charlie Sim**
Associate Attorney

T: +1 212.351.6274 | M: +1 607.339.1652
CSim@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

**From:** Sim, Charlie <CSim@gibsondunn.com>
**Sent:** Monday, February 19, 2024 5:09 PM
**To:** Kristopher Davis <kdavis@raklaw.com>; Robb, Andrew

<ARobb@gibsondunn.com>>
**Cc:** Jason Wietholter <jwietholter@raklaw.com>; Marc Fenster
<mfenster@raklaw.com>; headwater@raklaw.com; *** GDCVerizon-
Headwater <GDCVerizon-Headwater@gibsondunn.com>; Singh, Tej
<tej.singh@hoganlovells.com>; Zhang, Yi <yi.zhang@hoganlovells.com>;
Crowson, Celine J. <celine.crowson@hoganlovells.com>
**Subject:** RE: Headwater v. Verizon (23-cv-352) (E.D. Tex.) -
Correspondence

Correction – that should read "tomorrow (February 20th)."

Thanks,
Charlie

**Charlie Sim**
Associate Attorney

T: +1 212.351.6274 | M: +1 607.339.1652
CSim@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Sim, Charlie
**Sent:** Monday, February 19, 2024 5:08 PM
**To:** 'Kristopher Davis' <kdavis@raklaw.com>; Robb, Andrew
<ARobb@gibsondunn.com>
**Cc:** Jason Wietholter <jwietholter@raklaw.com>; Marc Fenster
<mfenster@raklaw.com>;headwater@raklaw.com; *** GDCVerizon-
Headwater <GDCVerizon-Headwater@gibsondunn.com>; Singh, Tej
<tej.singh@hoganlovells.com>; Zhang, Yi <yi.zhang@hoganlovells.com>;
Crowson, Celine J. <celine.crowson@hoganlovells.com>
**Subject:** RE: Headwater v. Verizon (23-cv-352) (E.D. Tex.) -
Correspondence

Hi Kris,

Defendants are available for a lead and local M&C tomorrow (February
19th) at 11am ET.  Please let me know if this time works for you, and we
can circulate a dial-in.

Thanks,
Charlie

**Charlie Sim**
Associate Attorney

T: +1 212.351.6274 | M: +1 607.339.1652
CSim@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

**From:** Kristopher Davis <kdavis@raklaw.com>
**Sent:** Saturday, February 17, 2024 11:48 AM
**To:** Robb, Andrew <ARobb@gibsondunn.com>
**Cc:** Jason Wietholter <jwietholter@raklaw.com>; Sim, Charlie
<CSim@gibsondunn.com>; Marc Fenster
<mfenster@raklaw.com>; headwater@raklaw.com; *** GDCVerizon-
Headwater <GDCVerizon-Headwater@gibsondunn.com>; Singh, Tej
<tej.singh@hoganlovells.com>; Zhang, Yi <yi.zhang@hoganlovells.com>;
Crowson, Celine J. <celine.crowson@hoganlovells.com>
**Subject:** Re: Headwater v. Verizon (23-cv-352) (E.D. Tex.) -
Correspondence

<span style="color:red">**[WARNING: External Email]**</span>

Andrew,

Please let us know your availability on Tuesday/Thursday (Feb. 20/22)
for the M&C.

Regards,
Kris

Kristopher Davis
**Russ August & Kabat**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
kdavis@raklaw.com

> On Feb 16, 2024, at 1:17 PM, Robb, Andrew
> <ARobb@gibsondunn.com> wrote:
>
> Counsel –
>
> You stated on the call that you would, in parallel, find
> times for a lead-local call to discuss this and the
> supplementation of invalidity and infringement
> contentions.  We have not heard back from you on
> that.  By COB today, can you please provide
> Headwater's availability for a lead-local call early next
> week?
>
> Best regards,
> Andrew
>
> **Andrew Robb**
> Associate Attorney

T: +1 650.849.5334 | M: +1 408.960.9187
ARobb@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
310 University Avenue, Palo Alto, CA 94301-1744

---

**From:** Kristopher Davis <kdavis@raklaw.com>
**Sent:** Friday, February 16, 2024 1:11 PM
**To:** Robb, Andrew <ARobb@gibsondunn.com>
**Cc:** Jason Wietholter <jwietholter@raklaw.com>; Sim,
Charlie <CSim@gibsondunn.com>; Marc Fenster
<mfenster@raklaw.com>; headwater@raklaw.com; ***
GDCVerizon-Headwater <GDCVerizon-
Headwater@gibsondunn.com>
**Subject:** Re: Headwater v. Verizon (23-cv-352) (E.D.
Tex.) - Correspondence

[WARNING: External Email]

Andrew,

Please find below Headwater's proposal on asserted
claim and prior art narrowing:

1. No later than 14 days after submission of the
   parties' Joint Claim Construction Statement,
   Headwater would serve its First Election of
   Asserted Claims, identifying no more than 128
   total asserted claims across all patents.
2. No later than 14 days after Headwater's First
   Election, Verizon/T-Mobile would serve its First
   Election of Prior Art, identifying no more than
   64 total references across all patents.
3. No later than 28 days before the service of
   opening expert reports, Headwater would serve
   its Second Election of Asserted Claims,
   identifying no more than 64 total asserted
   claims across all patents.
4. No later than 28 days after Headwater's Second
   Election, Verizon/T-Mobile would serve its
   Second Election of Prior Art, identifying no
   more than 32 total references across all
   patents.

Regards,
Kris

Kristopher Davis
**Russ August & Kabat**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474

kdavis@raklaw.com

On Feb 13, 2024, at 3:42 PM, Robb,
Andrew <ARobb@gibsondunn.com>
wrote:

Counsel – to confirm, on the call, we
stated our position, and you stated you
would get back to us this week with a
counter-proposal.  Given the need to
get resolution on this issue promptly,
the length of time it has been
outstanding with no substantive
proposal from Headwater, and the
unlikeliness that the parties will agree,
you agreed to check schedules for a
lead-local call in parallel.  To that end,
please let us know when your side is
available for a lead-local call this week.

Best regards,
Andrew

**Andrew Robb**
Associate Attorney

T: +1 650.849.5334 | M: +1
408.960.9187
ARobb@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
310 University Avenue, Palo Alto, CA
94301-1744

---

**From:** Robb, Andrew
**Sent:** Tuesday, February 13, 2024 10:33
AM
**To:** 'Jason Wietholter'
<jwietholter@raklaw.com>; Sim,
Charlie <CSim@gibsondunn.com>
**Cc:** Marc Fenster
<mfenster@raklaw.com>; Kristopher
Davis
<kdavis@raklaw.com>; headwater@rak
law.com>; *** GDCVerizon-Headwater
<GDCVerizon-
Headwater@gibsondunn.com>

8

**Subject:** RE: Headwater v. Verizon (23-cv-352) (E.D. Tex.) - Correspondence

Counsel –

We can attend at that time.  We'll need to use the following dial-in information, instead of the zoom link.  We'll update the calendar invitation shortly to reflect that.

Dial-in:  877-420-0272
Guest code:  6508495334

**Andrew Robb**
Associate Attorney

T: +1 650.849.5334 | M: +1 408.960.9187
ARobb@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
310 University Avenue, Palo Alto, CA 94301-1744

**From:** Jason Wietholter <jwietholter@raklaw.com>
**Sent:** Tuesday, February 13, 2024 9:58 AM
**To:** Sim, Charlie <CSim@gibsondunn.com>
**Cc:** Marc Fenster <mfenster@raklaw.com>; Kristopher Davis <kdavis@raklaw.com>;headwater@raklaw.com>; *** GDCVerizon-Headwater <GDCVerizon-Headwater@gibsondunn.com>
**Subject:** Re: Headwater v. Verizon (23-cv-352) (E.D. Tex.) - Correspondence

[WARNING: External Email]

Thanks for clarifying, Charlie.

A lead and local meet and confer is premature at this point, especially in light of the fact that the parties have already agreed to meet and confer today at 1:30PM PT to discuss claim narrowing. Please confirm that Verizon

will be attending the meet and confer today.

Regards,
**Jason Wietholter**
**Russ, August & Kabat**
12424 Wilshire Boulevard, 12th Floor |
Los Angeles, California 90025
Main +1 310 826 7474
| jwietholter@raklaw.com | www.rakla
w.com
-----------------------------------
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

> On Feb 12, 2024, at 6:38 PM, Sim, Charlie <CSim@gibsondunn.com> wrote:
>
> Apologies for the miscommunication, Jason.
>
> We would like to proceed with a lead and local meet and confer.  Please indicate the times when Headwater is available this week.
>
> Thanks,
> Charlie
>
> **Charlie Sim**
> Associate Attorney
>
> T: +1 212.351.6274 | M: +1

607.339.1652
CSim@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn &
Crutcher LLP
200 Park Avenue, New
York, NY 10166-0193

---

**From:** Jason Wietholter
<jwietholter@raklaw.com>
**Sent:** Monday,
February 12, 2024 6:08
PM
**To:** Sim, Charlie
<CSim@gibsondunn.com>
**Cc:** Marc Fenster
<mfenster@raklaw.com>; Kristopher Davis
<kdavis@raklaw.com>;
headwater@raklaw.com; *** GDCVerizon-
Headwater
<GDCVerizon-Headwater@gibsondunn.com>
**Subject:** Re: Headwater
v. Verizon (23-cv-352)
(E.D. Tex.) -
Correspondence

---

**[WARNING: External Email]**

Charlie,

Your email from this
afternoon is the first
indication that you
sought a meet and
confer with lead and
local counsel. We are
unable to confirm
availability on such
short notice.

We will plan on
meeting and conferring
without lead and local
counsel tomorrow at

1:30PM PT as
previously agreed.

Thanks,
**Jason Wietholter**
**Russ, August & Kabat**
12424 Wilshire
Boulevard, 12th Floor |
Los Angeles, California
90025
Main +1 310 826 7474
| jwietholter@raklaw.c
om | www.raklaw.com
--------------------------------
---
This communication
shall not create, waive
or modify any right,
obligation or liability,
or be construed to
contain or be an
electronic signature.
This communication
may
contain information tha
t is legally privileged,
confidential or exempt
from disclosure, and
is intended only for
the named addressee(s)
. If you are not
the intended recipient,
please note that any
dissemination, distribut
ion, or copying of
this communication is
prohibited.

On Feb
12,
2024,
at
1:57 P
M, Sim,
Charlie
<CSim
@gibso
ndunn.

com>
wrote:

Thank
you
Jason,

Lead
and
local
counsel
for
Verizon
and T-
Mobile
are
availabl
e
tomorr
ow at
1:30pm
PT.  We
will
circulat
e a dial-
in
momen
tarily.

Please
confirm
that
lead
and
local
counsel
for
Headw
ater
will be
on for
that
confere
nce.

Thanks,
Charlie

**Charlie
Sim**
Associ
ate
Attorne

y

T: +1 212.351.6274 | M: +1 607.339.1652 CSim @gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Jason Wietholter <[jwietholter@raklaw.com](mailto:jwietholter@raklaw.com)>
**Sent:** Friday, February 9, 2024 5:08 PM
**To:** Sim, Charlie <[CSim@gibsondunn.com](mailto:CSim@gibsondunn.com)>
**Cc:** Marc Fenster <[mfens](mailto:mfens)

[ter@ra](ter@raklaw.com)
[klaw.co](ter@raklaw.com)
[m](ter@raklaw.com)>;
Kristop
her
Davis
<[kdavis](kdavis@raklaw.com)
[@rakla](kdavis@raklaw.com)
[w.com](kdavis@raklaw.com)>
; [headw](headwater@raklaw.com)
[ater@r](headwater@raklaw.com)
[aklaw.c](headwater@raklaw.com)
[om](headwater@raklaw.com);
***
GDCVer
izon-
Headw
ater
<[GDCV](GDCVerizon-Headwater@gibsondunn.com)
[erizon-](GDCVerizon-Headwater@gibsondunn.com)
[Headw](GDCVerizon-Headwater@gibsondunn.com)
[ater@gi](GDCVerizon-Headwater@gibsondunn.com)
[bsondu](GDCVerizon-Headwater@gibsondunn.com)
[nn.com](GDCVerizon-Headwater@gibsondunn.com)
>
**Subject**
: Re:
Headw
ater v.
Verizon
(23-cv-
352)
(E.D.
Tex.) -
Corresp
ondenc
e

**[WARNING: External Email]**

Charlie,

We are
availabl
e to
meet
and
confer
on
Tuesda
y at
10AM
PT or

15

1:30PM PT. Please let us know which of those times work for you and circulate a dial in.

Regards,

**Jason Wietholter**

Russ, August & Kabat

12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025 Main +1 310 826 7474 | jwietholter@raklaw.com | www.raklaw.com

----------------------------------------------

This commu

nicatio
n shall
not cre
ate,
waive
or
modify
any righ
t,
obligati
on or
liability,
or be c
onstrue
d to
contain
or
be an
electro
nic
signatu
re.
This co
mmuni
cation
may
contain
informa
tion tha
t is
legally
privileg
ed,
confide
ntial
or exe
mpt
from
disclosu
re, and
is inten
ded
only for
the na
med ad
dressee
(s). If
you are
not
the inte
nded
recipie

nt,
please
note th
at any
dissemi
nation,
distribu
tion, or
copying
of
this co
mmuni
cation
is
prohibit
ed.

O
n
F
e
b
9
,
2
0
2
4
,
a
t
2
:
1
6

P
M
,
S
i
m
,
C
h
a
r
l

ie <CSim@gibsondunn.com> wrote:

Counsel,

Following upo

n
t
h
e
b
e
l
o
w
c
o
r
r
e
s
p
o
n
d
e
n
c
e
f
r
o
m
V
e
r
i
z
o
n
,
a
n
d
t
h
e
s
i
m
i
l
a
r
c
o
r
r

espondence on behalf of T-Mobile.

Headwater continues to re

fuse to engage in meaningful narrowing of the asserted claims

.
Verizon and T-Mobile both raised this issue months ago during

ngnegotiation of the Docket Control Orders in their respecti

velitigations, explained the undue burden of litigating hun

dredsofassertedclaims,andproposedatimelynarrowingoft

he asserted claims by November. Headwater rejected our prop

osalas "premature."

In letters served on February 2, 2024, o

n behalf of Verizon and T-Mobile, we again requested that Head

water committo meaningful narrowing of its nearly three-hun

dredasserted claims, and proposed a reasonable schedule for

doing so.

The need for meaningful narrowing of the asserted c

laims is urgent—Headwater's refusal to even discuss this iss

uecontinuestoprejudiceVerizonandT-Mobileintheprepara

tion of their defenses.

Please indicate time early next we

ekwhenHeadwaterisavailabletomeetandconferregardingou

r
p
r
o
p
o
s
a
l
f
o
r
c
l
a
i
m
n
a
r
r
o
w
i
n
g
(
a
n
d
a
c
o
m
m
e
n
s
u
r
a
t
e
n
a
r
r
o
w
i
n
g

of asserted prior art).

If we cannot reach agreement on claim

narrowing, we intend to seek relief from the Court.

Best,

Charlie

**Charlie Sim** Associate Attorney

T: +1212.351.6274

| M

: +1607.339.1652 CSim@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn &

Crutcher LLP 200 Park Avenue, New York, NY 10166-0193

**From:** Sim,

Charlie<CSim@gibsondunn.com>

**Sent:** Friday, February 2,

2024 9:06 AM **To:** Marc Fenster <mfenster@raklaw.com>; Krist

opher Davis <kdavis@raklaw.com>;

headwater@raklaw.comC

c
:

*
*
*
G
D
C
V
e
r
i
z
o
n
-
H
e
a
d
w
a
t
e
r
<
GDCVerizon-Headwater@gibs

o
n
d
u
n
n
.
c
o
m
>
**S**
**u**
**b**
**j**
**e**
**c**
**t**
**:**

H
e
a
d
w
a
t
e
r
v
.
V
e
r
i
z
o
n
(
2
3
-
c
v
-
3
5
2
)
(
E
.

D.Tex.) - Correspondence Counsel, Please see the attache

d
c
o
r
r
e
s
p
o
n
d
e
n
c
e
o
n
b
e
h
a
l
f
o
f
V
e
r
i
z
o
n
.

C
h
a
r
l
i
e

**C
h
a
r
l
i
e
S
i
m**
A
s

sociate Attorney

T: +1 212.351.6274

|

M: +1 607.339.1652 CSim@gi

bsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Aven

ue, New York, NY 10166-0193

This message may contain confidential a

n
d
p
r
i
v
i
l
e
g
e
d
i
n
f
o
r
m
a
t
i
o
n
f
o
r
t
h
e
s
o
l
e
u
s
e
o
f
t
h
e
i
n
t
e
n
d
e
d
r
e
c
i
p
i
e
n
t
.
A
n

y review, disclosure, distribution by others or forwarding without exp

ress permission is strictly prohibited. If it has been sent to you in erro

r
,
p
l
e
a
s
e
r
e
p
l
y
t
o
a
d
v
i
s
e
t
h
e
s
e
n
d
e
r
o
f
t
h
e
e
r
r
o
r
a
n
d
t
h
e
n
i
m
m
e
d
i
a
t
e
l
y
d
e
l

ete this message. Please see our website at

https://www.gibsondunn.

com/ for information on regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondu

nn.com/ for informa tion regardi ng the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondu nn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.