# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br>*Plaintiff*,<br>v.<br>T-MOBILE USA, INC. and SPRINT CORP.,<br>*Defendants*. | Civil Action No. 2:23-cv-00379-JRG-RSP<br>(Lead Case)<br>**JURY TRIAL DEMANDED** |
| HEADWATER RESEARCH LLC,<br>*Plaintiff*,<br>v.<br>T-MOBILE USA, INC. and SPRINT CORP.,<br>*Defendants*. | Civil Action No. 2:23-cv-00377-JRG-RSP<br>(Member Case)<br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO AMEND ITS INVALIDITY CONTENTIONS

Before the Court is Defendants' Unopposed Motion for Leave to Amend its Invalidity Contentions. The Court, having considered same, is of the opinion the motion should be GRANTED.