IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § § *Plaintiff*, § § v. § § T-MOBILE USA, INC. and SPRINT CORP., § § *Defendants*. § § § | CIVIL ACTION NO. 2:23-CV-379-JRG-RSP (LEAD CASE) |

## ORDER

Before the Court is the Unopposed Motion for Leave to Amend Invalidity Contentions filed by Defendants T-Mobile USA, Inc. and Sprint LLC. **Dkt. No. 52.** After consideration, and noting its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that Defendants T-Mobile and Sprint have leave to serve the amended invalidity contentions described in the motion. Dkt. No. 52 at 2, 3.

**SIGNED this 4th day of April, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE