IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-379-JRG-RSP |
| T-MOBILE USA, INC. and SPRINT CORP., | § § § | (LEAD CASE) |
| *Defendants*. | § § § | |

## ORDER

Before the Court is the Unopposed Motion for Leave to Amend Infringement Contentions filed by Plaintiff Headwater Research LLC. **Dkt. No. 56.** After consideration, and noting its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that Plaintiff Headwater Research has leave to serve amended infringement contentions.

**SIGNED this 17th day of April, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE