**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00379-JRG-RSP |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00377-JRG-RSP |

**ORDER ON DEFENDANTS' MOTION FOR ENTRY OF AN ORDER FOCUSING ASSERTED PATENT CLAIM AND PRIOR ART**

Before the Court is Defendants' Motion for Entry of an Order Focusing Asserted Patent Claims and Prior Art. The Court, having considered same, is of the opinion the motion should be and is hereby GRANTED and orders as follows:

- Within 7 days of the issuance of this Order, Headwater shall immediately narrow to no more than 10 claims from each patent and not more than a total of 32 claims.

- 28 days afterwards, T-Mobile shall narrow to no more than twelve prior art references against each patent and not more than a total of 40 references.

- By 28 days before the service of opening expert reports, Headwater shall narrow to no more than five asserted claims per patent and no more than a total of 16 claims.

- By the date for opening expert reports, T-Mobile shall narrow to no more than six asserted prior art references per patent and no more than 20 total references.

It is so ordered.