# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00379-JRG-RSP |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00377-JRG-RSP |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned attorney hereby enters an appearance as additional counsel of record for Defendants T-Mobile USA, Inc. and Sprint Corp. ("Defendants" or "T-Mobile"), and certifies that she is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of the above-named Defendants.

Michelle Zhu
District of Columbia Bar No. 90018810
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave NW, Washington, DC 20036
Telephone: (202) 777-9413
Facsimile: (202)831-6063
MZhu@gibsondunn.com

Dated:  May 10, 2024                                             Respectfully submitted,

*/s/ Michelle Zhu*
Michelle Zhu
District of Columbia Bar No. 90018810
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave NW
Washington, DC 20036
Telephone:  (202) 777-9413
Facsimile:  (202)831-6063
Email:  MZhu@gibsondunn.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 10, 2024, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Michelle Zhu*