# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>T-MOBILE US, INC., T-MOBILE USA, INC., and SPRINT CORP.,<br><br>　　　　　*Defendants*. | Civil Action No. 2:23-cv-00379-JRG-RSP<br><br>**JURY DEMANDED** |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Plaintiff Headwater Research LLC moves for Robert Christopher Bunt and Parker Bunt & Ainsworth, PC, to be permitted to withdraw as counsel for Plaintiff in this case.  Plaintiff will continue to be represented by the law firm of Russ August & Kabat.  The withdrawal of Robert Christopher Bunt will not prejudice any party.  Defendants do not oppose this Motion.

Plaintiff further requests the Clerk terminate all CM/ECF notifications as to Robert Christopher Bunt for this action.

Dated: July 15, 2024.　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**PARKER, BUNT & AINSWORTH, P.C.**

　　　　　　　　　　　　　　　　　　　　　　*/s/ Robert Christopher Bunt*
　　　　　　　　　　　　　　　　　　　　　　Robert Christopher Bunt
　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 00787165
　　　　　　　　　　　　　　　　　　　　　　100 E. Ferguson Suite 418
　　　　　　　　　　　　　　　　　　　　　　Tyler, Texas 75702
　　　　　　　　　　　　　　　　　　　　　　Tel. (903) 531-3535
　　　　　　　　　　　　　　　　　　　　　　rcbunt@pbatyler.com

　　　　　　　　　　　　　　　　　　　　　　Marc Fenster
　　　　　　　　　　　　　　　　　　　　　　CA State Bar No. 181067
　　　　　　　　　　　　　　　　　　　　　　Email: mfenster@raklaw.com

Reza Mirzaie  
CA State Bar No. 246953  
Email: rmirzaie@raklaw.com  
Brian Ledahl  
CA State Bar No. 186579  
Email: bledahl@raklaw.com  
Ben Wang  
CA State Bar No. 228712  
Email: bwang@raklaw.com  
Dale Chang  
CA State Bar No. 248657  
Email: dchang@raklaw.com  
Paul Kroeger  
CA State Bar No. 229074  
Email: pkroeger@raklaw.com  
Neil A. Rubin  
CA State Bar No. 250761  
Email: nrubin@raklaw.com  
Kristopher Davis  
CA State Bar No. 329627  
James S. Tsuei  
CA State Bar No. 285530  
Email: jtsuei@raklaw.com  
Philip Wang  
CA State Bar No. 262239  
Email: pwang@raklaw.com  
Amy Hayden  
CA State Bar No. 287026  
Email: ahayden@raklaw.com  
Jason M. Wietholter  
CA State Bar No. 337139  
Email: jwietholter@raklaw.com  
James N. Pickens  
CA State Bar No. 307474  
Email: jpickens@raklaw.com  
RUSS AUGUST & KABAT  
12424 Wilshire Blvd. 12th Floor  
Los Angeles, CA 90025  
Telephone: 310-826-7474  

**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically on July 15, 2024 pursuant to Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service.

>   */s/ Robert C. Bunt*
>   ROBERT CHRISTOPHER BUNT

## **CERTIFICATE OF CONFERENCE**

On July 15, 2024, counsel for Plaintiff and counsel for Defendants met and conferred pursuant to Local Rule CV-7(h). Defendants do not oppose the relief sought herein.

>   */s/ Robert C. Bunt*
>   ROBERT CHRISTOPHER BUNT