# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE US, INC., T-MOBILE USA, INC., and SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00379-JRG-RSP<br><br>**JURY DEMANDED** |

## ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Before the Court is Plaintiff's Unopposed Motion to Withdraw Robert Christopher Bunt and Parker Bunt & Ainsworth as counsel for Plaintiff. The Court, having considered same, is of the opinion the motion should be GRANTED.

It is further ORDERED that the Clerk shall terminate all CM/ECF notifications as to Robert Christopher Bunt for this action.

11056285