# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO.  2:23-CV-379-JRG-RSP |
| T-MOBILE USA, INC. and SPRINT CORP., | § § § § | (LEAD CASE) |
| *Defendants*. | § § | |

## ORDER

Before the Court is the Unopposed Motion to Withdraw as Counsel filed by Plaintiff Headwater Research LLC. **Dkt. No. 65.** After consideration, and noting its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that Robert Christopher Bunt and the firm Parker Bunt & Ainsworth, PC are withdrawn as counsel for Plaintiff in the above captioned case.

**SIGNED this 19th day of July, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE