# EXHIBIT 4

**FILED UNDER SEAL
SUBJECT TO PROTECTIVE ORDER**