# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff*, v. T-MOBILE USA, INC. AND SPRINT CORP., *Defendants*. | Civil Action No. 2:23-cv-00379-JRG-RSP |
| HEADWATER RESEARCH LLC, *Plaintiff*, v. T-MOBILE USA, INC. AND SPRINT CORP., *Defendants*. | Civil Action No. 2:23-cv-00377-JRG-RSP |

## ORDER REGARDING DEFENDANTS' MOTION TO STRIKE AND COMPEL SUPPLEMENTATION OF HEADWATER'S AMENDED INFRINGEMENT CONTENTIONS

Before the Court is Defendants T-Mobile USA, Inc. and Sprint Corp.'s (collectively, "T-Mobile") Motion to Strike and Compel Supplementation of Headwater's Amended Infringement Contentions. The Court, having considered same, finds that it should be and is hereby **GRANTED**.