**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>Defendants. | Case No. 2:23-cv-00379-JRG-RSP<br><br>**LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>Defendants. | Case No. 2:23-cv-00377-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF JAMES S. TSUEI IN SUPPORT OF PLAINTIFF HEADWATER
RESEARCH LLC'S MOTION TO COMPEL CORE TECHNICAL DOCUMENTS
REQUIRED UNDER PATENT L.R. 3-4(a)**

I, James S. Tsuei, declare as follows:

1. I am counsel for Headwater Research LLC ("Headwater") in the above-captioned action. I provide this declaration in support of Headwater's Motion to Compel Core Technical Documents Required Under Patent L.R. 3-4(a). I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of Headwater's amended infringement contentions claim chart for U.S. Patent No. 9,198,042, served on March 19, 2024.

3. Attached as Exhibit 2 is a true and correct copy of Headwater's amended infringement contentions claim chart for U.S. Patent No. 8,924,543, served on March 19, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2024 at Los Angeles, California.

By:  /s/ James S. Tsuei
     James S. Tsuei

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 21st day of August 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                                                                     */s/ James S. Tsuei*  
                                                                                                     James S. Tsuei