Exhibit G

## Exhibit G - U.S. Patent No. 8,924,543 ("'543 Patent")

Accused Instrumentalities: smartphones, basic phones, tablets, laptops, and hotspot devices sold (including those sold in bundles with data plans) or used by T-Mobile in conjunction with T-Mobile's servers, hardware, software, and services leased, owned, supported, and/or operated by T-Mobile comprising for use with T-Mobile's wireless network services, and all versions and variations thereof since the issuance of the asserted patent.

### Claim 1

| Issued Claim(s) | Public Documentation |
|---|---|
| 1[a] A network service plan provisioning system communicatively coupled to a wireless end-user device over a wireless access network, the network service plan provisioning system comprising one or more network elements configured to: | To the extent the preamble is limiting, T-Mobile's Accused Instrumentalities comprise a network service plan provisioning system communicatively coupled to wireless end-user devices over a wireless access network, with the wireless access network comprising one or more network elements.<br><br>T-Mobile offers telecommunications service plans to customers that are provided through various network elements such as telecommunications base stations and cell sites, edge servers, and other telecommunications servers. T-Mobile provides various network service plans to customers for purchase, including through the T-Mobile.com website as well as through T-Mobile-provided services such as its pre-paid mobile service category, T-Mobile Prepaid Unlimited. *See, e.g.*: |



https://prepaid.t-mobile.com/plan-detail/t-mobile-prepaid-plans



https://www.t-mobile.com/cell-phone-plans

T-Mobile sells mobile devices such as phones, tablets, and hotspot access points which communicate with the T-Mobile wireless service network, which is a wireless access network. Such devices comprise end-user devices, as do devices which customers purchase elsewhere and "bring" to the T-Mobile network. *See, e.g.*:



https://www.t-mobile.com/cell-phones?INTNAV=tNav:Devices:CellPhones



https://www.t-mobile.com/cell-phones/brand/samsung



https://www.t-mobile.com/hotspots-iot-connected-devices

| 1[b] obtain and store a first service plan component and a second service plan component, | **The Accused Instrumentalities** obtain and store a first service plan component and a second service plan component. The devices of subscribers of T-Mobile's wireless network services may be provisioned with different service plans by T-Mobile's wireless access network, with each plan, for example, carrying data that is tracked and accounted for differently. The Accused Instrumentalities use different service plans to provide service, for example, to mobile hotspot devices, mobile phones and tablets provisioned with an "unlimited" data plan, mobile phones and tablets provisioned with a prepaid plan, mobile phones and tablets which for which the associated subscriber account has reached its allotted data limit for the service period, and mobile phones and tablets which are specifically communicating with T-Mobile servers to purchase or increase data allotments (e.g., a T-Mobile "Data Pass").<br><br>*See, e.g.:* |



## Activation steps

If you don't have a plan that includes HD streaming, refer to **Find the right plan for you** to add a plan today.

**From the T-Mobile app**

1. Open the T-Mobile app. If you don't have it, **learn how to download it now**.
2. Tap **MORE**
3. Go to **PROFILE SETTINGS**
4. Go to **MEDIA SETTINGS**.
5. If you have multiple lines on your account, make sure the line you're making changes to is showing. If it's not, open the menu to select another line on account.
6. Next to **HD Video Resolution**, toggle it **ON** or **OFF**.

**From T-Mobile.com**

1. **Log in to T-Mobile.com** with your T-Mobile ID. If you don't have one, **register for a T-Mobile ID**.
2. Select **PROFILE**.
3. Go to **MEDIA SETTINGS**.
4. By **HD Video Resolution**, set the option to **ON** or **OFF**.

## HD video resolution details

- Activating HD video resolution only provides the ability to enable higher-resolution video streams by turning off video optimization. It doesn't change the actual, available resolution of streaming video.
- Video resolution isn't determined by T-Mobile, but rather it's determined by the video content provider like YouTube or Netflix.
- Once you turn it on, HD video streaming availability should take effect immediately, but it may require closing and re-opening the app or browser window restarting your device.

## Full terms

All on-network data used, including free streaming data, counts toward the heavy-user threshold of 50GB in a billing cycle, after which a T-Mobile-brande customer will no longer receive highest priority on the network. When an HD video is active, streaming high-definition video will use data much faster tha optimized video, and brings up to the possibility of de-prioritization if you use enough data to reach that limit in a given month. (Learn more about T-Mob **Open Internet** disclosures.)

https://www.t-mobile.com/support/plans-features/activate-hd-video-streaming

| | |
|---|---|
| | **Unlimited video streaming with Binge On™**<br><br>As a Simple Choice™ customer, you can stream all the video you want while on our network. Data charges do not apply.<br><br>During congestion, heavy data users (>50GB/mo. for most plans) and customers choosing lower-prioritized plans may notice lower speeds than other customers.<br>https://www.t-mobile.com/tv-streaming/binge-on<br><br>To provide the best possible experience for the most possible customers on their T-Mobile-branded plans, and to minimize capacity issues and degradation in network performance, we manage significant high-speed data usage on the vast majority of our plans through prioritization. Heavy Data Users (as defined by a customer's rate plan) will have their data usage prioritized below the data usage (including tethering) of other customers at times and at locations where there are competing customer demands for network resources, which may result in slower data speeds. At the start of the next bill cycle, the customer's usage status is reset, and this data traffic is no longer prioritized below other traffic. Customers who use data in violation of their Rate Plan terms or T-Mobile's Terms and Conditions may be excluded from this calculation. Data features that may not count against the high-speed data allotment for some plans, such as certain data associated with Music Freedom, or Binge On, still count towards all customers' usage for this calculation. Smartphone Mobile HotSpot (tethering) data is also included in this calculation. Data used for customer service applications, such as the T-Mobile My Account app does not count towards customers' usage for this calculation. To help avoid application of this practice, and reduce mobile data consumption, customers can set automatic updating of apps, podcasts and file downloads to run off Wi-Fi (making sure to connect to Wi-Fi to update applications and system periodically).<br>https://www.t-mobile.com/responsibility/consumer-info/policies/internet-service |
| 1[c] the first service plan component comprising (1) information specifying a first traffic classification filter for filtering a traffic event in a network traffic inspection system, the traffic event being associated with the wireless end-user device and (2) a first network policy | **The Accused Instrumentalities** have "first service plan component[s]" "comprising (1) information specifying a first traffic classification filter for filtering a traffic event in a network traffic inspection system, the traffic event being associated with the wireless end-user device and (2) a first network policy enforcement action that is triggered in a network policy enforcement system when the traffic event possesses a characteristic that matches the first traffic classification filter." |

| | |
|---|---|
| enforcement action that is triggered in a network policy enforcement system when the traffic event possesses a characteristic that matches the first traffic classification filter, and<br><br>1[d] the second service plan component comprising (a) information specifying a second traffic classification filter for filtering the traffic event in the network traffic inspection system, and (b) a second network policy enforcement action that is triggered in the network policy enforcement system when the traffic event possesses a characteristic that matches the second traffic classification filter; | Examples of such first service plan components include, for example, special video streaming plans or options (e.g., T-Mobile HD Streaming, https://www.t-mobile.com/support/plans-features/activate-hd-video-streaming/), hotspot data plans, and special network access rules for user devices when the devices attempt to purchase additional data from T-Mobile. *See, e.g.*:<br><br>**Activation steps**<br><br>If you don't have a plan that includes HD streaming, refer to **Find the right plan for you** to add a plan today.<br><br>**From the T-Mobile app**<br><br>1. Open the T-Mobile app. If you don't have it, **learn how to download it now**.<br>2. Tap **MORE**<br>3. Go to **PROFILE SETTINGS**<br>4. Go to **MEDIA SETTINGS**.<br>5. If you have multiple lines on your account, make sure the line you're making changes to is showing. If it's not, open the menu to select another line o account.<br>6. Next to **HD Video Resolution**, toggle it **ON** or **OFF**.<br><br>**From T-Mobile.com**<br><br>1. **Log in to T-Mobile.com** with your T-Mobile ID. If you don't have one, **register for a T-Mobile ID**.<br>2. Select **PROFILE**.<br>3. Go to **MEDIA SETTINGS**.<br>4. By **HD Video Resolution**, set the option to **ON** or **OFF**.<br><br>**HD video resolution details**<br><br>• Activating HD video resolution only provides the ability to enable higher-resolution video streams by turning off video optimization. It doesn't change t actual, available resolution of streaming video.<br>• Video resolution isn't determined by T-Mobile, but rather it's determined by the video content provider like YouTube or Netflix.<br>• Once you turn it on, HD video streaming availability should take effect immediately, but it may require closing and re-opening the app or browser wind restarting your device.<br><br>**Full terms**<br><br>All on-network data used, including free streaming data, counts toward the heavy-user threshold of 50GB in a billing cycle, after which a T-Mobile-brande customer will no longer receive highest priority on the network. When an HD video is active, streaming high-definition video will use data much faster tha optimized video, and brings up to the possibility of de-prioritization if you use enough data to reach that limit in a given month. (Learn more about T-Mobi **Open Internet** disclosures.)<br><br>https://www.t-mobile.com/support/plans-features/activate-hd-video-streaming |

## Unlimited video streaming with Binge On™

As a Simple Choice™ customer, you can stream all the video you want while on our network. Data charges do not apply.

During congestion, heavy data users (>50GB/mo. for most plans) and customers choosing lower-prioritized plans may notice lower speeds than other customers.

https://www.t-mobile.com/tv-streaming/binge-on



https://www.t-mobile.com/support/plans-features/data-passes#prepaid

## Data passes

**Pass options**

- On-Demand data passes:
  - Temporarily add high-speed data to your account and can be added to extend your monthly available high-speed data.
  - Once the high-speed data bucket is reached, unlimited data continues at reduced speeds. To continue service with high-speed data, another pass must be purchased.
  - On-Demand passes can be purchased with refill cards or prepaid service account balances.
- One-Day HD Video Streaming passes:
  - May be available in the US on the T-Mobile network only.
  - Prepaid HD Streaming passes do not have a resolution cap.
  - HD streaming is not available when roaming in Canada, Mexico, or while roaming.

**Add data or HD streaming pass**

1. **Log in to your T-Mobile Prepaid account**.
2. Go to **Line Details** from the homepage or main.
3. Select **Add On-Demand passes**.
4. Select from available services.
5. Select **Set order date and time**.
6. **Add to cart** and complete the purchase

https://www.t-mobile.com/support/plans-features/data-maximizer-for-prepaid-plansa

To provide the best possible experience for the most possible customers on their T-Mobile-branded plans, and to minimize capacity issues and degradation in network performance, we manage significant high-speed data usage on the vast majority of our plans through prioritization. Heavy Data Users (as defined by a customer's rate plan) will have their data usage prioritized below the data usage (including tethering) of other customers at times and at locations where there are competing customer demands for network resources, which may result in slower data speeds. At the start of the next bill cycle, the customer's usage status is reset, and this data traffic is no longer prioritized below other traffic. Customers who use data in violation of their Rate Plan terms or T-Mobile's Terms and Conditions may be excluded from this calculation. Data features that may not count against the high-speed data allotment for some plans, such as certain data associated with Music Freedom, or Binge On, still count towards all customers' usage for this calculation. Smartphone Mobile HotSpot (tethering) data is also included in this calculation. Data used for customer service applications, such as the T-Mobile My Account app does not count towards customers' usage for this calculation. To help avoid application of this practice, and reduce mobile data consumption, customers can set automatic updating of apps, podcasts and file downloads to run off Wi-Fi (making sure to connect to Wi-Fi to update applications and system periodically).

| | https://www.t-mobile.com/responsibility/consumer-info/policies/internet-service |
|---|---|
| | Service plans provided through the Accused Instrumentalities involve differentiating between different types of data traffic, including for example detecting and differentiating for data usage accounting purposes what data is used for video streaming at a user device, what data is used for hotspot or tethering purposes at a user device. Detection of different types of traffic by the Accused Instrumentalities result in the filtering of those traffic events in a network traffic inspection system. The Accused Instrumentalities further execute network policy enforcement actions in response to the detection of certain types of data traffic. As an example, the traffic classification filter for detecting a request from a user device to purchase additional data comprises a first traffic classification filter, and the traffic classification filter for detecting traffic not related to a user's request to purchase additional data comprises a second traffic classification filter.<br><br>As another example, the traffic classification filter for detecting a device's request for streaming video data comprises a first traffic classification filter, and the traffic classification filter for detecting a device's request for non-video-streaming data comprises a second traffic classification filter. |
| 1[e] process the first service plan component and the second service plan component to create a network provisioning instruction set in accordance with a prioritization of the first traffic classification filter over the second traffic classification filter, the network provisioning instruction set comprising one or more traffic inspection provisioning instructions for the network traffic inspection system and one or more policy enforcement provisioning instructions for the network policy enforcement system, the network traffic inspection system and the network policy enforcement system implementing one or | The Accused Instrumentalities process service plan components to create a network provisioning instruction set in accordance with a prioritization of a first traffic classification filter over a second traffic classification filter. As one example, the Accused Instrumentalities process various service plan components for a particular service plan for a subscriber, including the claimed first and second service plan components, to create network provisioning instructions defined by logic for prioritizing one traffic classification filter over another. For example, the Accused Instrumentalities utilize traffic inspection and other techniques to determine whether a user of a device connected to the wireless access network is requesting additional data to use on the wireless access network, and to further prioritize such data traffic as a part of the network provisioning instructions and to enforce their priority by, for example, specifically configuring the device to access the wireless access network for the purpose of purchasing additional data to use on the wireless access network. Another example of traffic classification filters which result in the network policy enforcement system causing policies to be applied to the user device would be the Accused Instrumentalities' traffic classification filters for inspecting traffic and detecting traffic related to video streaming and HD video streaming, which results in the network policy enforcement system implementing policies to for setting |

| more policies applicable to the wireless end-user device; | maximum bandwidth for a particular traffic stream based on whether the subscriber account is configured by the Accused Instrumentalities as being allowed to stream HD video or not; if HD video streaming is permitted (e.g., the subscriber account has paid for a "HD Streaming Pass" add-on functionality), the traffic classification filter for detecting data traffic for HD streaming video is prioritized. As another example, the Accused Instrumentalities apply different access priority rules based on the type of subscriber account, where a first service plan component and a second service plan component may refer to the service plans of two different subscriber plans. As another example, a traffic classification filter for inspecting and detecting hotspot data is used to enforce the relatively lower levels of service priority that carriers, including T-Mobile, accord to hotspot data over other more data such as data used by accounts determined by the Accused Instrumentalities to be for "first responder" use.<br><br>*See, e.g.*: |



### General QCI Levels

**QCI 1-5**
TOP PRIORITY

**Includes:**
Conversational voice, live video streaming, real-time gaming, buffered video streaming, group and picture messaging

**QCI 6**
DATA PRIORITY 1

**Includes:**
Cellular data use, typically on first responder, business, and enterprise plans

**QCI 7**
DATA PRIORITY 2

**Includes:**
Cellular data use, typically on postpaid priority plans

**QCI 8**
DATA PRIORITY 3

**Includes:**
Cellular data use, typically on postpaid, prepaid, and MVNO plans

**QCI 9**
DATA PRIORITY 4

**Includes:**
Cellular data use, typically for heavy data users on postpaid plans and prepaid plans

These are the general priority levels, illustrated in QCI values, used by T-Mobile, Verizon, and AT&T
https://www.bestphoneplans.net/news/data-priority



https://www.bestphoneplans.net/news/data-priority

**What speeds and performance can T-Mobile-branded Broadband Internet Access Services customers expect? Where are these speeds available?**

Many factors affect the speed and performance that customers experience, including the programs or services running on the device, proximity to a cell site, the capacity of the cell site, weather, the surrounding terrain, use inside a building or moving vehicle, radio frequency interference, how many other customers are attempting to use the same spectrum resources, any high-speed data allotment, the rate plans or features you select, and uses that affect your network prioritization, such as whether you are using Smartphone Mobile HotSpot (tethering) or if you are a Heavy Data User. For most T-Mobile-branded rate plans (as well as for most legacy Sprint-branded rate plans for customers who have not yet transitioned), a "Heavy Data User" is defined as a customer using more than 50GB of data (100GB of data for new Magenta plans activated beginning February 24, 2021) in a billing cycle. The threshold number is periodically evaluated across our rate plans and brands to manage network traffic and deliver a good experience to all customers while offering a range of customer choices. You can always check the threshold amount for a rate plan by speaking with a representative, review our rate cards or T-Mobile.com, or by logging in to my.t-mobile.com, or the T-Mobile app. The term "Heavy Data User" does not apply to customers on Magenta MAX, a customer choice we are offering as we explore the expanding capacity of our 5G network, or on a small number of T-Mobile-branded business and government-oriented plans, which are not subject to a threshold.

In addition, many T-Mobile plans use video streaming optimization when connected to the cellular network to deliver a DVD-quality (up to 2.5 Mbps) video experience with minimal buffering while streaming. T-Mobile plans optimize data streams that are identified by our packet-core network as video; video providers may also choose to establish protocols to self-optimize their video. As described above, customers may also have selected other video experiences – e.g., selecting Ultra HD video on Magenta MAX – resulting in variation in streaming quality.

| | |
|---|---|
| | Additionally, we prioritize network data by plan and brand to deliver a range of customer choice points at great values. Data for customers on most T-Mobile-branded plans (and for customers on Sprint-branded plans while using the T-Mobile network), is prioritized before the data of customers on Essentials plans and Metro by T-Mobile or Assurance Wireless-branded plans. Mobile internet plans offered after December 12, 2020 with 30GB or more data per month, and Project 10Million and some other education-focused mobile internet plans, are prioritized next. The vast majority of customers on T-Mobile-branded, Sprint-branded, Metro by T-Mobile-branded, and Assurance Wireless-branded plans receive higher priority than the small fraction of customers who are Heavy Data Users on their rate plan, who are prioritized last on the network after exceeding the relevant threshold for the current billing cycle. T-Mobile Home Internet (available in select locations) customers receive the same network prioritization as Heavy Data Users, but should be less likely to experience congestion because the equipment is stationary and available in limited areas.<br>https://www.t-mobile.com/responsibility/consumer-info/policies/internet-service<br><br>On information and belief, the Accused Instrumentalities specifically transmit traffic control-related instructions to mobile devices in the wireless access network based on type of traffic, type of subscriber plan, and priority levels for types of data and/or subscriber account type based on the Accused Instrumentalities' inspection of traffic to and from the device and the account associated with the device. |
| 1[f] provide the one or more traffic inspection provisioning instructions to the network traffic inspection system; and | The Accused Instrumentalities provide the one or more traffic provisioning instructions to the network traffic inspection system. As an example, the Accused Instrumentalities, by providing a traffic inspection provisioning instruction, cause and enable the traffic inspection system to inspect traffic to detect certain types of traffic and events, such as a user device attempting to use data for streaming video, HD streaming video, hotspot or tethering usage, and to purchase additional data.<br><br>*See, e.g.*: |



## General QCI Levels

**QCI 1-5**
TOP PRIORITY

**Includes:**
Conversational voice, live video streaming, real-time gaming, buffered video streaming, group and picture messaging

**QCI 6**
DATA PRIORITY 1

**Includes:**
Cellular data use, typically on first responder, business, and enterprise plans

**QCI 7**
DATA PRIORITY 2

**Includes:**
Cellular data use, typically on postpaid priority plans

**QCI 8**
DATA PRIORITY 3

**Includes:**
Cellular data use, typically on postpaid, prepaid, and MVNO plans

**QCI 9**
DATA PRIORITY 4

**Includes:**
Cellular data use, typically for heavy data users on postpaid plans and prepaid plans

These are the general priority levels, illustrated in QCI values, used by T-Mobile, Verizon, and AT&T
https://www.bestphoneplans.net/news/data-priority

## T-Mobile Premium Data Explained



https://www.bestphoneplans.net/news/data-priority

**What speeds and performance can T-Mobile-branded Broadband Internet Access Services customers expect? Where are these speeds available?**

Many factors affect the speed and performance that customers experience, including the programs or services running on the device, proximity to a cell site, the capacity of the cell site, weather, the surrounding terrain, use inside a building or moving vehicle, radio frequency interference, how many other customers are attempting to use the same spectrum resources, any high-speed data allotment, the rate plans or features you select, and uses that affect your network prioritization, such as whether you are using Smartphone Mobile HotSpot (tethering) or if you are a Heavy Data User. For most T-Mobile-branded rate plans (as well as for most legacy Sprint-branded rate plans for customers who have not yet transitioned), a "Heavy Data User" is defined as a customer using more than 50GB of data (100GB of data for new Magenta plans activated beginning February 24, 2021) in a billing cycle. The threshold number is periodically evaluated across our rate plans and brands to manage network traffic and deliver a good experience to all customers while offering a range of customer choices. You can always check the threshold amount for a rate plan by speaking with a representative, review our rate cards or T-Mobile.com, or by logging in to my.t-mobile.com, or the T-Mobile app. The term "Heavy Data User" does not apply to customers on Magenta MAX, a customer choice we are offering as we explore the expanding capacity of our 5G network, or on a small number of T-Mobile-branded business and government-oriented plans, which are not subject to a threshold.

In addition, many T-Mobile plans use video streaming optimization when connected to the cellular network to deliver a DVD-quality (up to 2.5 Mbps) video experience with minimal buffering while streaming. T-Mobile plans optimize data streams that are identified by our packet-core network as video; video providers may also choose to establish protocols to self-optimize their video. As described above, customers may also have selected other video experiences – e.g., selecting Ultra HD video on Magenta MAX – resulting in variation in streaming quality.

| | |
|---|---|
| | Additionally, we prioritize network data by plan and brand to deliver a range of customer choice points at great values. Data for customers on most T-Mobile-branded plans (and for customers on Sprint-branded plans while using the T-Mobile network), is prioritized before the data of customers on Essentials plans and Metro by T-Mobile or Assurance Wireless-branded plans. Mobile internet plans offered after December 12, 2020 with 30GB or more data per month, and Project 10Million and some other education-focused mobile internet plans, are prioritized next. The vast majority of customers on T-Mobile-branded, Sprint-branded, Metro by T-Mobile-branded, and Assurance Wireless-branded plans receive higher priority than the small fraction of customers who are Heavy Data Users on their rate plan, who are prioritized last on the network after exceeding the relevant threshold for the current billing cycle. T-Mobile Home Internet (available in select locations) customers receive the same network prioritization as Heavy Data Users, but should be less likely to experience congestion because the equipment is stationary and available in limited areas.<br><br>https://www.t-mobile.com/responsibility/consumer-info/policies/internet-service |
| 1[g] provide the one or more policy enforcement provisioning instructions to the network policy enforcement system. | The Accused Instrumentalities provide the one or more policy enforcement provisioning instructions to the network policy enforcement system. As an example, the Accused Instrumentalities, by providing a policy enforcement provisioning instruction to the network policy enforcement system, is able to implement traffic control and traffic shaping techniques, including for instance throttling certain kinds of traffic (e.g., throttling video streaming), capping certain kinds of data usage (e.g., setting and applying a data cap on hotspot and tethering data usage), and prioritizing certain types of preferred data usage (e.g., communicating with the Accused Instrumentalities' servers to purchase additional data).<br><br>*See, e.g.*: |



These are the general priority levels, illustrated in QCI values, used by T-Mobile, Verizon, and AT&T
https://www.bestphoneplans.net/news/data-priority

### T-Mobile Premium Data Explained



https://www.bestphoneplans.net/news/data-priority

**What speeds and performance can T-Mobile-branded Broadband Internet Access Services customers expect? Where are these speeds available?**

Many factors affect the speed and performance that customers experience, including the programs or services running on the device, proximity to a cell site, the capacity of the cell site, weather, the surrounding terrain, use inside a building or moving vehicle, radio frequency interference, how many other customers are attempting to use the same spectrum resources, any high-speed data allotment, the rate plans or features you select, and uses that affect your network prioritization, such as whether you are using Smartphone Mobile HotSpot (tethering) or if you are a Heavy Data User. For most T-Mobile-branded rate plans (as well as for most legacy Sprint-branded rate plans for customers who have not yet transitioned), a "Heavy Data User" is defined as a customer using more than 50GB of data (100GB of data for new Magenta plans activated beginning February 24, 2021) in a billing cycle. The threshold number is periodically evaluated across our rate plans and brands to manage network traffic and deliver a good experience to all customers while offering a range of customer choices. You can always check the threshold amount for a rate plan by speaking with a representative, review our rate cards or T-Mobile.com, or by logging in to my.t-mobile.com, or the T-Mobile app. The term "Heavy Data User" does not apply to customers on Magenta MAX, a customer choice we are offering as we explore the expanding capacity of our 5G network, or on a small number of T-Mobile-branded business and government-oriented plans, which are not subject to a threshold.

In addition, many T-Mobile plans use video streaming optimization when connected to the cellular network to deliver a DVD-quality (up to 2.5 Mbps) video experience with minimal buffering while streaming. T-Mobile plans optimize data streams that are identified by our packet-core network as video; video providers may also choose to establish protocols to self-optimize their video. As described above, customers may also have selected other video experiences – e.g., selecting Ultra HD video on Magenta MAX – resulting in variation in streaming quality.

| | Additionally, we prioritize network data by plan and brand to deliver a range of customer choice points at great values. Data for customers on most T-Mobile-branded plans (and for customers on Sprint-branded plans while using the T-Mobile network), is prioritized before the data of customers on Essentials plans and Metro by T-Mobile or Assurance Wireless-branded plans. Mobile internet plans offered after December 12, 2020 with 30GB or more data per month, and Project 10Million and some other education-focused mobile internet plans, are prioritized next. The vast majority of customers on T-Mobile-branded, Sprint-branded, Metro by T-Mobile-branded, and Assurance Wireless-branded plans receive higher priority than the small fraction of customers who are Heavy Data Users on their rate plan, who are prioritized last on the network after exceeding the relevant threshold for the current billing cycle. T-Mobile Home Internet (available in select locations) customers receive the same network prioritization as Heavy Data Users, but should be less likely to experience congestion because the equipment is stationary and available in limited areas. https://www.t-mobile.com/responsibility/consumer-info/policies/internet-service |
|---|---|
| 2. The network service plan provisioning system of claim 1, wherein process the first service plan component and the second service plan component to create a network provisioning instruction set in accordance with a prioritization of the first traffic classification filter over the second traffic classification filter comprises order traffic inspection comparison operations in the one or more traffic inspection provisioning instructions such that the one or more traffic inspection provisioning instructions direct the network traffic inspection system to determine whether the traffic event possesses the characteristic that matches the first traffic classification filter before determining whether the traffic event possesses the characteristic that matches the second traffic classification filter. | The Accused Instrumentalities comprise "network service plan provisioning system of claim 1, wherein process the first service plan component and the second service plan component to create a network provisioning instruction set in accordance with a prioritization of the first traffic classification filter over the second traffic classification filter comprises order traffic inspection comparison operations in the one or more traffic inspection provisioning instructions such that the one or more traffic inspection provisioning instructions direct the network traffic inspection system to determine whether the traffic event possesses the characteristic that matches the first traffic classification filter before determining whether the traffic event possesses the characteristic that matches the second traffic classification filter." <br><br> *See*, for example, the disclosures identified for claim 1. <br><br> As a further example, the Accused Instrumentalities apply different access priority rules based on the type of subscriber account, where a first service plan component and a second service plan component may refer to the service plans of two different subscriber plans to order subscribers into various priorities, such as "top priority" or "QCI" level. As another example, a traffic classification filter for inspecting and detecting hotspot data is used to enforce the relatively lower levels of service priority that carriers, including T-Mobile, accord to hotspot data over other more data such as data used by accounts determined by the Accused Instrumentalities to be for "first responder" use. |

| | |
|---|---|
| 3. The network service plan provisioning system of claim 2, wherein process the first service plan component and the second service plan component to create a network provisioning instruction set in accordance with a prioritization of the first traffic classification filter over the second traffic classification filter further comprises include in the network provisioning instruction set one or more instructions directing the network traffic inspection system to determine whether the traffic event possesses the characteristic that matches the second traffic classification filter only if the traffic event does not possess the characteristic that matches the first traffic classification filter. | The Accused Instrumentalities comprise "network service plan provisioning system of claim 2, wherein process the first service plan component and the second service plan component to create a network provisioning instruction set in accordance with a prioritization of the first traffic classification filter over the second traffic classification filter further comprises include in the network provisioning instruction set one or more instructions directing the network traffic inspection system to determine whether the traffic event possesses the characteristic that matches the second traffic classification filter only if the traffic event does not possess the characteristic that matches the first traffic classification filter."

*See*, for example, the disclosures identified for claims 1-2.

As a further example, the Accused Instrumentalities apply different access priority rules based on the type of subscriber account, where a first service plan component and a second service plan component may refer to the service plans of two different subscriber plans into various priorities based on characteristics that match certain filters, but not others. |
| 4. The network service plan provisioning system of claim 2, wherein process the first service plan component and the second service plan component to create a network provisioning instruction set in accordance with a prioritization of the first traffic classification filter over the second traffic classification filter further comprises include in the network provisioning instruction set one or more instructions directing the network traffic inspection system to determine whether the traffic event also possesses the characteristic that matches the second traffic classification filter if the traffic event possesses the characteristic that | The Accused Instrumentalities comprise "network service plan provisioning system of claim 2, wherein process the first service plan component and the second service plan component to create a network provisioning instruction set in accordance with a prioritization of the first traffic classification filter over the second traffic classification filter further comprises include in the network provisioning instruction set one or more instructions directing the network traffic inspection system to determine whether the traffic event also possesses the characteristic that matches the second traffic classification filter if the traffic event possesses the characteristic that matches the first traffic classification filter."

*See*, for example, the disclosures identified for claims 1-2.

As a further example, the Accused Instrumentalities apply different access priority rules based on the type of subscriber account, where a first service plan component and a second service plan component may refer to the service plans of two different subscriber plans into various priorities based on characteristics that match more than one filter. |

| matches the first traffic classification filter. | |
|---|---|
| 5. The network service plan provisioning system of claim 1, further comprising: | The Accused Instrumentalities comprise "network service plan provisioning system of claim 1."<br><br>*See*, for example, the disclosures identified for claim 1. |
| [5a] a policy enforcement priority rule datastore including a policy enforcement priority rule for determining whether the traffic event possesses the characteristic that matches the first traffic classification filter before determining whether the traffic event possesses the characteristic that matches the second traffic classification filter, | The Accused Instrumentalities comprise "a policy enforcement priority rule datastore including a policy enforcement priority rule for determining whether the traffic event possesses the characteristic that matches the first traffic classification filter before determining whether the traffic event possesses the characteristic that matches the second traffic classification filter."<br><br>*See*, for example, the disclosures identified for claims 1-2. |
| [5b] and wherein process the first service plan component and the second service plan component to create a network provisioning instruction set in accordance with a prioritization of the first traffic classification filter over the second traffic classification filter comprises include the policy enforcement priority rule in the network provisioning instruction set. | The Accused Instrumentalities comprise "wherein process the first service plan component and the second service plan component to create a network provisioning instruction set in accordance with a prioritization of the first traffic classification filter over the second traffic classification filter comprises include the policy enforcement priority rule in the network provisioning instruction set."<br><br>*See*, for example, the disclosures identified for claims 1-3. |
| 6. The network service plan provisioning system of claim 5, wherein the policy enforcement priority rule comprises a priority order for a plurality of traffic classification filters, the plurality of traffic classification filters including the first traffic classification filter and the second traffic classification filter. | The Accused Instrumentalities comprise "[t]he network service plan provisioning system of claim 5, wherein the policy enforcement priority rule comprises a priority order for a plurality of traffic classification filters, the plurality of traffic classification filters including the first traffic classification filter and the second traffic classification filter."<br><br>*See*, for example, the disclosures identified for claim 5.<br><br>As a further example, the Accused Instrumentalities comprise a plurality of filters (e.g., QCI1 through QCI9) with rules that comprise a priority order for the plurality of filters. |

| 7. The network service plan provisioning system of claim 5, wherein the policy enforcement priority rule comprises a priority specification for one or both of the first service plan component and the second service plan component. | The Accused Instrumentalities comprise "[t]he network service plan provisioning system of claim 5, wherein the policy enforcement priority rule comprises a priority specification for one or both of the first service plan component and the second service plan component."<br><br>*See*, for example, the disclosures identified for claim 5. |
| --- | --- |
| 8. The network service plan provisioning system of claim 1, wherein at least one of the one or more policies is dependent on a network state. | The Accused Instrumentalities comprise "[t]he network service plan provisioning system of claim 1, wherein at least one of the one or more policies is dependent on a network state."<br><br>*See*, for example, the disclosures identified for claim 1.<br><br>As a further example, the Accused Instrumentalities comprise policies which are dependent on network states (e.g. congestion, and/or roaming). *See, e.g.*:<br><br>Where the network is lightly loaded in relation to available capacity, a customer whose data is prioritized higher than other traffic will notice little, if any, effect from having higher priority. This will be the case in the vast majority of times and locations. Customers may notice reduced speeds in comparison to customers with a higher priority during network congestion. At times and at locations where the network is heavily loaded in relation to available capacity, these customers will likely see significant reductions in data speeds, especially if they are engaged in data-intensive activities. Customers should be aware that these practices may occasionally result in speeds below those typically experienced on our 5G or LTE networks, including a greater likelihood of reduced speeds in the lower end of the speed ranges. Depending on the extent of network congestion, these customers may notice more frequent impacts to some video streaming, file downloads, and other high-bandwidth activities. T-Mobile constantly works to improve network performance and capacity, but there are physical and technical limits on how much capacity is available, and in constrained locations the frequency of heavy loading in relation to available capacity may be greater than in other locations. When network loading goes down or the customer moves to a location that is less heavily loaded in relation to available capacity, the customer's speeds will likely improve.<br>https://www.t-mobile.com/responsibility/consumer-info/policies/internet-service |

| | **CAN I ROAM ON MY DEVICE?** |
|---|---|
| | **Domestic Roaming.** Your Device may connect to another provider's network ("Off-Net"). This may happen even when you are within the T-Mobile coverage area. Check your Device to determine if you are Off-Net. Please do not abuse this; we may limit or terminate your Service if you do. Your device may also connect to another provider's secured Wi-Fi network. See **WHAT ARE THE PERMITTED AND PROHIBITED USES FOR MY DEVICE AND SERVICE?** section for additional info. |
| | https://www.t-mobile.com/responsibility/legal/terms-and-conditions |
| 9. The network service plan provisioning system of claim 8, wherein the network state comprises a congestion state of the wireless access network, a network location, a type of the wireless access network, whether the wireless access network is a roaming network, a routing identifier associated with the wireless access network, or a combination of these. | The Accused Instrumentalities comprise "[t]he network service plan provisioning system of claim 8, wherein the network state comprises a congestion state of the wireless access network, a network location, a type of the wireless access network, whether the wireless access network is a roaming network, a routing identifier associated with the wireless access network, or a combination of these." <br><br> *See*, for example, the disclosures identified for claims 1 and 8. <br><br> As a further example, the Accused Instrumentalities comprise network states, e.g. congestion state, network location, roaming, and/or routing identifiers. *See, e.g.*: <br><br> Where the network is lightly loaded in relation to available capacity, a customer whose data is prioritized higher than other traffic will notice little, if any, effect from having higher priority. This will be the case in the vast majority of times and locations. Customers may notice reduced speeds in comparison to customers with a higher priority during network congestion. At times and at locations where the network is heavily loaded in relation to available capacity, these customers will likely see significant reductions in data speeds, especially if they are engaged in data-intensive activities. Customers should be aware that these practices may occasionally result in speeds below those typically experienced on our 5G or LTE networks, including a greater likelihood of reduced speeds in the lower end of the speed ranges. Depending on the extent of network congestion, these customers may notice more frequent impacts to some video streaming, file downloads, and other high-bandwidth activities. T-Mobile constantly works to improve network performance and capacity, but there are physical and technical limits on how much capacity is available, and in constrained locations the frequency of heavy loading in relation to available capacity may be greater than in other locations. When network loading goes down or the customer moves to a location that is less heavily loaded in relation to available capacity, the customer's speeds will likely improve. <br> https://www.t-mobile.com/responsibility/consumer-info/policies/internet-service |

| | **CAN I ROAM ON MY DEVICE?** |
|---|---|
| | **Domestic Roaming.** Your Device may connect to another provider's network ("Off-Net"). This may happen even when you are within the T-Mobile coverage area. Check your Device to determine if you are Off-Net. Please do not abuse this; we may limit or terminate your Service if you do. Your device may also connect to another provider's secured Wi-Fi network. See **WHAT ARE THE PERMITTED AND PROHIBITED USES FOR MY DEVICE AND SERVICE?** section for additional info. <br><br> https://www.t-mobile.com/responsibility/legal/terms-and-conditions |
| 10. The network service plan provisioning system of claim 9, wherein the congestion state is based on a time of day, a measure of network congestion, a measure of a delay, a measure of a jitter, a packet error rate, or a combination of these. | The Accused Instrumentalities comprise "[t]he network service plan provisioning system of claim 9, wherein the congestion state is based on a time of day, a measure of network congestion, a measure of a delay, a measure of a jitter, a packet error rate, or a combination of these." <br><br> *See*, for example, the disclosures identified for claims 1, and 8-9. |
| 11. The network service plan provisioning system of claim 5, wherein the one or more network elements are further configured to provide a user interface for a service plan design environment that provides for entering the policy enforcement priority rule in the design environment by entering a priority assignment for the first service plan component, entering a priority assignment for the second service plan component, positioning the first and second service plan components in a priority ordering, defining the first or second service plan component as belonging to a service type that has an implied or literal ordering, or a combination of these. | The Accused Instrumentalities comprise "[t]he network service plan provisioning system of claim 5, wherein the one or more network elements are further configured to provide a user interface for a service plan design environment that provides for entering the policy enforcement priority rule in the design environment by entering a priority assignment for the first service plan component, entering a priority assignment for the second service plan component, positioning the first and second service plan components in a priority ordering, defining the first or second service plan component as belonging to a service type that has an implied or literal ordering, or a combination of these." <br><br> *See*, for example, the disclosures identified for claims 1, and 8-9. <br><br> On information and belief, the Accused Instrumentalities are configured to provide a user interface for a service plan design environment that provides for entering the policy enforcement priority rule in the design environment by entering a priority assignment for service plan components, ordering, and/or grouping to define filters and logic to implement those rules on traffic as shown by the exemplary citations in claims 1 and 8-9 above. |

| 12. The network service plan provisioning system of claim 1, wherein the information specifying the first traffic classification filter comprises an inspection criterion selected from a group of inspection criteria consisting of: specific device application, a specific network destination, a specific network source, a specific traffic type, a specific content type, a specific traffic protocol, and a combination of two or more of the inspection criteria. | The Accused Instrumentalities comprise "[t]he network service plan provisioning system of claim 1, wherein the information specifying the first traffic classification filter comprises an inspection criterion selected from a group of inspection criteria consisting of: specific device application, a specific network destination, a specific network source, a specific traffic type, a specific content type, a specific traffic protocol, and a combination of two or more of the inspection criteria."<br><br>*See*, for example, the disclosures identified for claims 1, and 8-9.<br><br>As a further example, the information specifying traffic classification filters comprises inspection criterion such as plan level, plan type, plan feature, and/or plan option (e.g., Personal or Business, Essentials, Go5G, Go5G Plus, Go5G Next, Postpaid, Prepaid, Mobile Hotspot, Data Pass, HD streaming, Binge On, etc.), as well as subscriber type (e.g., first responder, business, enterprise, personal, MVNO, etc.), usage type (voice, video, gaming, messaging, etc.), usage level (e.g., heavy data users), content type (video, messaging, voice, etc.). |
| --- | --- |
| 13. The network service plan provisioning system of claim 1, wherein the first or second policy enforcement action is an action selected from a group of actions consisting of: apply a traffic control policy; apply a service usage accounting, charging, or billing policy; apply a service notification policy; and a combination of two or more of the actions. | The Accused Instrumentalities comprise "[t]he network service plan provisioning system of claim 1, wherein the first or second policy enforcement action is an action selected from a group of actions consisting of: apply a traffic control policy; apply a service usage accounting, charging, or billing policy; apply a service notification policy; and a combination of two or more of the actions."<br><br>*See*, for example, the disclosures identified for claims 1, and 8-9.<br><br>As a further example, the policy enforcement actions such as reducing data speeds, account for/bill for additional data and account features, notify users regarding their usage, etc. |
| 15. The network service plan provisioning system of claim 1, wherein the one or more network elements are further configured to include in the network provisioning instruction set an instruction to assist in enforcing a classification-based charging policy, wherein the classification is selected | The Accused Instrumentalities comprise "[t]he network service plan provisioning system of claim 1, wherein the one or more network elements are further configured to include in the network provisioning instruction set an instruction to assist in enforcing a classification-based charging policy, wherein the classification is selected from the group of classification categories consisting of: application, destination, network, time of day, congestion state, quality of service, content type, and a combination of two or more of the classification categories."<br><br>*See*, for example, the disclosures identified for claims 1, 8-9, and 15. |

| | |
|---|---|
| from the group of classification categories consisting of: application, destination, network, time of day, congestion state, quality of service, content type, and a combination of two or more of the classification categories. | |
| 16. The network service plan provisioning system of claim 1, wherein the one or more network elements are further configured to include in the network provisioning instruction set an instruction to assist in presenting a service buy page notification with an actionable response. | The Accused Instrumentalities comprise "the one or more network elements are further configured to include in the network provisioning instruction set an instruction to assist in presenting a service buy page notification with an actionable response." *See, e.g.*:<br><br>## Resetting the modem based on PCO values<br><br>Based on PCO values received from the network, the modem will be reset in the following scenarios:<br><br>• The user completed self-activation after receiving PCO = 5 from the network. A new PCO value (3, 0 or anything Mobile Operator App can recognize) will be sent to the OS and the OS will pass it to Mobile Operator App.<br>• The user added more credit to their account after receiving PCO = 3. A new PCO value (0, or anything Mobile Operator App can recognize) will be sent to the OS and the OS will pass it to Mobile Operator App.<br><br>The host is not aware of the modem being reset, so the activated connections from the host will not be deactivated and the modem should automatically re-establish connection with those PDN after resetting. Upon establishing connection and receiving a new incoming PCO value from the network, the modem will provide an unsolicited NDIS_STATUS_WWAN_PCO_STATUS notification to the host.<br><br>The following diagram illustrates the modem's reset flow when one of these scenarios occurs, with Verizon Wireless as the example MO:<br><br> |

| | https://learn.microsoft.com/en-us/windows-hardware/drivers/network/mb-protocol-configuration-options-pco-operations |
|---|---|
| 21. The network service plan provisioning system of claim 1, wherein the one or more network elements are further configured to facilitate reuse of the first service plan component, the second service plan component, the first traffic classification filter, the second traffic classification filter, the first policy enforcement action, or the second policy enforcement action in a plurality of service plans by storing the first service plan component, the second service plan component, the first traffic classification filter, the second traffic classification filter, the first policy enforcement action, and the second policy enforcement action as one or more objects in a catalog. | The Accused Instrumentalities comprise "[t]he network service plan provisioning system of claim 1, wherein the one or more network elements are further configured to facilitate reuse of the first service plan component, the second service plan component, the first traffic classification filter, the second traffic classification filter, the first policy enforcement action, or the second policy enforcement action in a plurality of service plans by storing the first service plan component, the second service plan component, the first traffic classification filter, the second traffic classification filter, the first policy enforcement action, and the second policy enforcement action as one or more objects in a catalog."<br><br>*See*, for example, the disclosures identified for claims 1, 8-9, and 15. |
| 22. The network service plan provisioning system of claim 1, wherein the first service plan component further comprises an additional policy enforcement action to augment the first policy enforcement action, and wherein the second service plan component further comprises the additional policy enforcement action to augment the second policy enforcement action. | The Accused Instrumentalities comprise "the first service plan component further comprises an additional policy enforcement action to augment the first policy enforcement action, and wherein the second service plan component further comprises the additional policy enforcement action to augment the second policy enforcement action." For example, the service plan components comprise an additional policy enforcement action that throttles data when high-speed data usage for the service period exceeds the limit under the subscription plan whether the traffic event possesses a characteristic that matches the first or second traffic classification filter. *See* claim 1. |
| 23. The network service plan provisioning system of claim 1, wherein the first service plan component further comprises an additional policy enforcement action to over-ride the first | The Accused Instrumentalities comprise "the first service plan component further comprises an additional policy enforcement action to over-ride the first policy enforcement action, and wherein the second service plan component further comprises the additional policy enforcement action to over-ride the second policy enforcement action." For example, the service plan components comprise an additional policy enforcement action that throttles data when high- |

| policy enforcement action, and wherein the second service plan component further comprises the additional policy enforcement action to over-ride the second policy enforcement action. | speed data usage for the service period exceeds the limit under the subscription plan whether the traffic event possesses a characteristic that matches the first or second traffic classification filter. *See* claim 1. |
|---|---|
| 28. The network service plan provisioning system of claim 1, wherein the one or more network elements are further configured to obtain service plan parameters for multiple service plans, combine one or more service policies for the multiple service plans into one composite-plan policy set, and provision the network policy enforcement system to enforce the composite policies for the multiple service plans. | The Accused Instrumentalities comprise "[t]he network service plan provisioning system of claim 1, wherein the one or more network elements are further configured to obtain service plan parameters for multiple service plans, combine one or more service policies for the multiple service plans into one composite-plan policy set, and provision the network policy enforcement system to enforce the composite policies for the multiple service plans."<br><br>*See*, for example, the disclosures identified for claims 1, 8-9, and 15. |
| 30. The network service plan provisioning system of claim 1, wherein the first service plan component is associated with a first priority, and wherein the second service plan component is associated with a second priority, the second priority being lower than the first priority, and wherein process the first service plan component and the second service plan component to create a network provisioning instruction set in accordance with a prioritization of the first traffic classification filter over the second traffic classification filter comprises include in the network provisioning instruction set one or more first instructions directing the network traffic inspection system to determine whether the traffic event possesses the | The Accused Instrumentalities comprise "[t]he network service plan provisioning system of claim 1, wherein the first service plan component is associated with a first priority, and wherein the second service plan component is associated with a second priority, the second priority being lower than the first priority, and wherein process the first service plan component and the second service plan component to create a network provisioning instruction set in accordance with a prioritization of the first traffic classification filter over the second traffic classification filter comprises include in the network provisioning instruction set one or more first instructions directing the network traffic inspection system to determine whether the traffic event possesses the characteristic that matches the first traffic classification filter and to determine whether the traffic event possesses the characteristic that matches the second traffic classification filter, and one or more second instructions directing the network policy enforcement system to enforce the first network policy enforcement action when the traffic event possesses both the characteristic that matches the first traffic classification filter and the characteristic that matches the second traffic classification filter."<br><br>*See*, for example, the disclosures identified for claims 1, 8-9, and 15. |

| | |
|---|---|
| characteristic that matches the first traffic classification filter and to determine whether the traffic event possesses the characteristic that matches the second traffic classification filter, and one or more second instructions directing the network policy enforcement system to enforce the first network policy enforcement action when the traffic event possesses both the characteristic that matches the first traffic classification filter and the characteristic that matches the second traffic classification filter. | |
| 31. The network service plan provisioning system of claim 1, wherein the first service plan component is associated with a first priority, and wherein the second service plan component is associated with a second priority, the second priority being lower than the first priority, and wherein process the first service plan component and the second service plan component to create a network provisioning instruction set in accordance with a prioritization of the first traffic classification filter over the second traffic classification filter comprises include in the network provisioning instruction set one or more first instructions directing the network traffic inspection system to determine whether the traffic event possesses the characteristic that matches the first traffic classification filter, and one or more second instructions directing the network | The Accused Instrumentalities comprise "[t]he network service plan provisioning system of claim 1, wherein the first service plan component is associated with a first priority, and wherein the second service plan component is associated with a second priority, the second priority being lower than the first priority, and wherein process the first service plan component and the second service plan component to create a network provisioning instruction set in accordance with a prioritization of the first traffic classification filter over the second traffic classification filter comprises include in the network provisioning instruction set one or more first instructions directing the network traffic inspection system to determine whether the traffic event possesses the characteristic that matches the first traffic classification filter, and one or more second instructions directing the network policy enforcement system to enforce only the first network policy enforcement action when the traffic event possesses the characteristic that matches the first traffic classification filter."

*See*, for example, the disclosures identified for claims 1, 8-9, and 15. |

| | |
|---|---|
| policy enforcement system to enforce only the first network policy enforcement action when the traffic event possesses the characteristic that matches the first traffic classification filter. | |
| 32. The network service plan provisioning system of claim 1, wherein the first service plan component is associated with a first priority, and wherein the second service plan component is associated with a second priority, the second priority being lower than the first priority, and wherein process the first service plan component and the second service plan component to create a network provisioning instruction set in accordance with a prioritization of the first traffic classification filter over the second traffic classification filter comprises include in the network provisioning instruction set one or more first instructions directing the network traffic inspection system to determine whether the traffic event possesses the characteristic that matches the first traffic classification filter and to determine whether the traffic event possesses the characteristic that matches the second traffic classification filter, and one or more second instructions directing the network policy enforcement system to enforce the first network policy enforcement action and the second network policy enforcement action when the traffic event possesses both the | The Accused Instrumentalities comprise "[t]he network service plan provisioning system of claim 1, wherein the first service plan component is associated with a first priority, and wherein the second service plan component is associated with a second priority, the second priority being lower than the first priority, and wherein process the first service plan component and the second service plan component to create a network provisioning instruction set in accordance with a prioritization of the first traffic classification filter over the second traffic classification filter comprises include in the network provisioning instruction set one or more first instructions directing the network traffic inspection system to determine whether the traffic event possesses the characteristic that matches the first traffic classification filter and to determine whether the traffic event possesses the characteristic that matches the second traffic classification filter, and one or more second instructions directing the network policy enforcement system to enforce the first network policy enforcement action and the second network policy enforcement action when the traffic event possesses both the characteristic that matches the first traffic classification filter and the characteristic that matches the second traffic classification filter."

*See*, for example, the disclosures identified for claims 1, 8-9, and 15. |

| | |
|---|---|
| characteristic that matches the first traffic classification filter and the characteristic that matches the second traffic classification filter. | |
| 33. The network service plan provisioning system of claim 1, wherein process the first service plan component and the second service plan component to create a network provisioning instruction set in accordance with a prioritization of the first traffic classification filter over the second traffic classification filter comprises order one or more first instructions associated with the first traffic classification filter and one or more second instructions associated with the second traffic classification filter so that the first traffic classification filter is applied to the traffic event before the second traffic classification filter is applied to the traffic event. | The Accused Instrumentalities comprise "[t]he network service plan provisioning system of claim 1, wherein process the first service plan component and the second service plan component to create a network provisioning instruction set in accordance with a prioritization of the first traffic classification filter over the second traffic classification filter comprises order one or more first instructions associated with the first traffic classification filter and one or more second instructions associated with the second traffic classification filter so that the first traffic classification filter is applied to the traffic event before the second traffic classification filter is applied to the traffic event."<br><br>*See*, for example, the disclosures identified for claims 1, 8-9, and 15. |
| 35. The network service plan provisioning system of claim 1, wherein process the first service plan component and the second service plan component to create a network provisioning instruction set in accordance with a prioritization of the first traffic classification filter over the second traffic classification filter comprises apply an explicit priority rule. | The Accused Instrumentalities comprise "[t]he network service plan provisioning system of claim 1, wherein process the first service plan component and the second service plan component to create a network provisioning instruction set in accordance with a prioritization of the first traffic classification filter over the second traffic classification filter comprises apply an explicit priority rule."<br><br>*See*, for example, the disclosures identified for claims 1, 8-9, and 15. |
| 36. The network service plan provisioning system of claim 1, wherein process the first service plan component and the second service plan component to create a network provisioning instruction | The Accused Instrumentalities comprise "[t]he network service plan provisioning system of claim 1, wherein process the first service plan component and the second service plan component to create a network provisioning instruction set in accordance with a prioritization of the first traffic classification filter over the second traffic classification filter comprises configure the one or more traffic inspection provisioning instructions so that the network traffic |

| | |
|---|---|
| set in accordance with a prioritization of the first traffic classification filter over the second traffic classification filter comprises configure the one or more traffic inspection provisioning instructions so that the network traffic inspection system determines whether the traffic event possesses the characteristic that matches the first traffic classification filter before determining whether the traffic event possesses the characteristic that matches the second traffic classification filter. | inspection system determines whether the traffic event possesses the characteristic that matches the first traffic classification filter before determining whether the traffic event possesses the characteristic that matches the second traffic classification filter." *See*, for example, the disclosures identified for claims 1, 8-9, and 15. |
| 37. The network service plan provisioning system of claim 1, wherein process the first service plan component and the second service plan component to create a network provisioning instruction set in accordance with a prioritization of the first traffic classification filter over the second traffic classification filter comprises configure the one or more policy enforcement provisioning instructions so that the network policy enforcement system applies the first policy enforcement action before applying the second policy enforcement action. | The Accused Instrumentalities comprise "[t]he network service plan provisioning system of claim 1, wherein process the first service plan component and the second service plan component to create a network provisioning instruction set in accordance with a prioritization of the first traffic classification filter over the second traffic classification filter comprises configure the one or more policy enforcement provisioning instructions so that the network policy enforcement system applies the first policy enforcement action before applying the second policy enforcement action." *See*, for example, the disclosures identified for claims 1, 8-9, and 15. |
| 38. The network service plan provisioning system of claim 1, wherein process the first service plan component and the second service plan component to create a network provisioning instruction set in accordance with a prioritization of the first traffic classification filter over | The Accused Instrumentalities comprise "process the first service plan component and the second service plan component to create a network provisioning instruction set in accordance with a prioritization of the first traffic classification filter over the second traffic classification filter comprises configure the one or more traffic inspection provisioning instructions so that when the traffic event possesses the characteristic that matches the first traffic classification filter, the network policy enforcement system applies the first policy enforcement action, and the |

| | |
|---|---|
| the second traffic classification filter comprises configure the one or more traffic inspection provisioning instructions so that when the traffic event possesses the characteristic that matches the first traffic classification filter, the network policy enforcement system applies the first policy enforcement action, and the network traffic inspection system does not determine whether the traffic event possesses the characteristic that matches the second traffic classification filter. | network traffic inspection system does not determine whether the traffic event possesses the characteristic that matches the second traffic classification filter." <br><br> *See, e.g.*, claim 3. |
| 39. The network service plan provisioning system of claim 1, wherein process the first service plan component and the second service plan component to create a network provisioning instruction set in accordance with a prioritization of the first traffic classification filter over the second traffic classification filter comprises configure the network provisioning instruction set so that when the traffic event possesses the characteristic that matches the first traffic classification filter and the characteristic that matches the second traffic classification filter, the first policy enforcement action has a higher priority than the second policy enforcement action. | The Accused Instrumentalities comprise "process the first service plan component and the second service plan component to create a network provisioning instruction set in accordance with a prioritization of the first traffic classification filter over the second traffic classification filter comprises configure the network provisioning instruction set so that when the traffic event possesses the characteristic that matches the first traffic classification filter and the characteristic that matches the second traffic classification filter, the first policy enforcement action has a higher priority than the second policy enforcement action." *See, e.g.*: |

| | |
|---|---|
| | These are the general priority levels, illustrated in QCI values, used by T-Mobile, Verizon, and AT&T<br>https://www.bestphoneplans.net/news/data-priority |
| 40. The network service plan provisioning system of claim 1, wherein process the first service plan component and the second service plan component to create a network provisioning instruction set in accordance with a prioritization of the first traffic classification filter over the second traffic classification filter comprises configure the one or more | The Accused Instrumentalities comprise "process the first service plan component and the second service plan component to create a network provisioning instruction set in accordance with a prioritization of the first traffic classification filter over the second traffic classification filter comprises configure the one or more traffic inspection provisioning instructions so that when the network traffic inspection system determines that the traffic event possesses the characteristic that matches the first traffic classification filter and the characteristic that matches the second traffic classification filter, the network policy enforcement system applies the first policy enforcement action but does not apply the second policy enforcement action." *See, e.g.*: |

| | |
|---|---|
| traffic inspection provisioning instructions so that when the network traffic inspection system determines that the traffic event possesses the characteristic that matches the first traffic classification filter and the characteristic that matches the second traffic classification filter, the network policy enforcement system applies the first policy enforcement action but does not apply the second policy enforcement action. |  These are the general priority levels, illustrated in QCI values, used by T-Mobile, Verizon, and AT&T https://www.bestphoneplans.net/news/data-priority |
| 41. The network service plan provisioning system of claim 1, wherein process the first service plan component and the second service plan component to create a network provisioning instruction set in accordance with a prioritization of the first traffic classification filter over the second traffic classification filter comprises configure the one or more | The Accused Instrumentalities comprise "process the first service plan component and the second service plan component to create a network provisioning instruction set in accordance with a prioritization of the first traffic classification filter over the second traffic classification filter comprises configure the one or more traffic inspection provisioning instructions so that when the network traffic inspection system determines that the traffic event possesses the characteristic that matches the first traffic classification filter and the characteristic that matches the second traffic classification filter, the network policy enforcement system applies the first policy enforcement action before applying the second policy enforcement action." For example, the service plan components comprise a first policy enforcement action that prioritizes the traffic |

| | |
|---|---|
| traffic inspection provisioning instructions so that when the network traffic inspection system determines that the traffic event possesses the characteristic that matches the first traffic classification filter and the characteristic that matches the second traffic classification filter, the network policy enforcement system applies the first policy enforcement action before applying the second policy enforcement action. | event (e.g., video streaming) and a second policy enforcement action that throttles data, when the network traffic inspection system determines that the traffic event (e.g., video streaming) possesses the characteristic that matches the first traffic classification filter and the characteristic that matches the second traffic classification filter, and high-speed data usage for the service period exceeds the limit under the subscription plan. *See* claim 1. |
| 42. The network service plan provisioning system of claim 1, wherein the network policy enforcement system comprises a policy decision element. | The Accused Instrumentalities comprise "the network policy enforcement system comprises a policy decision element." For example, T-Mobile's system comprises a policy decision element that determines which service plan components to implement for a particular device based on the subscription plan associated with that device. *See* claim 1. |
| 43. The network service plan provisioning system of claim 1, wherein the network policy enforcement system or the network traffic inspection system comprises a gateway. | The Accused Instrumentalities comprise "the network policy enforcement system or the network traffic inspection system comprises a gateway." On information and belief, the gateway applies the network policy enforcement actions to traffic events before such traffic uses additional network resources. |
| 44. The network service plan provisioning system of claim 1, wherein at least a portion of the network policy enforcement system is on the wireless end-user device. | The Accused Instrumentalities comprise "wherein at least a portion of the network policy enforcement system is on the wireless end-user device." *See* claim 1. |
| 45. The network service plan provisioning system of claim 1, wherein at least a portion of the network policy enforcement system is in a network system communicatively coupled to the wireless end-user device over the wireless access network. | The Accused Instrumentalities comprise "at least a portion of the network policy enforcement system is in a network system communicatively coupled to the wireless end-user device over the wireless access network." *See* claim 1. |
| 46. The network service plan provisioning system of claim 1, wherein | The Accused Instrumentalities comprise "the network traffic inspection system or the network policy enforcement system comprises a programmable element." *See* claims 1, 44. |

| | |
|---|---|
| the network traffic inspection system or the network policy enforcement system comprises a programmable element. | |
| 47. The network service plan provisioning system of claim 1, wherein the network policy enforcement system or the network traffic inspection system comprises a modem or an agent on the wireless end-user device. | The Accused Instrumentalities comprise "the network policy enforcement system or the network traffic inspection system comprises a modem or an agent on the wireless end-user device." *See* claims 1, 44. |
| 57. The network service plan provisioning system of claim 1, wherein the network policy enforcement system comprises a notification element. | The Accused Instrumentalities comprise "the network policy enforcement system comprises a notification element." On information and belief, a notification element implements a notification function that sends a message to the wireless end-user device indicating that data usage has reached a limit for the service period under the subscription plan which causes the device to display a notification to inform the user and prompt the user to purchase additional data or an upgraded plan. *See* claim 1. |

| | |
|---|---|
| | ## Resetting the modem based on PCO values<br><br>Based on PCO values received from the network, the modem will be reset in the following scenarios:<br><br>• The user completed self-activation after receiving PCO = 5 from the network. A new PCO value (3, 0 or anything Mobile Operator App can recognize) will be sent to the OS and the OS will pass it to Mobile Operator App.<br>• The user added more credit to their account after receiving PCO = 3. A new PCO value (0, or anything Mobile Operator App can recognize) will be sent to the OS and the OS will pass it to Mobile Operator App.<br><br>The host is not aware of the modem being reset, so the activated connections from the host will not be deactivated and the modem should automatically re-establish connection with those PDN after resetting. Upon establishing connection and receiving a new incoming PCO value from the network, the modem will provide an unsolicited NDIS_STATUS_WWAN_PCO_STATUS notification to the host.<br><br>The following diagram illustrates the modem's reset flow when one of these scenarios occurs, with Verizon Wireless as the example MO:<br><br><br><br>https://learn.microsoft.com/en-us/windows-hardware/drivers/network/mb-protocol-configuration-options-pco-operations |
| 58. The network service plan provisioning system of claim 1, wherein the network policy enforcement system implements a notification function. | The Accused Instrumentalities comprise "the network policy enforcement system implements a notification function." *See* claim 57. |
| 59. The network service plan provisioning system of claim 58, wherein the one or more network elements are further configured to: obtain notification | The Accused Instrumentalities comprise "the one or more network elements are further configured to: obtain notification information, the notification information at least assisting to specify or identify a notification content, a notification trigger, or a notification offer; and |

| | |
|---|---|
| information, the notification information at least assisting to specify or identify a notification content, a notification trigger, or a notification offer; and determine at least a portion of the policy enforcement provisioning instructions based on the notification information. | determine at least a portion of the policy enforcement provisioning instructions based on the notification information." On information and belief, the Accused Instrumentalities obtain notification information when the user purchases purchase additional data or an upgraded plan (e.g., a data add on through the T-Mobile app), which assists to identify the notification offer that resulted in the purchase, and determines at least a portion of the policy enforcement provisioning instructions (e.g., a data limit) based on the notification information. |
| 60. The network service plan provisioning system of claim 1, wherein the one or more policies comprise a notification policy. | The Accused Instrumentalities comprise "the one or more policies comprise a notification policy." *See* claims 57-59. |
| 61. The network service plan provisioning system of claim 60, wherein the one or more policy enforcement provisioning instructions assist in causing a notification to be delivered to a subscriber or to the wireless end-user device. | The Accused Instrumentalities comprise "the one or more policy enforcement provisioning instructions assist in causing a notification to be delivered to a subscriber or to the wireless end-user device." *See* claims 57-59. |
| 62. The network service plan provisioning system of claim 61, wherein the notification comprises a selection option for providing feedback or instructions. | The Accused Instrumentalities comprise "the notification comprises a selection option for providing feedback or instructions." *See, e.g.*:<br><br>Keeping things simple yet secure – the T-Mobile app allows you to do it all in one place :<br>· Try the T-Mobile network with Network Pass<br>· Switch to T-Mobile in minutes with Easy Switch<br>· Compare network performance with Network Scorecard<br>· Manage your account, add and remove services, and change plans<br>· Pay bills, set-up autopay, and payment plan options…<br>https://play.google.com/store/apps/details?id=com.tmobile.pr.mytmobile&hl=en_US&pli=1 |

| | Keeping things simple yet secure – the T-Mobile app allows you to do it all in one place<br>· Try the T-Mobile network with Network Pass<br>· Switch to T-Mobile in minutes with Easy Switch<br>· Compare network performance with Network Scorecard<br>· Manage your account, add and remove services, and change plans<br>· Pay bills, set-up autopay, and payment plan options<br>· Shop devices and view offers<br>· Manage international data<br>· Profile settings<br>Don't forget to enroll in bio authentication in your phone settings to easily authenticate while on the go!<br>https://apps.apple.com/us/app/t-mobile/id561625752<br><br>**Manage Marketing Communication Preferences**<br><br>Decide how you want to receive information regarding T-Mobile products and services.<br><br>• Update your registered marketing email address preferences.<br>• Updating the email address may not stop all communications to the previously registered address. We recommend opting out prior to updating your email address.<br>• Lines are limited to having one email address on file at a time.<br>• Select the T-Mobile product you use to manage email, SMS or calling preferences for general T-Mobile updates, wireless, tablets & wearables, Internet, TV, banking, and more!<br>• As a T-Mobile customer, you can also choose to opt out of all current and future marketing communications.<br><br>**Manage notifications**<br><br>• By default, T-Mobile will always send notifications when you are approaching the talk, text, or data limits on your own line.<br>• Primary account holders can set notification preferences when other lines on the account are approaching usage limits.<br><br>https://www.t-mobile.com/support/account/manage-privacy-and-notifications |
|---|---|
| 63. The network service plan provisioning system of claim 61, wherein the notification indicates that a usage of a service plan has reached a particular percentage of a limit, or that a requested network activity has been capped because a policy limit has been reached. | The Accused Instrumentalities comprise "the notification indicates that a usage of a service plan has reached a particular percentage of a limit, or that a requested network activity has been capped because a policy limit has been reached." *See* claims 57-59. |
| 64. The network service plan provisioning system of claim 61, wherein | The Accused Instrumentalities comprise "the notification provides information about a service plan limit or an overage." *See* claims 57-59. |

| | |
|---|---|
| the notification provides information about a service plan limit or an overage. | |
| 65. The network service plan provisioning system of claim 61, wherein the notification provides information about an offer. | The Accused Instrumentalities comprise "the notification provides information about an offer." *See* claims 57-59. |
| 66. The network service plan provisioning system of claim 65, wherein the offer is an offer to allow an overage, an offer for a new service plan, or an offer to block an ongoing usage. | The Accused Instrumentalities comprise "the offer is an offer to allow an overage, an offer for a new service plan, or an offer to block an ongoing usage." *See* claims 57-59. |
| 68. The network service plan provisioning system of claim 61, wherein the notification provides information about an activity of the wireless end-user device that has been blocked, or an activity of the wireless end-user device that is not allowed. | The Accused Instrumentalities comprise "the notification provides information about an activity of the wireless end-user device that has been blocked, or an activity of the wireless end-user device that is not allowed." *See* claims 57-59. |
| 69. The network service plan provisioning system of claim 61, wherein the notification provides a message or an offer based on a current activity or a status of the wireless end-user device. | The Accused Instrumentalities comprise "the notification provides a message or an offer based on a current activity or a status of the wireless end-user device." *See* claims 57-59. |
| 70. The network service plan provisioning system of claim 69, wherein the current activity or the status of the wireless end-user device is based on the traffic event. | The Accused Instrumentalities comprise "the current activity or the status of the wireless end-user device is based on the traffic event." *See* claims 57-59. |
| 71. The network service plan provisioning system of claim 61, wherein the notification is an actionable notification enabling a user of the wireless end-user device to provide a response to the notification. | The Accused Instrumentalities comprise "[t]he network service plan provisioning system of claim 61, wherein the notification is an actionable notification enabling a user of the wireless end-user device to provide a response to the notification." *See* claims 57-59. |

| 72. The network service plan provisioning system of claim 71, wherein the response comprises a directive to dismiss the notification, a directive to cancel the notification, an acknowledgment of the notification, a request for information, or a request to make a purchase. | The Accused Instrumentalities comprise "[t]he network service plan provisioning system of claim 71, wherein the response comprises a directive to dismiss the notification, a directive to cancel the notification, an acknowledgment of the notification, a request for information, or a request to make a purchase." *See* claims 57-59. |
|---|---|
| 80. The network service plan provisioning system of claim 61, wherein the notification comprises an upsell offer. | The Accused Instrumentalities comprise "[t]he network service plan provisioning system of claim 61, wherein the notification comprises an upsell offer." *See* claims 57-59. |
| 85. The network service plan provisioning system of claim 61, wherein the notification comprises information about a purchase, a data usage, an application, an amount of data, a percentage, or a combination of these. | The Accused Instrumentalities comprise "[t]he network service plan provisioning system of claim 61, wherein the notification comprises information about a purchase, a data usage, an application, an amount of data, a percentage, or a combination of these." *See* claims 57-59. |
| 86. The network service plan provisioning system of claim 61, wherein the notification comprises information to assist a subscriber in activating the wireless end-user device, selecting a service plan for the wireless end-user device, setting a preference, or a combination of these. | The Accused Instrumentalities comprise "[t]he network service plan provisioning system of claim 61, wherein the notification comprises information to assist a subscriber in activating the wireless end-user device, selecting a service plan for the wireless end-user device, setting a preference, or a combination of these." *See* claims 57-59. |
| 87. The network service plan provisioning system of claim 1, wherein the one or more policies comprise a traffic control policy. | The Accused Instrumentalities comprise "[t]he network service plan provisioning system of claim 1, wherein the one or more policies comprise a traffic control policy." *See* claim 1. |
| 88. The network service plan provisioning system of claim 87, wherein the control policy specifies to allow, block, throttle, delay, or defer the traffic event. | The Accused Instrumentalities comprise "[t]he network service plan provisioning system of claim 87, wherein the control policy specifies to allow, block, throttle, delay, or defer the traffic event." *See* claim 1. |

| | |
|---|---|
| 89. The network service plan provisioning system of claim 87, wherein the traffic control policy is based on a network state, a device state, a service-plan-usage state, or a combination of these. | The Accused Instrumentalities comprise "[t]he network service plan provisioning system of claim 87, wherein the traffic control policy is based on a network state, a device state, a service-plan-usage state, or a combination of these." *See* claim 1. |
| 90. The network service plan provisioning system of claim 1, wherein the traffic event is associated with a particular destination, a particular application on the wireless end-user device, a content type, a protocol, a port, or an operating system of the wireless end-user device. | The Accused Instrumentalities comprise "the traffic event is associated with a particular destination, a particular application on the wireless end-user device, a content type, a protocol, a port, or an operating system of the wireless end-user device." *See* claim 1. |
| 91. The network service plan provisioning system of claim 1, wherein the traffic event is associated with a specified remote destination, a specified application, a specified operating system, a specified content, a specified protocol, or a specified port number. | The Accused Instrumentalities comprise "the traffic event is associated with a specified remote destination, a specified application, a specified operating system, a specified content, a specified protocol, or a specified port number." *See* claim 1. |
| 92. The network service plan provisioning system of claim 91, wherein the specified remote destination is identified by a domain or an Internet protocol (IP) address. | The Accused Instrumentalities comprise "the specified remote destination is identified by a domain or an Internet protocol (IP) address." *See* claims 1, 91. |
| 93. The network service plan provisioning system of claim 91, wherein the specified application is identified by a name, a hash, a certificate, or a signature. | The Accused Instrumentalities comprise "the specified application is identified by a name, a hash, a certificate, or a signature." *See, e.g.*: |

| | |
|---|---|
| | **Carrier Configuration** 🔖 ▾

Android 6.0 and higher include a capability for privileged apps to provide carrier-specific configuration to the platform. This functionality, based on the UICC Carrier Privileges introduced in Android 5.1 (Lollipop MR1), allows carrier configuration to be moved away from the static configuration overlays and gives carriers and OEMs the ability to dynamically provide carrier configuration to the platform through a defined interface.

A properly signed carrier app can either be preloaded in the system image, installed automatically, or manually installed through an app store. The app is queried by the platform to provide configuration for settings including:

- Roaming/nonroaming networks
- Visual voicemail
- SMS/MMS network settings
- VoLTE/IMS configurations

★ **Note:** This app must be signed with the certificate that has a matching signature to one on the SIM. See How is privilege granted to a carrier app for details.

https://source.android.com/docs/core/connect/carrier |
| 96. The network service plan provisioning system of claim 1, wherein the first service plan component or the second service plan component comprises a carrier component, a network protection component, an application component, a sponsored component, a subscriber-paid component, a marketing interceptor component, a parental control component, a bulk component, a post-bulk component, or an end-of-life component. | The Accused Instrumentalities comprise "the first service plan component or the second service plan component comprises a carrier component, a network protection component, [or] an application component." *See* claim 1. |
| 98. The network service plan provisioning system of claim 1, wherein | The Accused Instrumentalities comprise "the first service plan component or the second service plan component is associated with a service class." *See* claim 1. |

| | |
|---|---|
| the first service plan component or the second service plan component is associated with a service class. | |
| 99. The network service plan provisioning system of claim 98, wherein the service class is paid, marketing intercept, carrier, network protection, sponsored, parental control, open access, bulk, post-bulk, or a combination of these. | The Accused Instrumentalities comprise "the service class is paid … carrier, network protection … open access … or a combination of these." *See* claims 1, 96, 98. |
| 112. The network service plan provisioning system of claim 1, wherein the information specifying the first traffic classification filter or the information specifying the second traffic classification filter comprises a name, a description, a filtering parameter, a launch mechanism, or a combination of these. | The Accused Instrumentalities comprise "the information specifying the first traffic classification filter or the information specifying the second traffic classification filter comprises a name, a description, a filtering parameter, a launch mechanism, or a combination of these." *See* claim 1. |
| 113. The network service plan provisioning system of claim 112, wherein the filter parameter specifies filtering the traffic event by destination, by application, by operating system, by protocol, or by port. | The Accused Instrumentalities comprise "the filter parameter specifies filtering the traffic event by destination, by application, by operating system, by protocol, or by port." *See* claim 1. |
| 120. The network service plan provisioning system of claim 1, wherein the one or more policies comprise a policy associated with a tethering function. | The Accused Instrumentalities comprise "[t]he network service plan provisioning system of claim 1, wherein the one or more policies comprise a policy associated with a tethering function."<br><br>*See*, for example, the disclosures identified for claims 1, 8-9, and 15. |
| 121. The network service plan provisioning system of claim 1, wherein the one or more policies comprise a | The Accused Instrumentalities comprise "[t]he network service plan provisioning system of claim 1, wherein the one or more policies comprise a policy associated with a web page, a |

| | |
|---|---|
| policy associated with a web page, a domain, an application, a roaming network, an e-mail service, a networking service, a music download service, a video game service, a multimedia service, or a combination of these. | domain, an application, a roaming network, an e-mail service, a networking service, a music download service, a video game service, a multimedia service, or a combination of these." <br><br> *See*, for example, the disclosures identified for claims 1, 8-9, and 15. |