

## Sim, Charlie

| | |
|---|---|
| **From:** | Jason Wietholter <jwietholter@raklaw.com> |
| **Sent:** | Friday, August 2, 2024 9:50 AM |
| **To:** | Sim, Charlie |
| **Cc:** | Isaacs, Cameron Fredriksen; Marc Fenster; Kristopher Davis; headwater@raklaw.com; *** GDCVerizon-Headwater; HLVerizon Headwater |
| **Subject:** | Re: Headwater v. Verizon (23-cv-352) (E.D. Tex.) - Correspondence |

**[WARNING: External Email]**

Counsel,

Following up on the meet and confer from yesterday, we disagree with Verizon and T-Mobile's positions that Headwater's infringement contentions are deficient. And while Headwater does not believe that any further detail is necessary to put defendants on notice of Verizon and T-Mobile's infringement of the Asserted Patents, and in an effort to avoid unnecessary motion practice, Headwater will provide further amendments by noon PT on August 6th.

We also discussed Verizon and T-Mobile's ongoing failure to meet its obligations under Local Patent Rule 3-4 as well as the Discovery Orders entered in the respective cases and which Headwater has addressed in written correspondence and on various meet and confers since discovery opened. We understand that Verizon and T-Mobile continue to refuse to produce documents in accordance with the Local Patent Rules and the Discovery Orders. As discussed, Headwater thus intends to move to compel production of these documents.

Regards,
**Jason Wietholter**
**Russ, August & Kabat**
12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474 | jwietholter@raklaw.com | www.raklaw.com
-----------------------------------

This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is
legally privileged, confidential or exempt from disclosure, and is intended only for
the named addressee(s). If you are not the intended recipient, please note that any
dissemination, distribution, or copying of this communication is prohibited.

> On Jul 31, 2024, at 9:29 PM, Sim, Charlie <CSim@gibsondunn.com> wrote:
>
> Hi Jason,
>
> Let's do 1:00 PM / 4:00 ET tomorrow.  I'll send around a Zoom link in a moment.
>
> Thanks,
> Charlie

**Charlie Sim**
Associate Attorney

T: +1 212.351.6274 | M: +1 607.339.1652
CSim@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Jason Wietholter <jwietholter@raklaw.com>
**Sent:** Wednesday, July 31, 2024 4:03 PM
**To:** Sim, Charlie <CSim@gibsondunn.com>
**Cc:** Isaacs, Cameron Fredriksen <CIsaacs@gibsondunn.com>; Marc Fenster <mfenster@raklaw.com>; Kristopher Davis <kdavis@raklaw.com>; headwater@raklaw.com; *** GDCVerizon-Headwater <GDCVerizon-Headwater@gibsondunn.com>; HLVerizon Headwater <HLVerizonHeadwater@hoganlovells.com>
**Subject:** Re: Headwater v. Verizon (23-cv-352) (E.D. Tex.) - Correspondence

**[WARNING: External Email]**

Counsel,

Headwater can be available Thursday, August 1 during 1-2 PM PT, or else on Friday, August 2 during 2:30-4:00 PM PT.

Please let us know which of those slots work for you and please send around a dial-in/meeting invite.

Thanks,
**Jason Wietholter**
**Russ, August & Kabat**
12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474 | jwietholter@raklaw.com | www.raklaw.com
------------------------------------
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

> On Jul 31, 2024, at 7:43 AM, Sim, Charlie <CSim@gibsondunn.com> wrote:
>
> Counsel,

Following up on our request below, please provide your availability for a lead-and-local conference this week to discuss the issues raised in our June 12 letter.

Best,
Charlie

**Charlie Sim**
Associate Attorney

T: +1 212.351.6274 | M: +1 607.339.1652
CSim@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Jason Wietholter <jwietholter@raklaw.com>
**Sent:** Tuesday, July 23, 2024 6:49 AM
**To:** Sim, Charlie <CSim@gibsondunn.com>
**Cc:** Isaacs, Cameron Fredriksen <CIsaacs@gibsondunn.com>; Marc Fenster <mfenster@raklaw.com>; Kristopher Davis <kdavis@raklaw.com>; headwater@raklaw.com; *** GDCVerizon-Headwater <GDCVerizon-Headwater@gibsondunn.com>; HLVerizon Headwater <HLVerizonHeadwater@hoganlovells.com>
**Subject:** Re: Headwater v. Verizon (23-cv-352) (E.D. Tex.) - Correspondence

**[WARNING: External Email]**

Hi Charlie,

Our lead counsel is in trial this week. We can be available to meet and confer tomorrow without lead counsel between 9AM-12PM ET. What availability do you have during that window?

Thanks,
**Jason Wietholter**
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474 | jwietholter@raklaw.com | www.raklaw.com
-----------------------------------

This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature.
This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

3

On Jul 22, 2024, at 11:38 AM, Sim, Charlie <CSim@gibsondunn.com> wrote:

Counsel,

Following up, we are available tomorrow after 4pm ET for a lead and local conference. Please confirm whether Headwater is available during that time.

Thanks,
Charlie

**Charlie Sim**
Associate Attorney

T: +1 212.351.6274 | M: +1 607.339.1652
CSim@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Sim, Charlie <CSim@gibsondunn.com>
**Sent:** Sunday, July 21, 2024 6:52 PM
**To:** Jason Wietholter <jwietholter@raklaw.com>
**Cc:** Isaacs, Cameron Fredriksen <CIsaacs@gibsondunn.com>; Marc Fenster <mfenster@raklaw.com>; Kristopher Davis <kdavis@raklaw.com>; headwater@raklaw.com; *** GDCVerizon-Headwater <GDCVerizon-Headwater@gibsondunn.com>; HLVerizon Headwater <HLVerizonHeadwater@hoganlovells.com>
**Subject:** Re: Headwater v. Verizon (23-cv-352) (E.D. Tex.) - Correspondence

Counsel,

We are not available to confer on Monday due to a hearing. We request a lead and local conference, and are investigating our availability later this week.

Please propose some additional times this week (<u>after Monday</u>) when Headwater's lead and local counsel are available.

Thanks,
Charlie

**Charlie Sim**

4

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193
Tel +1 212.351.6274 • Fax +1 212.817.9374
CSim@gibsondunn.com • www.gibsondunn.com

On Jul 19, 2024, at 12:10 PM, Jason Wietholter <jwietholter@raklaw.com> wrote:

**[WARNING: External Email]**

Hi Charlie,

We disagree with the characterizations in Verizon's letter. We can be available to meet and confer on Monday at 8:00AM PT or 9:00AM PT.

Regards,
**Jason Wietholter**
**Russ, August & Kabat**
12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474
| jwietholter@raklaw.com | www.raklaw.com
-----------------------------------
This communication shall not create, waive or modify
any right, obligation or liability, or be construed to contain or
be an electronic signature. This communication may
contain information that is legally privileged, confidential
or exempt from disclosure, and is intended only for
the named addressee(s). If you are not the intended recipient,
please note that any dissemination, distribution, or copying of
this communication is prohibited.

> On Jul 2, 2024, at 10:43 AM, Sim, Charlie <CSim@gibsondunn.com> wrote:
>
> Counsel,
>
> Following up on the below correspondence. We have not heard back from you on our request for a lead and local conference on the many deficiencies in Headwater's infringement

5

contentions.  Please provide your availability to confer.

Best,
Charlie

**Charlie Sim**
Associate Attorney

T: +1 212.351.6274 | M: +1 607.339.1652
CSim@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Isaacs, Cameron Fredriksen <CIsaacs@gibsondunn.com>
**Sent:** Wednesday, June 12, 2024 9:39 AM
**To:** Jason Wietholter <jwietholter@raklaw.com>; Marc Fenster <mfenster@raklaw.com>; Kristopher Davis <kdavis@raklaw.com>; headwater@raklaw.com
**Cc:** *** GDCVerizon-Headwater <GDCVerizon-Headwater@gibsondunn.com>; HLVerizon Headwater <HLVerizonHeadwater@hoganlovells.com>
**Subject:** Headwater v. Verizon (23-cv-352) (E.D. Tex.) - Correspondence

Counsel,

Please see the attached correspondence.

Regards,

Cameron

**Cameron Fredriksen Isaacs**
Paralegal

T: +1 212.351.5382
CIsaacs@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.