UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. and SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00379-JRG-RSP<br><br>(Lead Case)<br><br>**JURY DEMANDED** |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. and SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00377-JRG-RSP<br><br>(Member Case)<br><br>**JURY DEMANDED** |

**UNOPPOSED MOTION TO CORRECT
FIRST AMENDED DOCKET CONTROL ORDER**

Defendants T-Mobile USA, Inc. and Sprint LLC (together, "T-Mobile") file this Unopposed Motion to Correct First Amended Docket Control Order and would show the Court as follows:

On September 17, 2024, Plaintiff Headwater Research LLC ("Headwater") and T-Mobile (collectively, "the Parties") filed their Joint Motion to Amend Docket Control Order and Align Claim Construction Proceedings with Verizon -352 Case (Dkt. No. 84) and requested that the Court briefly extend various claim construction-related deadlines to align them with the claim construction deadlines in *Headwater Research LLC v. Cellco Partnership d/b/a Verizon Wireless et al.*, 2-23-cv-00352-JRG-RSP (E.D. Tex.) ("Verizon -352 Case"). In the Parties'

1

proposed order, the Parties inadvertently extended the deadline to Comply with P.R. 4-5(c) (Reply Claim Construction Brief) up to and including October 9, 2024. The Parties intended to extend the deadline to Comply with P.R. 4-5(c) (Reply Claim Construction Brief) up to and including October 29, 2024. This error was included in the Court's First Amended Docket Control Order (Dkt. No. 85). At this time, T-Mobile requests that the Court correct the First Amended Docket Control Order and extend the deadline to Comply with P.R. 4-5(c) (Reply Claim Construction Brief) up to and including October 29, 2024.

Counsel for T-Mobile met and conferred with counsel for Headwater, and counsel for Headwater indicated that Headwater is unopposed to the relief sought in this Motion.

Accordingly, T-Mobile respectfully requests that the Court grant this Unopposed Motion and enter an order extending the deadline to Comply with P.R. 4-5(c) (Reply Claim Construction Brief) up to and including October 29, 2024.

Dated: September 20, 2024               Respectfully submitted,

                                         */s/ Katherine Q. Dominguez*

                                        Katherine Q. Dominguez (Lead Attorney)
                                        kdominguez@gibsondunn.com
                                        Josh A. Krevitt
                                        jkrevitt@gibsondunn.com
                                        Brian Rosenthal
                                        brosenthal@gibsondunn.com
                                        **GIBSON, DUNN & CRUTCHER LLP**
                                        200 Park Avenue
                                        New York, New York 10166-0193
                                        Telephone:  (212) 351-4000
                                        Facsimile:  (212) 351-4015

                                        Robert Vincent
                                        rvincent@gibsondunn.com
                                        **GIBSON, DUNN & CRUTCHER LLP**
                                        2001 Ross Avenue, Suite 2100
                                        Dallas, Texas 75201-2923

Telephone:  (214) 698-3100
Facsimile:  (214) 571-2900
Andrew Robb
arobb@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
310 University Avenue
Palo Alto, CA 94301
Telephone:  (650) 849-5300

Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLIAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

*Attorneys for Defendants*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on September 20, 2024, counsel for the T-Mobile met and conferred with counsel for Headwater to discuss the substance of this Motion pursuant to Local Rule CV-7(h).  Counsel for Headwater indicated that Headwater is unopposed to the relief sought in this Motion.

*/s/ Melissa R. Smith*
Melissa R. Smith

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 20, 2024.

*/s/ Melissa R. Smith*
Melissa R. Smith