# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. and SPRINT CORP.,<br><br>    *Defendants*. | Civil Action No. 2:23-cv-00379-JRG-RSP<br><br>(Lead Case)<br><br>**JURY DEMANDED** |
| HEADWATER RESEARCH LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. and SPRINT CORP.,<br><br>    *Defendants*. | Civil Action No. 2:23-cv-00377-JRG-RSP<br><br>(Member Case)<br><br>**JURY DEMANDED** |

## DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW MOTION FOR ENTRY OF AN ORDER FOCUSING ASSERTED PATENT CLAIM AND PRIOR ART (Dkt. 58)

The Defendants hereby move to withdraw their Motion for Entry of an Order Focusing Asserted Patent Claim and Prior Art (Dkt. 58) as moot. The Parties have resolved all issues raised in that motion without the necessity of the Court's intervention. Plaintiff is unopposed to this motion.

Dated: October 7, 2024

Respectfully submitted,

 */s/ Katherine Q. Dominguez*

Katherine Q. Dominguez (Lead Attorney)
kdominguez@gibsondunn.com
Josh A. Krevitt
jkrevitt@gibsondunn.com

1

Brian Rosenthal
brosenthal@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166-0193
Telephone:  (212) 351-4000
Facsimile:  (212) 351-4015

Robert Vincent
rvincent@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2923
Telephone:  (214) 698-3100
Facsimile:  (214) 571-2900

Andrew Robb
arobb@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
310 University Avenue
Palo Alto, CA 94301
Telephone: (650) 849-5300

Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLIAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 7th day of October, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).

                                                */s/ Melissa R. Smith*
                                                Melissa R. Smith

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for the T-Mobile met and conferred with counsel for Headwater to discuss the substance of this Motion pursuant to Local Rule CV-7(h). Counsel for Headwater indicated that Headwater is unopposed to the relief sought in this Motion.

                                                */s/ Melissa R. Smith*
                                                Melissa R. Smith