**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. and SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00379-JRG-RSP<br><br>(Lead Case)<br><br>**JURY DEMANDED** |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. and SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00377-JRG-RSP<br><br>(Member Case)<br><br>**JURY DEMANDED** |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO
WITHDRAW MOTION FOR ENTRY OF AN ORDER FOCUSING
ASSERTED PATENT CLAIM AND PRIOR ART (Dkt. 58)**

Before the Court is Defendants' Unopposed Motion to Withdraw Motion for Entry of An Order Focusing Asserted Patent Claim and Prior Art (Dkt. 58). The Court, having considered same, is of the opinion the motion should be GRANTED.