# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>      *Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. and SPRINT CORP.,<br><br>      *Defendants*. | Civil Action No. 2:23-cv-00379-JRG-RSP<br><br>(Lead Case)<br><br>**JURY DEMANDED** |
| HEADWATER RESEARCH LLC,<br><br>      *Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. and SPRINT CORP.,<br><br>      *Defendants*. | Civil Action No. 2:23-cv-00377-JRG-RSP<br><br>(Member Case)<br><br>**JURY DEMANDED** |

## DEFENDANTS' UNOPPOSED MOTION FOR ENTRY OF AN ORDER FOCUSING ASSERTED PATENT CLAIMS AND PRIOR ART

Defendants T-Mobile USA, Inc. and Sprint LLC (together, "T-Mobile") file this Unopposed Motion for Entry of an Order Focusing Asserted Patent Claims and Prior Art. The parties were able to agree on all aspects of this proposed order.

Dated: October 7, 2024　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Katherine Q. Dominguez*

　　　　　　　　　　　　　　　　　　　　Katherine Q. Dominguez (Lead Attorney)
　　　　　　　　　　　　　　　　　　　　kdominguez@gibsondunn.com
　　　　　　　　　　　　　　　　　　　　Josh A. Krevitt
　　　　　　　　　　　　　　　　　　　　jkrevitt@gibsondunn.com
　　　　　　　　　　　　　　　　　　　　Brian Rosenthal
　　　　　　　　　　　　　　　　　　　　brosenthal@gibsondunn.com
　　　　　　　　　　　　　　　　　　　　**GIBSON, DUNN & CRUTCHER LLP**
　　　　　　　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, New York 10166-0193
　　　　　　　　　　　　　　　　　　　　Telephone:  (212) 351-4000
　　　　　　　　　　　　　　　　　　　　Facsimile:  (212) 351-4015

　　　　　　　　　　　　　　　　　　　　Robert Vincent
　　　　　　　　　　　　　　　　　　　　rvincent@gibsondunn.com
　　　　　　　　　　　　　　　　　　　　**GIBSON, DUNN & CRUTCHER LLP**
　　　　　　　　　　　　　　　　　　　　2001 Ross Avenue, Suite 2100
　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75201-2923
　　　　　　　　　　　　　　　　　　　　Telephone:  (214) 698-3100
　　　　　　　　　　　　　　　　　　　　Facsimile:  (214) 571-2900
　　　　　　　　　　　　　　　　　　　　Andrew Robb
　　　　　　　　　　　　　　　　　　　　arobb@gibsondunn.com
　　　　　　　　　　　　　　　　　　　　**GIBSON, DUNN & CRUTCHER LLP**
　　　　　　　　　　　　　　　　　　　　310 University Avenue
　　　　　　　　　　　　　　　　　　　　Palo Alto, CA 94301
　　　　　　　　　　　　　　　　　　　　Telephone:  (650) 849-5300

　　　　　　　　　　　　　　　　　　　　Melissa R. Smith
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24001351
　　　　　　　　　　　　　　　　　　　　melissa@gillamsmithlaw.com
　　　　　　　　　　　　　　　　　　　　**GILLIAM & SMITH, LLP**
　　　　　　　　　　　　　　　　　　　　303 South Washington Avenue
　　　　　　　　　　　　　　　　　　　　Marshall, Texas 75670
　　　　　　　　　　　　　　　　　　　　Telephone: 903-934-8450
　　　　　　　　　　　　　　　　　　　　Facsimile: 903-934-9257

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for the T-Mobile met and conferred with counsel for Headwater to discuss the substance of this Motion pursuant to Local Rule CV-7(h). Counsel for Headwater indicated that Headwater is unopposed to the relief sought in this Motion.

*/s/ Melissa R. Smith*
Melissa R. Smith

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 7, 2024.

*/s/ Melissa R. Smith*
Melissa R. Smith