IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS AND VERIZON CORPORATE SERVICES GROUP INC.,<br><br>*Defendants.* | Case No. 2:23-cv-00352-JRG-RSP<br>JURY TRIAL DEMANDED |
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>*Defendants.* | Case No. 2:23-cv-00377-JRG-RSP<br>(Member Case Under -379 Action)<br>JURY TRIAL DEMANDED |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>*Defendants.* | Case No. 2:23-cv-00379-JRG-RSP<br>JURY TRIAL DEMANDED |

**DECLARATION OF JAMES S. TSUEI IN SUPPORT OF
PLAINTIFF HEADWATER RESEARCH LLC'S
OPENING CLAIM CONSTRUCTION BRIEF**

I, James S. Tsuei, declare and state as follows:

1. I am a member of the State Bar of California, an attorney at the firm of Russ August & Kabat, and counsel of record for Plaintiff Headwater Research LLC in the above-captioned action. I submit this declaration in support of Plaintiff's Opening Claim Construction Brief. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 8,589,541.

3. Attached as Exhibit 2 is a true and correct copy of U.S. Patent No. 9,198,042.

4. Attached as Exhibit 3 is a true and correct copy of U.S. Patent No. 9,215,613.

5. Attached as Exhibit 4 is a true and correct copy of T-Mobile's Patent Rule 4-2 Identification of Claim Constructions and Extrinsic Evidence, Exhibit A, in Case 2:23-cv-00379-JRG-RSP (E.D. Tex.), dated July 19, 2024.

6. Attached as Exhibit 5 is a true and correct copy of Verizon's Patent Rule 4-2 Identification of Claim Constructions and Extrinsic Evidence, Exhibit A, in Case 2:23-cv-00352 (E.D. Tex.), dated August 6, 2024.

7. Attached as Exhibit 6 is a true and correct copy of the Declaration of Dr. Donald Turnbull for T-Mobile, in Case 2:23-cv-00379-JRG-RSP (E.D. Tex.), dated August 9, 2024.

8. Attached as Exhibit 7 is a true and correct copy of the Declaration of Dr. Donald Turnbull for Verizon, in Case 2:23-cv-00352 (E.D. Tex.), dated August 24, 2024.

9. Attached as Exhibit 8 is a true and correct copy of the Declaration of Dr. Donald Turnbull for AT&T, in Case 2:23-cv-00397 (E.D. Tex.), dated September 11, 2024.

10. Attached as Exhibit 9 is a true and correct copy of the Deposition Transcript of Dr. Donald Turnbull, in Case 2:23-cv-00379-JRG-RSP (E.D. Tex.), dated August 30, 2024.

2

11. Attached as Exhibit 10 is a true and correct copy of Defendants' Petition for Inter Partes Review of U.S. Patent No. 8,589,541, Paper 1, IPR2024-00942, dated June 7, 2024.

12. Attached as Exhibit 11 is a true and correct copy of Defendants' Petition for Inter Partes Review of U.S. Patent No. 9,198,042, Paper 4, IPR2024-00809, dated April 19, 2024.

13. Attached as Exhibit 12 is a true and correct copy of Defendants' Petition for Inter Partes Review of U.S. Patent No. 9,215,613, Paper 1, IPR2024-00945, dated June 7, 2024.

14. Attached as Exhibit 13 is a true and correct copy of the Claim Construction Order, Dkt. 107, Case 2:22-cv-00422-JRG-RPS (E.D. Tex.), dated February 20, 2024.

Executed on October 8, 2024.

/s/ *James S. Tsuei*
James S. Tsuei