IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-379-JRG-RSP |
| | § | |
| T-MOBILE USA, INC. and SPRINT CORP., | § | (LEAD CASE) |
| | § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is Defendants' Unopposed Motion to Withdraw Motion for Entry of an Order Focusing Asserted Patent Claim and Prior Art (Dkt. No. 58). **Dkt. No. 88.** After consideration, and noting its unopposed nature, the Motion is **GRANTED.** It is

**ORDERED** that Docket No. 58 is **WITHDRAWN**.

**SIGNED this 10th day of October, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE