# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00379-JRG-RSP |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00377-JRG-RSP |

**ORDER REGARDING DEFENDANTS' MOTION TO STAY PENDING RESOLUTION OF *INTER PARTES* REVIEW AND THE RELATED MANUFACTURER CASES**

Before the Court is Defendants T-Mobile USA, Inc. and Sprint Corp.'s (collectively, "T-Mobile") Motion to Stay Pending Resolution of *Inter Partes* Review and the Related Manufacturer Cases. Having considered the Motion, the Court finds that it should be and is hereby **GRANTED**.