**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| *Plaintiff,* | Case No. 2:23-CV-00379-JRG-RSP |
| v. | (Lead Case) |
| T-MOBILE USA, INC. *et al,* | **JURY TRIAL DEMANDED** |
| *Defendants.* | |
| HEADWATER RESEARCH LLC, | |
| *Plaintiff,* | Case No. 2:23-CV-00377-JRG-RSP |
| v. | (Member Case) |
| T-MOBILE USA, INC. *et al,* | **JURY TRIAL DEMANDED** |
| *Defendants.* | |

**UNOPPOSED MOTION FOR ENTRY OF SUPPLEMENTAL PROTECTIVE ORDER**

Plaintiff Headwater Research LLC ("Headwater") respectfully moves for the Court to enter the Supplemental Protective Order attached as Exhibit A. Defendants do not oppose.

The Court previously entered a Protective Order to protect party and non-party confidential business information in the above-referenced action on January 2, 2024 (Dkt. No. 45) ("Protective Order").

Google LLC ("Google"), a non-party to this action, intends to produce confidential source code and other documents in this action that include or incorporate confidential business information ("CBI") belonging to Google. The Parties and Google have agreed to

provisions in addition to those contained in the Protective Order to protect such Google CBI.

Therefore, Headwater respectfully requests that the Court enter the Supplemental Protective Order attached as Exhibit A.

Dated:  October 30, 2024                              Respectfully submitted,

                                                      */s/ Marc Fenster*
                                                      Marc Fenster
                                                      CA State Bar No. 181067
                                                      Reza Mirzaie
                                                      CA State Bar No. 246953
                                                      Brian Ledahl
                                                      CA State Bar No. 186579
                                                      Ben Wang
                                                      CA State Bar No. 228712
                                                      Paul Kroeger
                                                      CA State Bar No. 229074
                                                      Neil A. Rubin
                                                      CA State Bar No. 250761
                                                      Kristopher Davis
                                                      CA State Bar No. 329627
                                                      James S. Tsuei
                                                      CA State Bar No. 285530
                                                      Philip Wang
                                                      CA State Bar No. 262239
                                                      Amy Hayden
                                                      CA State Bar No. 287026
                                                      Dale Chang
                                                      CA State Bar No. 248567
                                                      James Milkey
                                                      CA State Bar No. 281283
                                                      Jason M. Wietholter
                                                      CA State Bar No. 337139
                                                      Adam S. Hoffman
                                                      CA State Bar No. 218740
                                                      Qi (Peter)Tong
                                                      TX State Bar No. 24119042
                                                      RUSS AUGUST & KABAT
                                                      12424 Wilshire Blvd. 12th Floor
                                                      Los Angeles, CA 90025
                                                      Telephone: 310-826-7474
                                                      headwater@raklaw.com

Andrea L. Fair
TX State Bar No. 24078488
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF,
Headwater Research LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via CM/ECF.

/s/ *Kristopher Davis*
Kristopher Davis

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on October 30, 2024, counsel for all parties met and conferred in accordance with L.R. CV-7(h). This motion is unopposed.

/s/ *Kristopher Davis*
Kristopher Davis