IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>Defendants. | Case No. 2:23-cv-00379-JRG-RSP<br><br>**LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>Defendants. | Case No. 2:23-cv-00377-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**JOINT CLAIM CONSTRUCTION CHART (LOCAL P.R. 4-5(d))**

Pursuant to Local Patent Rule 4-5(d), and the Court's Second Amended Docket Control Order (Dkt. 87), Plaintiff Headwater Research, LLC ("Headwater") and Defendants T-Mobile USA, Inc. and Sprint Corp. (collectively, "Defendants" or "T-Mobile") (all together, the "parties") respectfully submit the following Joint Claim Construction Chart containing the agreed and disputed claim terms, phrases, or clauses of U.S. Patent Nos. 8,589,541 (the "'541 Patent"); 9,198,042 (the "'042 Patent"); and 9,215,613 (the "'613 Patent"). A chart identifying the parties' disputed constructions is attached hereto as Exhibit A, listing the complete language of claims with

1

terms in bold type and separate columns for each party's proposed construction, pursuant to P.R. 4-5(d). The parties have not agreed upon any constructions.

Dated: November 5, 2024

| */s/ Katherine Q. Dominguez* | */s/ Marc Fenster* |
|---|---|
| Katherine Q. Dominguez<br>(NY Bar No. 4741237)<br>kdominguez@gibsondunn.com<br>Josh A. Krevitt<br>(NY Bar No. 2568228)<br>jkrevitt@gibsondunn.com<br>Brian Rosenthal<br>(NY Bar No. 3961380)<br>brosenthal@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>200 Park Avenue<br>New York, NY  10166-0193<br>Telephone:  (212) 351-4000<br>Facsimile:  (212) 351-4035<br><br>Robert Vincent<br>rvincent@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>2001 Ross Avenue, Suite 2100<br>Dallas, Texas 75201-2923<br>Telephone: (214) 698-3100<br>Facsimile: (214) 571-2900<br><br>Andrew W. Robb<br>(CA Bar No. 291438)<br>arobb@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>310 University Ave<br>Palo Alto, CA 94301<br>Telephone: (650) 849-5300<br><br>Michelle Zhu<br>mzhu@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Telephone: (202) 777-9413<br><br>Melissa R. Smith<br>melissa@gillamsmithlaw.com<br>**GILLIAM & SMITH, LLP**<br>303 South Washington Avenue | Marc Fenster<br>CA State Bar No. 181067<br>Email: mfenster@raklaw.com<br>Reza Mirzaie<br>CA State Bar No. 246953<br>Email: rmirzaie@raklaw.com<br>Brian Ledahl<br>CA State Bar No. 186579<br>Email: bledahl@raklaw.com<br>Ben Wang<br>CA State Bar No. 228712<br>Email: bwang@raklaw.com<br>Adam Hoffman<br>CA State Bar No. 218740<br>Email: ahoffman@raklaw.com<br>Dale Chang<br>CA State Bar No. 248657<br>Email: dchang@raklaw.com<br>Paul Kroeger<br>CA State Bar No. 229074<br>Email: pkroeger@raklaw.com<br>Neil A. Rubin<br>CA State Bar No. 250761<br>Email: nrubin@raklaw.com<br>Kristopher Davis<br>CA State Bar No. 329627<br>Email: kdavis@raklaw.com<br>James S. Tsuei<br>CA State Bar No. 285530<br>Email: jtsuei@raklaw.com<br>Philip Wang<br>CA State Bar No. 262239<br>Email: pwang@raklaw.com<br>Amy Hayden<br>CA State Bar No. 287026<br>Email: ahayden@raklaw.com<br>Jason M. Wietholter<br>CA State Bar No. 337139<br>Email: jwietholter@raklaw.com<br>Qi (Peter) Tong<br>TX State Bar No. 24119042<br>Email: ptong@raklaw.com |

3

Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Attorneys for Defendants*
*T-Mobile USA, Inc. and Sprint Corp.*

**RUSS AUGUST & KABAT**
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Andrea L. Fair
TX State Bar No. 24078488
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

*Attorneys for Plaintiff*
*Headwater Research LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 5th day of November 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Marc Fenster*
Marc Fenster