IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>*Defendants.* | Case No. 2:23-cv-00377-JRG-RSP<br><br>(Member Case Under -379 Action)<br><br>**JURY TRIAL DEMANDED** |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>*Defendants.* | Case No. 2:23-cv-00379-JRG-RSP<br><br>**(Lead Case)**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF HEADWATER RESEARCH LLC'S SUR-REPLY TO DEFENDANTS' MOTION TO STAY PENDING *INTER PARTES* REVIEW AND RELATED MANUFACTURER CASES**

T-Mobile's Motion is premature, and T-Mobile has failed to meet its burden to show that a stay is warranted. The Motion should be denied. Indeed, the Court just this morning denied a nearly identical motion to stay filed by the same counsel in a related case, even before Headwater filed its sur-reply there. *See Headwater Research LLC v. Cellco P'ship, et. al,* Case. No. 2:23-cv-00352-JRG-RSP ("Verizon Case"), Dkt. No. 109 ("After consideration, the motion is denied as premature."). The same reasoning and result should apply here.

T-Mobile's Motion is nearly identical to Verizon's motion to stay. *Compare* Dkt. No. 93 (the "Motion") *with* Verizon Case, Dkt. No. 93. Verizon and T-Mobile are represented by the same

1

counsel at Gibson Dunn. *Id.* Headwater filed a nearly identical opposition. *Compare* Dkt. No. 98 *with* Verizon Case, Dkt. No. 100. T-Mobile filed a nearly identical reply in support of its motion to stay as the reply filed by Verizon. *Compare* Dkt. No. 102 *with* Verizon Case, Dkt. No. 105.

This morning, the Court denied Verizon's motion to stay before Headwater filed its sur-reply. Verizon Case, Dkt. No. 109 ("Verizon Order").[1] In that order, the Court noted that "[a]s of the date of this Order, the Board has still not issued a decision regarding institution of six of the seven IPR petitions." *Id.* at 2. The same is true here. *See* Dkt. Nos. 93, 98, 102. In the Verizon Order, the Court held:

> Verizon has not met its burden to show that a stay is appropriate as, most importantly, it did not show that the Board granted its petitions for IPR on all asserted patents and, therefore, claims. Since Verizon did not show there is a reasonable likelihood that the Board will invalidate all the asserted claims, its Motion fails.

Verizon Order at 3. The Court explained that this does not simplify the issues in this case, and "this factor is the decisive one." *Id.* at 3. Because the facts and arguments raised by T-Mobile here are the same as those raised by Verizon, the same reasoning applies here, and the same result should follow.

Headwater respectfully requests that the Court deny T-Mobile's Motion.

---

[1] Following entry of the Verizon Order, Headwater requested that T-Mobile, represented by the same counsel as Verizon, stipulate that the same outcome as the Verizon Order applies here. T-Mobile's counsel did not respond. Headwater likewise requested that AT&T stipulate to the same outcome because its motion to stay was likewise based on similar facts and arguments. AT&T responded and filed an Unopposed Motion to Withdraw its Opposed Motion to Stay. *Headwater Research LLC v. AT&T Inc., et. al,* Case. No. 2:23-cv-00397-JRG-RSP, Dkt. No. 81.

Dated: November 8, 2024

Respectfully submitted,

/s/ *Marc Fenster*
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Brian Ledahl
CA State Bar No. 186579
Ben Wang
CA State Bar No. 228712
Paul Kroeger
CA State Bar No. 229074
Neil A. Rubin
CA State Bar No. 250761
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
Amy Hayden
CA State Bar No. 287026
Dale Chang
CA State Bar No. 248567
James Milkey
CA State Bar No. 281283
Jason M. Wietholter
CA State Bar No. 337139
Adam S. Hoffman
CA State Bar No. 218740
Qi Tong
TX State Bar No. 24119042
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
headwater@raklaw.com

Andrea L. Fair
TX State Bar No. 24078488
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF,**
**Headwater Research LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2024, I served Defendants via electronic mail.

/s/ *Jason Wietholter*
Jason Wietholter