IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00379-JRG-RSP |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00377-JRG-RSP |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that James "Travis" Underwood of Gillam & Smith, LLP enters his appearance on behalf of Defendants T-Mobile USA, Inc. and Sprint Corp. in this matter as additional counsel.

James "Travis" Underwood may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 102 N. College, Suite 800, Tyler, Texas 75702; Telephone: (903) 934-8450; Facsimile: (903) 934-9257; e-mail travis@gillamsmithlaw.com.

Dated: November 15, 2024                    Respectfully submitted,

                                            */s/ James Travis Underwood*
                                            James Travis Underwood
                                            Texas Bar No. 24102587
                                            GILLAM & SMITH, LLP
                                            102 N. College, Suite 800
                                            Tyler, Texas 75702
                                            Telephone: (903) 934-8450
                                            Facsimile: (903) 934-9257
                                            Email: travis@gillamsmithlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 15th day of November 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                            */s/ James Travis Underwood*
                                            James Travis Underwood