THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00379-JRG-RSP |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00377-JRG-RSP |

**NOTICE OF APPEARANCE OF COUNSEL**

The undersigned attorney hereby enters an appearance as counsel of record for Defendants T-Mobile US, Inc. and Sprint Corp.("Defendants"), and certifies that he is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of the above-named Defendants.

Charlie Sim
New York Bar No. 5753298
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, New York, New York 10166
Telephone: (212) 351-6274
Facsimile: (212) 817-9374
CSim@gibsondunn.com

Dated: November 25, 2024

Respectfully submitted

*/s/ Charlie Sim*
Charlie Sim
New York Bar No. 5753298
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-6374
Facsimile: (212) 817-9374
Email: CSim@gibsondunn.com

*Counsel for Defendants.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 25, 2024, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Charlie Sim*
Charlie Sim