AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| Headwater Research LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:23-cv-00379-JRG-RSP |
| T-Mobile US, Inc. et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Headwater Research LLC                                                                 .

Date:   12/20/2024                               /s/ Ryan Lundquist
                                                 *Attorney's signature*

                                                 Ryan Lundquist CO State Bar No. 56449
                                                 *Printed name and bar number*

                                                 Russ August & Kabat
                                                 12424 Wilshire Blvd., 12th Floor
                                                 Los Angeles, CA 90025
                                                 *Address*

                                                 rlundquist@raklaw.com
                                                 *E-mail address*

                                                 (310) 826-7474
                                                 *Telephone number*

                                                 (310) 979-8268
                                                 *FAX number*

Print     Save As...                                                    Reset