UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>Defendants. | Case No. 2:23-cv-00379-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>Defendants. | Case No. 2:23-cv-00377-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO AMEND THIRD AMENDED DOCKET CONTROL ORDER**

Plaintiff Headwater Research, LLC ("Headwater") and Defendants T-Mobile USA, Inc. and Sprint Corp. (collectively, "Defendants" or "T-Mobile"), (collectively, the "Parties") respectfully file this Joint Motion to Amend the Third Amended Docket Control Order (Dkt. 122) and would show the Court as follows:

**Expert Disclosures**

The current deadline for the Parties to Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof is January 15, 2025, and the current deadline for the Parties to Serve Disclosures for Rebuttal Expert Witnesses is February 10, 2025. At this time, the Parties request a brief extension of the deadline to Serve Disclosures for Expert Witnesses by the Party with the

Burden of Proof to **January 20, 2025** (from January 15, 2025) and a brief extension of the deadline to Serve Disclosures for Rebuttal Expert Witnesses to **February 14, 2025** (from February 10, 2025). These brief extensions of less than one week will allow the Parties additional time to complete fact discovery before the expert disclosures and to incorporate that fact discovery into such expert disclosures.

### Pretrial Conference

The Pretrial Conference was originally set for April 11, 2025 by this Court in the original Docket Control Order (Dkt. 42), and remained set for April 11 in the First Amended Docket Control Order (Dkt. 85) and the Second Docket Control Order (Dkt. 87). However, a typographical error in the Parties' Joint Motion to Amend the Second Amended Docket Control Order (Dkt. 116) resulted in the Third Docket Control Order (Dkt. 122) moving the Pretrial conference from April 14, 2025 to April 11, 2025. Because no party requested this change, the Parties respectively request that the Pretrial Conference in this matter be moved from April 14, 2025 (as set via the Third Docket Control Order) back to **April 11, 2025** (where it was originally set by the Court).

The Parties represent that this Motion is not filed for the purposes of delay but rather so that justice may be served. The Parties have met and conferred and are jointly seeking the relief sought in this Motion.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion to Amend the Third Amended Docket Control Order (Dkt. No. 122) as follows:

| **CURRENT DATE** | **AMENDED DATE** | **EVENT** |
|---|---|---|
| April 14, 2025 | **April 11, 2025** | *Pretrial Conference – 9:00 a.m. in **Marshall, Texas** before Judge Roy Payne |
| February 10, 2025 | **February 14, 2025** | Serve Disclosures for Rebuttal Expert Witnesses |

| CURRENT DATE | AMENDED DATE | EVENT |
|---|---|---|
| January 15, 2025 | **January 20, 2025** | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |

Dated:  December 27, 2024

| | |
|---|---|
| */s/ Katherine Q. Dominguez* | */s/ Marc Fenster* |
| Katherine Q. Dominguez | Marc Fenster |
| (NY Bar No. 4741237) | CA State Bar No. 181067 |
| kdominguez@gibsondunn.com | Email: mfenster@raklaw.com |
| Brian Rosenthal | Reza Mirzaie |
| (NY Bar No. 3961380) | CA State Bar No. 246953 |
| brosenthal@gibsondunn.com | Email: rmirzaie@raklaw.com |
| **GIBSON, DUNN & CRUTCHER LLP** | Brian Ledahl |
| 200 Park Avenue | CA State Bar No. 186579 |
| New York, NY  10166-0193 | Email: bledahl@raklaw.com |
| Telephone:  (212) 351-4000 | Ben Wang |
| Facsimile:  (212) 351-4035 | CA State Bar No. 228712 |
| | Email: bwang@raklaw.com |
| Andrew W. Robb (CA Bar No. 291438) | Adam Hoffman |
| arobb@gibsondunn.com | CA State Bar No. 218740 |
| **GIBSON, DUNN & CRUTCHER LLP** | Email: ahoffman@raklaw.com |
| 1881 Page Mill Road | Dale Chang |
| Palo Alto, CA 94034 | CA State Bar No. 248657 |
| Telephone:  (650) 849-5334 | Email: dchang@raklaw.com |
| Facsimile:  (650) 849-5034 | Paul Kroeger |
| | CA State Bar No. 229074 |
| Deron R. Dacus (TX Bar No. 00790553) | Email: pkroeger@raklaw.com |
| **THE DACUS FIRM, P.C.** | Neil A. Rubin |
| 821 ESE Loop 323, Suite 430 | CA State Bar No. 250761 |
| Tyler, Texas 75701 | Email: nrubin@raklaw.com |
| Telephone:  (903) 705-1117 | Kristopher Davis |
| Email:  ddacus@dacusfirm.com | CA State Bar No. 329627 |
| | Email: kdavis@raklaw.com |
| *Attorneys for Defendants* | James S. Tsuei |
| | CA State Bar No. 285530 |
| | Email: jtsuei@raklaw.com |
| | Philip Wang |
| | CA State Bar No. 262239 |
| | Email: pwang@raklaw.com |
| | Amy Hayden |
| | CA State Bar No. 287026 |

    Email: ahayden@raklaw.com
Ryan Lundquist
CO State Bar No.
Email: rlundquist@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
Qi (Peter) Tong
TX State Bar No. 24119042
Email: ptong@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Andrea L. Fair
TX State No. 24078488
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF,
Headwater Research LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 27th day of December 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Marc Fenster*
Marc Fenster

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h).  The parties are in agreement on filing this Joint Motion.

*s/ Marc Fenster*
Marc Fenster
