**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-379-JRG-RSP |
| | § | |
| T-MOBILE USA, INC. and SPRINT | § | (LEAD CASE) |
| CORP., | § | |
| | § | |
| *Defendants.* | § | |

## <u>ORDER</u>

Before the Court is Defendants' Unopposed Motion for Leave to Amend Invalidity Contentions. **Dkt. No. 128.** After consideration, and noting its unopposed nature, the Motion is **GRANTED.**

It is **ORDERED** that Defendants have leave to supplement their invalidity contentions to (1) include network-side technology identified in Headwater's infringement contentions, including the OTA/FOTA System and 3GPP System (collectively, the "Supplemental Art"); and (2) amend its Answer to include a prior commercial use defense under 35 U.S.C. § 273.

**SIGNED this 30th day of December, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE