# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> T-MOBILE USA, INC. and SPRINT § <br> CORP., § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:23-CV-379-JRG-RSP <br><br> (LEAD CASE) |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to Amend Infringement Contentions. **Dkt. No. 129.** After consideration, and noting its unopposed nature, the Motion is **GRANTED.**

It is **ORDERED** that Plaintiff has leave to amend its infringement contentions as set forth in its Motion.

**SIGNED this 30th day of December, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE