IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-CV-00379-JRG<br><br>(LEAD CASE)<br><br>**JURY TRIAL DEMANDED** |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-CV-00377-JRG<br><br>(MEMBER CASE)<br><br>**JURY TRIAL DEMANDED** |

**JOINT NOTICE REGARDING MOOTNESS OF PLAINTIFF'S MOTION TO COMPEL (DKT. NO. 73) AND DEFENDANTS' MOTION TO STRIKE (DKT. NO. 68)**

Plaintiff Headwater Research LLC ("Plaintiff") and Defendants T-Mobile USA, Inc. and Sprint Corp. (together "Defendants") (collectively, "the Parties") submit this Notice to inform the Court that Plaintiff's Motion to Compel Core Technical Documents Required Under Patent L.R. 3-4(a) ("Motion to Compel") (Dkt. No. 73) and Defendants Motion to Strike and Compel Supplementation of Headwater's Amended Infringement Contentions ("Motion to Strike") (Dkt. No. 68) have been rendered moot in light of the Parties' agreement. The Motions are set for

1

hearing on January 9, 2024. The Parties respectfully request that the Motions be taken off the Court's hearing docket.

Dated: January 6, 2025                                  Respectfully submitted,

/s/ Marc Fenster
_____
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Brian Ledahl
CA State Bar No. 186579
Ben Wang
CA State Bar No. 228712
Paul Kroeger
CA State Bar No. 229074
Neil A. Rubin
CA State Bar No. 250761
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
Amy Hayden
CA State Bar No. 287026
Dale Chang
CA State Bar No. 248567
James Milkey
CA State Bar No. 281283
Jason M. Wietholter
CA State Bar No. 337139
Adam S. Hoffman
CA State Bar No. 218740
Qi (Peter)Tong
TX State Bar No. 24119042
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
headwater@raklaw.com

Andrea L. Fair
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

*Attorneys for Plaintiff*
*Headwater Research LLC*


  /s/ Melissa R. Smith
_____

Katherine Q. Dominguez
(NY Bar No. 4741237)
kdominguez@gibsondunn.com
Brian Rosenthal
(NY Bar No. 3961380)
brosenthal@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY  10166-0193
Telephone:  (212) 351-4000
Facsimile:  (212) 351-4035

Andrew W. Robb
(CA Bar No. 291438)
arobb@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94034
Telephone:  (650) 849-5334
Facsimile:  (650) 849-5034

Melissa R Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
Email: melissa@gillamsmithlaw.com

J. Travis Underwood
Texas Bar No. 24102587
**GILLAM & SMITH, LLP**
102 North College Avenue, Suite 800

3

Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: travis@gillamsmithlaw.com

*Attorneys for Defendants*
*T-Mobile USA, Inc. and Sprint Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2025, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Texas under seal, and served counsel of record with a copy via the Court's CM/ECF system.

*/s/ Melissa R. Smith*
Melissa R. Smith