# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-CV-00379-JRG-RSP |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-CV-00377-JRG-RSP |

## JOINT REPORT OF MEET AND CONFER REGARDING T-MOBILE'S MOTIONS TO COMPEL (DKT. NOS. 124, 126)

Pursuant to Paragraph 9(c) of the Court's Discovery Order (Dkt. No. 43), Local Rules CV 7(h) and (i), and the Court's Standing Order Regarding "Meet and Confer" Obligations Relating to Discovery Disputes, Plaintiff Headwater Research, LLC ("Headwater") and Defendants T-Mobile USA, Inc. and Sprint Corp. (collectively, "T-Mobile" or "Defendants"), (collectively, the "Parties") respectfully file this Joint Report about the results of their lead/local meet and confer on the two motions set for hearing on February 5, 2025: T-Mobile's Motion to Compel Expert Reports, Transcripts, Exhibits, Written Discovery, and ESI (Dkt. No. 123) and T-Mobile's Motion to Compel Corporate Documents (Dkt. No. 126).

1

While the Parties discussed their respective positions, they were unable to resolve the matters set forth in their briefing on T-Mobile's Motions to Compel and presently remain at impasse on each motion. If there are any developments between now and the hearing date, the Parties will update the Court.

Dated: January 28, 2025

| | |
|---|---|
| /s/ Marc Fenster | /s/ Katherine Q. Dominguez |
| Marc Fenster<br>CA State Bar No. 181067<br>Email: mfenster@raklaw.com<br>Reza Mirzaie<br>CA State Bar No. 246953<br>Email: rmirzaie@raklaw.com<br>Brian Ledahl<br>CA State Bar No. 186579<br>Email: bledahl@raklaw.com<br>Ben Wang<br>CA State Bar No. 228712<br>Email: bwang@raklaw.com<br>Adam Hoffman<br>CA State Bar No. 218740<br>Email: ahoffman@raklaw.com<br>Dale Chang<br>CA State Bar No. 248657<br>Email: dchang@raklaw.com<br>Paul Kroeger<br>CA State Bar No. 229074<br>Email: pkroeger@raklaw.com<br>Neil A. Rubin<br>CA State Bar No. 250761<br>Email: nrubin@raklaw.com<br>Kristopher Davis<br>CA State Bar No. 329627<br>Email: kdavis@raklaw.com<br>James S. Tsuei<br>CA State Bar No. 285530<br>Email: jtsuei@raklaw.com<br>Philip Wang<br>CA State Bar No. 262239<br>Email: pwang@raklaw.com<br>Amy Hayden<br>CA State Bar No. 287026<br>Email: ahayden@raklaw.com<br>Ryan Lundquist<br>CO State Bar No. 56449<br>Email: rlundquist@raklaw.com<br>Jason M. Wietholter<br>CA State Bar No. 337139<br>Email: jwietholter@raklaw.com<br>Qi (Peter) Tong | Katherine Q. Dominguez (Lead Attorney)<br>kdominguez@gibsondunn.com<br>Josh A. Krevitt<br>jkrevitt@gibsondunn.com<br>Brian Rosenthal<br>brosenthal@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>200 Park Avenue<br>New York, New York 10166-0193<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4015<br><br>Robert Vincent<br>rvincent@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>2001 Ross Avenue, Suite 2100<br>Dallas, Texas 75201-2923<br>Telephone: (214) 698-3100<br>Facsimile: (214) 571-2900<br><br>Andrew Robb<br>arobb@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1881 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 849-5334<br><br>Melissa R. Smith<br>Texas Bar No. 24001351<br>melisa@gilliamsmithlaw.com<br>**GILLIAM & SMITH, LLP**<br>303 South Washington Avenue<br>Marshall, Texas 75670<br>Telephone: 903-934-8450<br>Facsimile: 903-934-9257<br><br>**ATTORNEYS FOR DEFENDANTS** |

TX State Bar No. 24119042
Email: ptong@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Andrea L. Fair
TX State No. 24078488
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF,
Headwater Research LLC**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for the parties conferred to discuss the substance of this Motion pursuant to Local Rule CV-7(h). Counsel for the parties agreed on the substance of this Motion and further agreed to jointly file this Motion.

*/s/ Katherine Q. Dominguez*
Katherine Q. Dominguez

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 28th day of January 2025.

                                                                    */s/ Katherine Q. Dominguez*
                                                                    Katherine Q. Dominguez