# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff*, v. T-MOBILE USA, INC. AND SPRINT CORP., *Defendants*. | Civil Action No. 2:23-CV-00379-JRG-RSP LEAD CASE |
| HEADWATER RESEARCH LLC, *Plaintiff*, v. T-MOBILE USA, INC. AND SPRINT CORP., *Defendants*. | Civil Action No. 2:23-CV-00377-JRG-RSP MEMBER CASE |

## ORDER GRANTING JOINT MOTION TO DISMISS

Before the Court is the Joint Motion to Dismiss of Plaintiff Headwater Research LLC ("Headwater") and Defendants T-Mobile USA, Inc. and Sprint Corp. (collectively, "T-Mobile" or "Defendants"), (together, the "Parties"). Having considered the same, the Court finds that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that (1) Headwater's claims against T-Mobile in Civil Action No. 2:23-cv-00379 are **DISMISSED WITH PREJUDICE**; (2) T-Mobile's counterclaims and defenses are **DISMISSED WITHOUT PREJUDICE**; and (3) the Parties shall bear their own respective costs and expenses relating to this litigation.