# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.<br><br>*Defendants*. | Civil Action No. 2:23-CV-00379-JRG-RSP |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.<br><br>*Defendants*. | Civil Action No. 2:23-cv-00377-JRG-RSP |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO CHANGE LEAD ATTORNEY DESIGNATION

Before the Court is Defendants T-Mobile USA, Inc. and Sprint Corp. (collectively, "Defendants" or "T-Mobile") Unopposed Motion to Change Lead Attorney Designation. Having considered the Motion, the Court hereby finds that the Motion should be **GRANTED.**

IT IS ORDERED that Josh Krevitt is recognized as lead counsel of record for Defendants.