# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-CV-00379-JRG-RSP |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-CV-00377-JRG-RSP |

## SUPPLEMENTAL JOINT REPORT REGARDING T-MOBILE'S MOTIONS TO COMPEL (DKTS. 124, 126) SET FOR HEARING ON FEBRUARY 5, 2025

Plaintiff Headwater Research, LLC ("Headwater") and Defendants T-Mobile USA, Inc. and Sprint Corp. (collectively, "T-Mobile") (together, the "Parties") respectfully file this Supplemental Joint Report regarding the two motions set for hearing on February 5, 2025: T-Mobile's Motion to Compel Corporate Document Productions (Dkt. 126) and T-Mobile's Motion to Compel Expert Reports, Transcripts, Exhibits, Written Discovery, and ESI (Dkt. 123).

### I.      [Dkt. 126] T-Mobile's Motion to Compel Corporate Document Productions

- T-Mobile's motion seeks the production of all actual or attempted funding rounds, negotiations, and sale attempts with any other party. Dkt. 126 at 1. The Parties remain at an impasse, including on whether this portion of the motion is moot.

- T-Mobile's motion seeks all materials relating to Headwater Innovations and/or RAK's ownership or interest in Headwater. Dkt. 126 at 1. The Parties remain at an impasse.

## II.    [Dkt. 124] T-Mobile's Motion to Compel Expert Reports, Transcripts, Exhibits, Written Discovery, and ESI

- T-Mobile's motion seeks the production of all emails Headwater produced in the Samsung Litigations (2:22-cv-422-JRP-RSP and 2:23-cv-103-JRP-RSP). Dkt. 124 at 4-5. Based on Headwater's representation to T-Mobile that it has made complete productions in the above-captioned case of all of the ESI produced by Headwater in each of the two Samsung cases, the Parties agree that this portion of the motion is moot.

- T-Mobile's motion seeks the production of all "case materials from the Samsung Litigations—the fact deposition transcripts and the exhibits thereto, the expert reports and cited documents, the expert deposition transcripts, and the written discovery materials." Dkt. 124 at 3.

    - Headwater represents that it has produced all fact deposition transcripts and exhibits thereto, expert reports and cited documents, and expert deposition transcripts pursuant to the Parties' Feb. 3-4 correspondence, which Defendants are in the process of confirming.

    - As to written discovery materials, the Parties remain at an impasse.

- T-Mobile's motion seeks the production of ESI documents negotiated in this case. Dkt. 123 at 6. The Parties remain at an impasse.


Dated: February 4, 2025

| | |
|---|---|
| */s/ Marc Fenster* | */s/ Josh A. Krevitt* |
| Marc Fenster (CA SBN 181067) | Josh A. Krevitt (Lead Attorney) |
| mfenster@raklaw.com | jkrevitt@gibsondunn.com |
| Reza Mirzaie (CA SBN 246953) | Katherine Q. Dominguez |
| rmirzaie@raklaw.com | kdominguez@gibsondunn.com |
| Brian Ledahl (CA SBN 186579) | Brian Rosenthal |
| bledahl@raklaw.com | brosenthal@gibsondunn.com |
| Ben Wang (CA SBN 228712) | **GIBSON, DUNN & CRUTCHER LLP** |
| bwang@raklaw.com | 200 Park Avenue |
| Dale Chang (CA SBN 248657) | New York, New York 10166-0193 |
| dchang@raklaw.com | Telephone: (212) 351-4000 |
| Paul Kroeger (CA SBN 229074) | Facsimile: (212) 351-4015 |
| pkroeger@raklaw.com | |
| Kristopher Davis (CA SBN 329627) | Robert Vincent |
| kdavis@raklaw.com | rvincent@gibsondunn.com |

Philip Wang (CA SBN 262239)
pwang@raklaw.com
Amy Hayden (CA SBN 287026)
ahayden@raklaw.com
Jason M. Wietholter (CA SBN 337139)
jwietholter@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Fl.
Los Angeles, CA 90025
Telephone: 310-826-7474

Andrea L. Fair
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

*Attorneys for Plaintiff*
*Headwater Research LLC*

**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2923
Telephone: (214) 698-3100
Facsimile: (214) 571-2900

Andrew Robb
arobb@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 849-5334

Deron R. Dacus (TX Bar No. 00790553)
**THE DACUS FIRM, P.C**.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
Email: ddacus@dacusfirm.com

*Attorneys for Defendants*

**CERTIFICATE OF CONFERENCE**

Counsel for Plaintiff and counsel for Defendants have complied with the meet and confer requirements of Local Rule CV-7(h). The parties agree in the filing of this Joint Notice and Stipulation Regarding Case Narrowing.

/s/ *Marc Fenster*
Marc Fenster

**CERTIFICATE OF SERVICE**

I certify that on February 4, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3).

/s/ *Marc Fenster*
Marc Fenster