IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. and SPRINT CORP.,<br><br>*Defendants*. | § § § § § § § § § § § § § | CIVIL ACTION NO.  2:23-CV-379-JRG-RSP<br><br>(Lead Case) |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. and SPRINT CORP.,<br><br>*Defendants*. | § § § § § § § § § § § § § | CIVIL ACTION NO.  2:23-CV-377-JRG-RSP<br><br>(Member Case) |

## ORDER

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Plaintiff Headwater Research LLC ("Plaintiff") and Defendants T-Mobile USA, Inc. and Sprint Corp. (collectively, "T-Mobile"). (Dkt. No. 143.) In the Motion, the parties represent that the above-captioned Lead Case No. 2:23-cv-00379 has been resolved. (*Id.* at 1.) In Lead Case No. 2:23-cv-00379, the parties request dismissal of Headwater's claims against T-Mobile with prejudice and request dismissal of T-Mobile's counterclaims and defenses without prejudice. (*Id.*)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted by Headwater against T-Mobile in the

above-captioned Lead Case No. 2:23-cv-00379 are **DISMISSED WITH PREJUDICE**. All counterclaims and defenses asserted by T-Mobile against Headwater are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned Lead Case No. 2:23-cv-00379 not explicitly granted herein are **DENIED AS MOOT**. This Order does not affect the claims originally asserted in the Member Case No. 2:23-cv-0377, which remain in dispute and will continue under the Lead Case No. 2:23-cv-0379. The Clerk of Court is directed to **MAINTAIN AS OPEN** Lead Case No. 2:23-cv-00379.

**So Ordered this**

**Feb 4, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE