# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:23-CV-379-JRG-RSP |
| § | (LEAD CASE) |
| T-MOBILE USA, INC. and SPRINT § | |
| CORP., § | |
| § | |
| *Defendants*. § | |

## ORDER

Before the Court is Defendants T-Mobile USA, Inc. and Sprint Corp.'s Unopposed Motion to Change Lead Attorney Designation. **Dkt. No. 145.** Having considered the Motion, the Court hereby finds that the Motion should be **GRANTED**.

**IT IS ORDERED** that Josh Krevitt is recognized as lead counsel of record for Defendants.

**SIGNED this 4th day of February, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE