# ATTORNEY SIGN-IN SHEET

Judge Roy S. Payne
2:23-CV-0352-JRG-RSP
Headwater Research, LLC v. Verizon Communications, Inc., et al.
2:23-CV-0379-JRG-RSP
Headwater Research, LLC v. T-Mobile US, Inc., et al.
2:23-CV-0397-JRG-RSP
Headwater Research, LLC v. AT&T, Inc., et al.
February 5, 2025    9:00 am

## PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Reza Mirzaie | Headwater (plaintiff) |
| Marc Fenster | " |
| Philip Wang | " |
| Andrea Fair | " |
| Nick Mathews | AT+T |
| Erik Fountain | AT+T |
| Marissa Smith | TMO |
| Josh Kravitt | TMO / Verizon |
| Andrew Robb | TMO / Verizon |