# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § § *Plaintiff*, § § v. § § T-MOBILE USA, INC. and SPRINT CORP., § § *Defendants*. § § | CIVIL ACTION NO. 2:23-CV-00379-JRG-RSP |

## ORDER

Before the Court is Plaintiff Headwater Research LLC's Unopposed Motion for Extension of Time to Respond to T-Mobile's Motion to Compel (Dkt. No. 141). **Dkt. No. 151**. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that the deadline for Headwater to respond to T-Mobile's motion to compel (Dkt. No. 141) is extended to February 7, 2025.

**SIGNED this 6th day of February, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE