# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § Case No. 2:23-cv-00379-JRG-RSP <br> T-MOBILE USA, INC. and SPRINT § <br> CORP., § <br> § <br> *Defendants*. § | |

# ORDER

The Court held a hearing in the above-captioned case on February 5, 2025, regarding motions to compel by Defendants T-Mobile USA Inc. and Sprint Corp.. **Dkt. No. 124; Dkt. No. 126**. After consideration of both parties' arguments in their briefs and at the hearing, the Court hereby **ORDERS** the following:

**I.  Defendants' Motion to Compel Expert Reports, Transcripts, Exhibits, Written Discovery, and ESI (Dkt. No. 124)**

The Motion is **GRANTED** as to the remaining three search terms from Dr. Raleigh's ESI, which must be produced within 10 days. The Court understands that Plaintiff will cure the issue with attachments not being properly linked to emails. The Motion is **DENIED** as to the Interrogatory responses and RFAs from the Samsung litigation.

**II.  Defendants' Motion to Compel Corporate Document Productions (Dkt. No. 126)**

The Motion is **DENIED** for the reasons assigned at the hearing, including being overly broad, insufficiently tied to any relevant issue in the case, and unduly burdensome and harassing.

**SIGNED this 6th day of February, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE