# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, <br><br> Plaintiff, <br><br> v. <br><br> T-MOBILE USA, INC. AND SPRINT CORP., <br><br> Defendants. | Case No. 2:23-cv-00379-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

## **NOTICE OF INTENT TO REQUEST REDACTION**

Notice is hereby given that a statement of redaction will be submitted to the court reporter within 21 days from the filing of the transcript with the Clerk of Court. The proceeding occurred on February 5, 2025, and was reported by Ed Reed, the court reporter.

| | |
|---|---|
| Dated: February 21, 2025 | */s/ Marc Fenster* |
| | Marc Fenster |
| | CA State Bar No. 181067 |
| | Email: mfenster@raklaw.com |
| | Reza Mirzaie |
| | CA State Bar No. 246953 |
| | Email: rmirzaie@raklaw.com |
| | Brian Ledahl |
| | CA State Bar No. 186579 |
| | Email: bledahl@raklaw.com |
| | Ben Wang |
| | CA State Bar No. 228712 |
| | Email: bwang@raklaw.com |
| | Adam Hoffman |
| | CA State Bar No. 218740 |
| | Email: ahoffman@raklaw.com |
| | Dale Chang |
| | CA State Bar No. 248657 |
| | Email: dchang@raklaw.com |
| | Paul Kroeger |
| | CA State Bar No. 229074 |
| | Email: pkroeger@raklaw.com |
| | Neil A. Rubin |
| | CA State Bar No. 250761 |
| | Email: nrubin@raklaw.com |
| | Kristopher Davis |
| | CA State Bar No. 329627 |
| | Email: kdavis@raklaw.com |
| | James S. Tsuei |
| | CA State Bar No. 285530 |
| | Email: jtsuei@raklaw.com |
| | Philip Wang |
| | CA State Bar No. 262239 |
| | Email: pwang@raklaw.com |
| | Ryan Lundquist |
| | CO State Bar No. 56449 |
| | Email: rlundquist@raklaw.com |
| | Jason M. Wietholter |
| | CA State Bar No. 337139 |
| | Email: jwietholter@raklaw.com |
| | Qi (Peter) Tong |
| | TX State Bar No. 24119042 |
| | Email: ptong@raklaw.com |
| | **RUSS AUGUST & KABAT** |
| | 12424 Wilshire Blvd., 12th Floor |
| | Los Angeles, CA 90025 |

Telephone: 310-826-7474

Andrea L. Fair
TX State No. 24078488
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF,
Headwater Research LLC**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who to have consented to electronic service are being served on February 21, 2025, with a copy of this document via the Court's CM/ECF system.

*/s/ Marc Fenster*
Marc Fenster