# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC., and SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00379-JRG-RSP |

## ORDER GRANTING JOINT MOTION TO CONTINUE HEARING ON MOTION TO COMPEL ITSON DOCUMENTS

Before the Court is the Joint Motion of Plaintiff Headwater Research, LLC ("Headwater") and Defendants T-Mobile USA, Inc., and Sprint Corp.'s (collectively, "T-Mobile" or "Defendants") to Continue the Hearing on T-Mobile's Motion to Compel ItsOn Documents. The Court, having considered the same, is of the opinion that the Motion should be and is hereby **GRANTED**.

The Hearing set for Wednesday, March 12, 2025, at 9:00 AM before Magistrate Judge Roy S. Payne is taken off calendar and will be rescheduled for approximately two weeks later.

It is so ordered.