# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC., and SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00379-JRG-RSP |

## ORDER

Before the Court is the Joint Motion of Plaintiff Headwater Research, LLC and Defendants T-Mobile USA, Inc., and Sprint Corp.'s to Continue the Hearing on T-Mobile's Motion to Compel ItsOn Documents. **Dkt. No. 161**. The Court, having considered the Motion, is of the opinion that it should be and is hereby **GRANTED**.

Therefore, it is **ORDERED** that the Hearing set for Wednesday, March 12, 2025, at 9:00 AM before the undersigned is hereby reset for **April 2, 2025 at 9:00AM**.

**SIGNED this 10th day of March, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE