# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC., and SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00377-JRG-RSP |

## DEFENDANTS' UNOPPOSED MOTION TO EXCUSE LEAD COUNSEL

Defendants T-Mobile USA, Inc. and Sprint Corp. (collectively, "T-Mobile") respectively move the court to excuse lead counsel for the upcoming April 2, 2025 Hearing on the Motions to Compel ItsOn Documents. Mr. Krevitt is unable to attend the forthcoming discovery hearing set due to a scheduling conflict. Mr. Robert Vincent will attend the hearing and is a senior member of the team representing T-Mobile.

Plaintiff Headwater Research LLC does not oppose this request.

Dated: March 31, 2025  By: _/s/ Josh A. Krevitt_

Josh A. Krevitt
jkrevitt@gibsondunn.com
Katherine Q. Dominguez
kdominguez@gibsondunn.com
Brian Rosenthal
brosenthal@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Robert Vincent
rvincent@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2923
Telephone: (214) 698-3100
Facsimile: (214) 571-2900

Andrew Robb
arobb@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
310 University Avenue
Palo Alto, CA 94301
Telephone: (650) 849-5300

Melissa R. Smith
Texas Bar No. 24001351
melisa@gilliamsmithlaw.com
**GILLIAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

*Attorneys for T-Mobile*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2025, the foregoing was served upon all counsel of record who have consented to electronic service.

*/s/ Josh A. Krevitt*
Josh A. Krevitt

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Defendants met and conferred with counsel for Plaintiff in accordance with Local Rule CV-7(h). This motion is unopposed.

*/s/ Josh A. Krevitt*
Josh A. Krevitt