# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC., and SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00377-JRG-RSP |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXCUSE LEAD COUNSEL

Before the Court is Defendants T-Mobile USA, Inc. and Sprint Corp.'s (collectively, "T-Mobile") Unopposed Motion to Excuse Lead Counsel. The Court, having considered the same, is of the opinion that the Motion should be and is hereby **GRANTED**.

It is so **ORDERED**.