IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>   *Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC., and SPRINT CORP.,<br><br>   *Defendants*. | Civil Action No. 2:23-cv-00377-JRG-RSP |

### CORRECTED JOINT MOTION TO ADJUST RESPONSE AND REPLY DEADLINES FOR PENDING AND FORTHCOMING MOTIONS

  Plaintiff Headwater Research LLC ("Headwater") and Defendants T-Mobile USA, Inc. and Sprint Corp. (collectively, "T-Mobile") (collectively, the "Parties") respectfully file this Joint Motion to Adjust the Response and Reply Deadlines for Pending and Forthcoming Motions and would show the Court as follows:

  The current deadlines for Headwater to respond to T-Mobile's Motion for Sanctions Under FRCP 37(e)(1) (Dkt. 163) is April 3, 2025. At this time, the Parties request a brief adjustment of the briefing schedule and request an extension of Headwater's response deadline to April 8, 2025 and to extend T-Mobile's reply deadline to April 21, 2025.

  Additionally, the current deadline for T-Mobile to reply to any of its forthcoming motions for summary judgment and motions to strike expert testimony, including *Daubert* motions, is April 23, 2025. At this time, the Parties request a brief extension of the due date of T-Mobile's replies to April 30, 2025.

  The Parties request a brief extension of the above deadlines to align the briefing schedules of the Motions for Sanctions and to avoid unnecessary conflicts between the briefing schedules for

1

the Motions for Sanctions and the forthcoming dispositive motions and motions to strike expert testimony.

The Parties represent that this Motion is not filed for the purposes of delay but rather so that justice may be served. The Parties have corresponded and are jointly seeking the relief sought in this Motion.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion.

Dated:  March 31, 2025

*/s/ Marc Fenster*
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Brian Ledahl
CA State Bar No. 186579
Email: bledahl@raklaw.com
Ben Wang
CA State Bar No. 228712
Email: bwang@raklaw.com
Adam Hoffman
CA State Bar No. 218740
Email: ahoffman@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Paul Kroeger
CA State Bar No. 229074
Email: pkroeger@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Kristopher Davis
CA State Bar No. 329627
Email: kdavis@raklaw.com
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
Philip Wang
CA State Bar No. 262239
Email: pwang@raklaw.com
Jason M. Wietholter
CA State Bar No. 337139
Email: jwietholter@raklaw.com
Qi (Peter) Tong
TX State Bar No. 24119042
Email: ptong@raklaw.com

**RUSS AUGUST & KABAT**
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Andrea L. Fair

*/s/ Josh A. Krevitt*
Josh A. Krevitt
jkrevitt@gibsondunn.com
Katherine Q. Dominguez
kdominguez@gibsondunn.com
Brian Rosenthal
brosenthal@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Robert Vincent
rvincent@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2923
Telephone: (214) 698-3100
Facsimile: (214) 571-2900

Andrew Robb
arobb@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
310 University Avenue
Palo Alto, CA 94301
Telephone: (650) 849-5300

Melissa R. Smith
Texas Bar No. 24001351
melisa@gilliamsmithlaw.com
**GILLIAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

*Attorneys for T-Mobile*

**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

*Attorneys for Plaintiff*
*Headwater Research LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that, on March 28, 2025, counsel for T-Mobile conferred with counsel for Plaintiff and that this Joint Motion is unopposed.

<i>/s/ Josh A. Krevitt</i><br>
Josh A. Krevitt

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

<i>/s/ Josh A. Krevitt</i><br>
Josh A. Krevitt