# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff*, v. T-MOBILE USA, INC., and SPRINT CORP., *Defendants*. | Civil Action No. 2:23-cv-00377-JRG-RSP |

## ORDER GRANTING JOINT MOTION TO ADJUST RESPONSE AND REPLY DEADLINES FOR PENDING AND FORTHCOMING MOTIONS

Before the Court is Plaintiff Headwater Research LLC's ("Headwater") and Defendants T-Mobile USA, Inc. and Sprint Corp.'s (collectively, "T-Mobile") Joint Motion to Adjust the Response and Reply Deadlines for Pending and Forthcoming Motions. The Court, having considered the same, is of the opinion that the Motion should be and is hereby **GRANTED**.

Headwater's response deadline for the pending Motion for Sanctions Under FRCP 37(e)(1) is extended to April 8, 2025, and T-Mobile's reply deadline is extended to April 21, 2025.

Additionally, T-Mobile's reply deadline to any forthcoming motions for summary judgment and motions to strike expert testimony, including *Daubert* motions, is extended to April 30, 2025.

It is so **ORDERED**.

1