# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § § § *Plaintiff*, § § v. § § T-MOBILE USA, INC. and SPRINT § CORP., § § § *Defendants*. § | CIVIL ACTION NO. 2:23-CV-379-JRG-RSP (LEAD CASE) |

## ORDER

Before the Court is Defendants T-Mobile USA, Inc. and Sprint Corp.'s Unopposed Motion to Excuse Lead Counsel. **Dkt. No. 165.** Having considered the Motion, the Court hereby finds that the Motion should be **GRANTED**.

**IT IS ORDERED** that Josh Krevitt is excused from attending the April 2, 2025 hearing.

SIGNED this 1st day of April, 2025.

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE