# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC., and SPRINT CORP.,<br><br>    *Defendants*. | Civil Action No. 2:23-cv-00379-JRG-RSP |

## ORDER

Before the Court is Plaintiff Headwater Research LLC's and Defendants T-Mobile USA, Inc. and Sprint Corp.'s (collectively, "T-Mobile") Joint Motion to Adjust the Response and Reply Deadlines for Pending and Forthcoming Motions. **Dkt. No. 166.** The Court, having considered the same, is of the opinion that the Motion should be and is hereby **GRANTED**.

It is **ORDERED** that Headwater's response deadline for the pending Motions for Sanctions Under FRCP 37(e)(1) in the above-captioned case is extended to April 8, 2025, and T-Mobile's reply deadline is extended to April 21, 2025. Additionally, T-Mobile's reply deadline to any forthcoming motions for summary judgment and motions to strike expert testimony, including Daubert motions, is extended to April 30, 2025.

**SIGNED this 1st day of April, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE