# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CASE NO. 2:23-CV-00352-JRG-RSP |
| § | CASE NO. 2:23-CV-00379-JRG-RSP |
| VERIZON COMMUNICATIONS, INC. et al, § | |
| T-MOBILE US, INC., ET AL. § | |
| § | |
| *Defendants*. § | |

---

## Motions Hearing
## MAG. JUDGE ROY PAYNE PRESIDING
### April 2, 2025

**OPEN:** 9:01 am                    **ADJOURN:** 10:07 am

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Marc Fenster<br>Philip Wang<br>Andrea Fair |
| ATTORNEY FOR DEFENDANTS: | Rob Vincent<br>Andrew Robb<br>Travis Underwood |
| LAW CLERK: | Greg Saltz |
| COURT REPORTER: | Ed Reed |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Andrea Fair introduced co-counsel and announced ready. Travis Underwood introduced co-counsel and announced ready.

Rob Vincent argued Defendants' Motion to Compel ITSON Documents (2:23cv352 Dkt. No. 142) and Defendants' Motion to Compel ITSON Documents (2:23cv379 Dkt. No. 141). Marc Fenster and Philip Wang responded. The Court ordered Plaintiff to provide Defendants with native versions of the discussed documents, along with associated metadata and attachments.