**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| *Plaintiff*, | |
| v. | Civil Action No. 2:23-cv-00377-JRG-RSP |
| T-MOBILE USA, INC., and SPRINT CORP., | Civil Action No. 2:23-cv-00379-JRG-RSP |
| *Defendants*. | |

## UNOPPOSED MOTION TO EXTEND FILING DEADLINE

Defendants T-Mobile USA, Inc. and Sprint Corp. (collectively, "Defendants") respectfully file this Unopposed Motion to Extend Filing Deadline and would show the Court as follows:

Per the docket control order (Dkt. No. 144), the current deadline for the parties to file dispositive motions and motions to strike expert testimony was April 2, 2025. Although Defendants began the filing process several hours before the deadline and were able to get many of the motions on file by the deadline, due to technical difficulties with PACER, some of Defendants' motions were not filed before midnight Central Time. To account for the motions that were delayed, Defendants respectfully request a brief extension of their deadline to file dipositive motions and motions to strike expert testimony to April 3, 2025, 2:30 AM Central Time.

Accordingly, Defendants respectfully request that the Court grant this Unopposed Motion.

Dated:  April 4, 2025

/s/ Josh A. Krevitt
Josh A. Krevitt
jkrevitt@gibsondunn.com
Katherine Q. Dominguez
kdominguez@gibsondunn.com
Brian Rosenthal
brosenthal@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY  10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Robert Vincent
rvincent@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2923
Telephone: (214) 698-3100
Facsimile: (214) 571-2900

Andrew Robb
arobb@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
310 University Avenue
Palo Alto, CA 94301
Telephone: (650) 849-5300

Melissa R. Smith
Texas Bar No. 24001351
melisa@gilliamsmithlaw.com
**GILLIAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

*Attorneys for T-Mobile*

## CERTIFICATE OF CONFERENCE

I hereby certify that, on April 4, 2025, counsel for Verizon conferred with counsel for Plaintiff and that this Joint Motion is unopposed.

*/s/ Josh A. Krevitt*
Josh A. Krevitt

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Josh A. Krevitt*
Josh A. Krevitt