# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff*, v. T-MOBILE USA, INC., and SPRINT CORP., *Defendants*. | Civil Action No. 2:23-cv-00377-JRG-RSP<br><br>Civil Action No. 2:23-cv-00379-JRG-RSP |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND FILING DEADLINE

Before the Court is Defendants T-Mobile USA, Inc. and Sprint Corp.'s (collectively, "Defendants") Unopposed Motion to Extend Filing Deadline. The Court, having considered the same, is of the opinion that the Motion should be and is hereby **GRANTED**.

Defendants' deadline to file dispositive motions and motions to strike expert testimony is extended to April 3, 2025, 2:30 AM Central Time.

It is so **ORDERED**.