# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff*, v. T-MOBILE USA, INC., and SPRINT CORP., *Defendants*. | Civil Action No. 2:23-cv-00379-JRG-RSP |

## ORDER

Before the Court is Defendants T-Mobile USA, Inc. and Sprint Corp.'s Unopposed Motion to Extend Filing Deadline. **Dkt. No. 187.** The Court, having considered the same, is of the opinion that the Motion should be and is hereby **GRANTED**.

It is **ORDERED** that Defendants' Motions filed on April 3, 2025 are deemed timely filed.

**SIGNED this 5th day of April, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE