# Exhibit 6

**From:** Cooley, Daniel Daniel.Cooley@finnegan.com
**Subject:** RE: Headwater Subpoenas to Motorola
**Date:** March 5, 2025 at 11:52 AM
**To:** Jason Wietholter jwietholter@raklaw.com
**Cc:** Jordan, Dan Dan.Jordan@finnegan.com, Reza Mirzaie rmirzaie@raklaw.com, Kristopher Davis kdavis@raklaw.com, Motorola-Headwater-Litigation Motorola-Headwater-Litigation@finnegan.com, Paul Kroeger pkroeger@raklaw.com, headwater@raklaw.com

Jason,
Please find attached the executed declarations.
Best,
Dan

**Daniel C. Cooley** | Bio
Partner
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
1875 Explorer Street, Suite 800, Reston, Virginia 20190-6023
571.203.2778 | fax: 202.408.4400 | daniel.cooley@finnegan.com | www.finnegan.com

---

**From:** Jason Wietholter <jwietholter@raklaw.com>
**Sent:** Thursday, February 27, 2025 12:51 PM
**To:** Cooley, Daniel <Daniel.Cooley@finnegan.com>
**Cc:** Jordan, Dan <Dan.Jordan@finnegan.com>; Reza Mirzaie <rmirzaie@raklaw.com>; Kristopher Davis <kdavis@raklaw.com>; Motorola-Headwater-Litigation <Motorola-Headwater-Litigation@finnegan.com>; Paul Kroeger <pkroeger@raklaw.com>; headwater@raklaw.com
**Subject:** Re: Headwater Subpoenas to Motorola

Dan,

Pinging on this, since you mentioned previously that this would only take a few days.

Thanks,
**Jason Wietholter**
**Russ, August & Kabat**
12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474 | jwietholter@raklaw.com | www.raklaw.com
------------------------------------

This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

On Feb 13, 2025, at 1:13 PM, Jason Wietholter <jwietholter@raklaw.com> wrote:

Appreciate it, Dan.

This works from Headwater's perspective. Please provide signed versions promptly.

For convenience, I am attaching versions for the other two cases.

<250213 Declaration Re Motorola Products (EDTX-379).docx>
<250213 Declaration Re Motorola Products (EDTX-397).docx>

Thanks,
**Jason Wietholter**
**Russ, August & Kabat**
12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474 | jwietholter@raklaw.com | www.raklaw.com
------------------------------------
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

On Feb 12, 2025, at 2:55 PM, Cooley, Daniel <Daniel.Cooley@finnegan.com> wrote:

Jason,

Further to our call today, our client would be willing to provide a factual declaration along the lines of the attached to resolve the subpoena. If this works, please let us know and we can see about getting it finalized and signed.

Best,
Dan


**Daniel C. Cooley** | Bio
Partner
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
1875 Explorer Street, Suite 800, Reston, Virginia  20190-6023
571.203.2778 | fax: 202.408.4400 | daniel.cooley@finnegan.com | www.finnegan.com


**From:** Jason Wietholter <jwietholter@raklaw.com>
**Sent:** Tuesday, February 11, 2025 11:45 PM
**To:** Cooley, Daniel <Daniel.Cooley@finnegan.com>
**Cc:** Jordan, Dan <Dan.Jordan@finnegan.com>; Reza Mirzaie <rmirzaie@raklaw.com>; Kristopher Davis <kdavis@raklaw.com>; Motorola-Headwater-Litigation <Motorola-Headwater-Litigation@finnegan.com>; Paul Kroeger <pkroeger@raklaw.com>; headwater@raklaw.com
**Subject:** Re: Headwater Subpoenas to Motorola

Sure. Let's talk at 3:30PM ET/12:30PM PT. Same dial in.

Thanks,
**Jason Wietholter**
**Russ, August & Kabat**
12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474 | jwietholter@raklaw.com | www.raklaw.com

-----------------------------------

This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

On Feb 11, 2025, at 7:16 PM, Cooley, Daniel <Daniel.Cooley@finnegan.com> wrote:

Hi Jason,

Sorry, I was thinking morning ET. I have conflicts in the early afternoon. How about between 3-4 pm ET?

Best,
Dan

**Daniel C. Cooley** | Bio
Partner
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
1875 Explorer Street, Suite 800, Reston, Virginia  20190-6023
571.203.2778 | fax: 202.408.4400 | daniel.cooley@finnegan.com | www.finnegan.com

---

**From:** Jason Wietholter <jwietholter@raklaw.com>
**Sent:** Tuesday, February 11, 2025 6:52 PM
**To:** Cooley, Daniel <Daniel.Cooley@finnegan.com>
**Cc:** Jordan, Dan <Dan.Jordan@finnegan.com>; Reza Mirzaie <rmirzaie@raklaw.com>; Kristopher Davis <kdavis@raklaw.com>; Motorola-Headwater-Litigation <Motorola-Headwater-Litigation@finnegan.com>; Paul Kroeger <pkroeger@raklaw.com>; headwater@raklaw.com
**Subject:** Re: Headwater Subpoenas to Motorola


Sure. How does 9:30AM PT sound? We can use this dial in: 424-334-0565.

**Jason Wietholter**
**Russ, August & Kabat**
12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474 | jwietholter@raklaw.com | www.raklaw.com

-----------------------------------

This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

On Feb 11, 2025, at 2:29 PM, Cooley, Daniel <Daniel.Cooley@finnegan.com> wrote:

Hi Jason,

I can talk in the morning if that works for you.

Thanks,
Dan

**Daniel C. Cooley** | Bio
Partner
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
1875 Explorer Street, Suite 800, Reston, Virginia  20190-6023
571.203.2778 | fax: 202.408.4400 | daniel.cooley@finnegan.com | www.finnegan.com

**From:** Jason Wietholter <jwietholter@raklaw.com>
**Sent:** Tuesday, February 11, 2025 4:24 PM
**To:** Cooley, Daniel <Daniel.Cooley@finnegan.com>
**Cc:** Jordan, Dan <Dan.Jordan@finnegan.com>; Reza Mirzaie <rmirzaie@raklaw.com>; Kristopher Davis <kdavis@raklaw.com>; Motorola-Headwater-Litigation <Motorola-Headwater-Litigation@finnegan.com>; Paul Kroeger <pkroeger@raklaw.com>; headwater@raklaw.com
**Subject:** Re: Headwater Subpoenas to Motorola


Hi Dan,

Following up. Can we jump on the phone today?

Thanks,
**Jason Wietholter**
**Russ, August & Kabat**
12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474 | jwietholter@raklaw.com | www.raklaw.com
------------------------------------
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

On Feb 7, 2025, at 1:02 PM, Jason Wietholter <jwietholter@raklaw.com> wrote:

Hi Dan,

We have not received the signed declarations yet. Can you please provide those today?

Happy to discuss if you would like.

Thanks,
**Jason Wietholter**
**Russ, August & Kabat**
12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474 | jwietholter@raklaw.com | www.raklaw.com
------------------------------------
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

On Jan 22, 2025, at 5:05 PM, Cooley, Daniel <Daniel.Cooley@finnegan.com> wrote:

Reza and Jason,

Do you have a moment to discuss your proposed declarations tomorrow?

Thanks,
Dan

**Daniel C. Cooley** | Bio
Partner
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
1875 Explorer Street, Suite 800, Reston, Virginia  20190-6023
571.203.2778 | fax: 202.408.4400 | daniel.cooley@finnegan.com | www.finnegan.com

---

**From:** Jason Wietholter <jwietholter@raklaw.com>
**Sent:** Tuesday, January 21, 2025 1:29 PM
**To:** Jordan, Dan <Dan.Jordan@finnegan.com>
**Cc:** Kristopher Davis <kdavis@raklaw.com>; Cooley, Daniel <Daniel.Cooley@finnegan.com>; Motorola-Headwater-Litigation <Motorola-Headwater-Litigation@finnegan.com>; Paul Kroeger <pkroeger@raklaw.com>; headwater@raklaw.com
**Subject:** Re: Headwater Subpoenas to Motorola

Hi Dan,

Attached, please find updated versions of the declarations which incorporate some minor clarifications and also address the deposition issue. Please confirm that Motorola will provide signed declarations by Thursday, January 23, 2205.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

<250121 Declaration Re Motorola Products (EDTX-352) FINNEGAN v.docx>

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

**250121 Declaration Re Motorola Products_Signed1.pdf** 

**250121 Declaration Re Motorola Products_Signed2.pdf**
37 KB 

**250121 Declaration Re Motorola Products_Signed3.pdf**
37 KB
