# Exhibit 12



**CONFIDENTIAL
OUTSIDE ATTORNEYS' EYES ONLY
CONTAINS SOURCE CODE**

# Transcript of Richard Wesel, Ph.D.

**Date:** March 17, 2025
**Case:** Headwater Research LLC -v- Verizon/T-Mobile/AT&T

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

## Page 1

```
         IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF TEXAS
                    MARSHALL DIVISION

HEADWATER RESEARCH LLC,
         Plaintiff,
   vs.        Civil Action No. 2:23-cv-00379-JRG-RSP
T-MOBILE USA, INC., et al.,          (Lead case)
         Defendants.
-------------------------------
HEADWATER RESEARCH LLC,
         Plaintiff,
   vs.        Civil Action No. 2:23-cv-00397-JRG-RSP
AT&T SERVICES, INC., et al.,
         Defendants.
-------------------------------
HEADWATER RESEARCH LLC,
         Plaintiff,
   vs.        Civil Action No. 2:23-cv-00352-JRG-RSP
VERIZON COMMUNICATIONS, INC., et al.,
         Defendants.
-------------------------------

     * CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY *
              * CONTAINS SOURCE CODE *
```

## Page 2

```
                 VIDEOTAPED DEPOSITION OF
                   RICHARD WESEL, Ph.D.
                   Monday, March 17, 2025


Job No.:  576451
Pages:  1 - 232


        Videotaped deposition of RICHARD WESEL, Ph.D.,
produced as a witness at the instance of the Defendant,
and duly sworn, was taken in the above-styled and
numbered cause on Monday, March 17, 2025, from 11:53 a.m.
to 9:06 p.m. Eastern Time, before Alison C. Webster, RPR,
CRR, RMR, RDR, CSR-6266 (Michigan); License No. 14559
(California); License No. 084.004953 (Illinois);
CSR-12432 (Texas), reported by stenographic method, via
videoconference, pursuant to the Federal Rules of Civil
Procedure and the provisions stated on the record or
attached hereto.
```

## Page 3

```
                  A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF
     KRISTOPHER DAVIS, ESQUIRE
     JASON M. WIETHOLTER, ESQUIRE
     JAMES N. PICKENS, ESQUIRE
     REZA MIRZAIE, ESQUIRE
     RYAN K. LUNDQUIST, ESQUIRE
     Russ August & Kabat
     12424 Wilshire Boulevard
     12th Floor
     Los Angeles, California 90025
     310.826.7474
     kdavis@raklaw.com
     jwietholter@raklaw.com
     jpickens@raklaw.com
     rmirzaie@raklaw.com
     rlundquist@raklaw.com
```

## Page 4

```
           A P P E A R A N C E S   C O N T I N U E D

ON BEHALF OF THE DEFENDANTS T-MOBILE USA, INC.,
and VERIZON COMMUNICATIONS, INC.
     BRIAN ROSENTHAL, ESQUIRE
     CHARLIE SIM, ESQUIRE
     Gibson, Dunn & Crutcher LLP
     200 Park Avenue
     New York, New York 10166
     212.351.2339
     brosenthal@gibsondunn.com
     csim@gibsondunn.com

     HANNAH BEDARD, ESQUIRE
     Gibson, Dunn & Crutcher LLP
     1700 M Street, N.W.
     Washington, D.C. 20003
     202.777.9579
     hbedard@gibsondunn.com
```

---

**Page 17**

1  MR. ROSENTHAL: Exhibit Number 4 is
2  Appendix C to that report.
3  MARKED FOR IDENTIFICATION:
4  EXHIBIT 4
5  12:00 p.m.
6  MR. ROSENTHAL: Exhibit Number 5 is
7  Appendix D to that report.
8  MARKED FOR IDENTIFICATION:
9  EXHIBIT 5
10  12:00 p.m.
11 BY MR. ROSENTHAL:
12 Q. Let me just stop there. The reports that you've --
13    the report that you generated on February 13th, 2025,
14    and the appendices and exhibits thereto constitute
15    your infringement opinions. Correct?
16 A. Well, let's see. I believe there are -- there's a
17    rebuttal report and then a supplementary report, two
18    brief reports that also, you know, add to my
19    opinions.
20 Q. Okay. So Exhibit Number -- let me -- let me start
21    with just the February 13th reports.
22       On February 13th, you served an
23    infringement report in all three cases. Correct?
24 A. That's correct.
25 Q. And the body of the report, as I understand it, was

---

**Page 18**

1  intended to be identical across all three cases.
2  Correct?
3 A. It's the same report submitted for all three cases,
4    and then Appendices A, B, and C provide things that
5    are specific for each defendant.
6 Q. Okay. And so Appendix A was specific to Verizon,
7    Appendix B was specific to T-Mobile, and Appendix C
8    was specific to AT&T. Correct?
9 A. Yes, that's correct.
10    MR. ROSENTHAL: And then Exhibit Number 6
11 to this deposition is the supplemental infringement
12 report which is entitled Rebuttal Expert Report -- I'm
13 sorry, it's entitled Rebuttal Expert Report of
14 Dr. Richard D. Wesel Regarding Non-Infringing
15 Alternatives, dated March 13th, 2025.
16    MARKED FOR IDENTIFICATION:
17    EXHIBIT 6
18    12:02 p.m.
19 BY MR. ROSENTHAL:
20 Q. Correct?
21 A. Yes, that's correct.
22 Q. Okay. And then Exhibit Number 7 is an errata that was
23    served last night to your opening infringement report.
24    Correct?
25    MARKED FOR IDENTIFICATION:

---

**Page 19**

1    EXHIBIT 7
2    12:03 p.m.
3 A. I mean, I haven't downloaded that exhibit yet, but, I
4    mean, that -- that is -- that's the last of the
5    reports, yes.
6 BY MR. ROSENTHAL:
7 Q. And then in addition to what we've just identified,
8    you also had a supplemental report, I believe.
9    Correct?
10 A. Yes.
11 Q. That was just served a few days ago. Right?
12 A. That's correct.
13    MR. ROSENTHAL: Charlie, could you please
14 put that in as an exhibit?
15    MR. SIM: Yeah, give me a moment here.
16    MR. ROSENTHAL: Thank you.
17    MR. SIM: All right, that should be
18 uploading now.
19    MR. ROSENTHAL: That's Exhibit 14?
20    MR. SIM: Correct.
21    MR. ROSENTHAL: Did we put that in the
22 Chat? There it is. Okay.
23    MARKED FOR IDENTIFICATION:
24    EXHIBIT 14
25    12:05 p.m.

---

**Page 20**

1 BY MR. ROSENTHAL:
2 Q. And Exhibit Number 14 is your supplemental report with
3    respect to infringement that is dated March 15th,
4    2025. Correct?
5 A. Again, I haven't downloaded it, but I believe you.
6 Q. Okay. So feel free to download or look at your own
7    copies of them, but as I understand it, you served an
8    expert report on February 13th, 2025. You served a
9    rebuttal report on March 13th, 2025. You served a
10   supplemental report on March 15th, 2025. And you
11   served errata to your first report on March 16th,
12   2025. Correct?
13 A. Yes, that's correct.
14 Q. And those are all the submissions that you've made
15   with respect to your opinions in this case. Correct?
16 A. That's correct.
17 Q. And do those four documents and the appendices and
18   exhibits thereto reflect all of the opinions that you
19   intend to offer at trial?
20 A. Well, I believe so. Unless there's the need to file
21   another supplemental report on some issue that comes
22   up later, so... these are all the reports -- these
23   represent all of my opinions up to this time.
24 Q. Great. And other than the errata that you served
25   yesterday with respect to your February 13th report,