# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC., and SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-cv-00377-JRG-RSP<br><br>Civil Action No. 2:23-cv-00379-JRG-RSP |

### JOINT MOTION TO EXTEND FILING DEADLINE FOR MOTIONS *IN LIMINE*

Plaintiff Headwater Research LLC ("Headwater") and Defendants T-Mobile USA, Inc. and Sprint Corp. (collectively, "Defendants"), (collectively, the "Parties"), respectfully file this Joint Motion to Extend the Filing Deadline for Motions *in Limine* and would show the Court as follows:

Per the Fifth Amended Docket Control Order, the current deadline for the parties to file motions in limine is April 28, 2025. *See* Dkt. No. 144 at 2. At this time, the Parties request a brief extension of this deadline to May 1, 2025. The deadline for responses to motions *in limine* shall remain the same as that set forth in the Docket Control Order, which is May 12, 2025. *Id*.

The Parties seek this brief extension to accommodate the other deadlines in this case this week, including the deadline to serve objections to pretrial disclosures and rebuttal pretrial disclosures, which is April 29, 2025, and the deadline for reply briefs in support of motions for summary judgment and motions to strike expert testimony (including *Daubert* motions), which is April 30, 2025. *Id*.; Dkt. No. 168. This brief extension will also allow the Parties to incorporate any relevant information from either of those exchanges and/or filings in their motions in limine for the sake of completeness.

The Parties represent that this Motion is not filed for the purposes of delay but rather so that justice may be served.  The parties further represent this will not affect any of the starred dates in the Docket Control Order.  The Parties have corresponded and are jointly seeking the relief sought in this Motion.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion.

Dated:  April 28, 2025

| | |
|---|---|
| */s/ Marc Fenster* | */s/ Josh A. Krevitt* |
| CA State Bar No. 181067 | Josh A. Krevitt |
| Email: mfenster@raklaw.com | jkrevitt@gibsondunn.com |
| Reza Mirzaie | Katherine Q. Dominguez |
| CA State Bar No. 246953 | kdominguez@gibsondunn.com |
| Email: rmirzaie@raklaw.com | Brian Rosenthal |
| Brian Ledahl | brosenthal@gibsondunn.com |
| CA State Bar No. 186579 | **GIBSON, DUNN & CRUTCHER LLP** |
| Email: bledahl@raklaw.com | 200 Park Avenue |
| Ben Wang | New York, NY 10166-0193 |
| CA State Bar No. 228712 | Telephone: (212) 351-4000 |
| Email: bwang@raklaw.com | Facsimile: (212) 351-4035 |
| Adam Hoffman | |
| CA State Bar No. 218740 | Robert Vincent |
| Email: ahoffman@raklaw.com | rvincent@gibsondunn.com |
| Dale Chang | **GIBSON, DUNN & CRUTCHER LLP** |
| CA State Bar No. 248657 | 2001 Ross Avenue, Suite 2100 |
| Email: dchang@raklaw.com | Dallas, Texas 75201-2923 |
| Paul Kroeger | Telephone: (214) 698-3100 |
| CA State Bar No. 229074 | Facsimile: (214) 571-2900 |
| Email: pkroeger@raklaw.com | |
| Neil A. Rubin | Andrew Robb |
| CA State Bar No. 250761 | arobb@gibsondunn.com |
| Email: nrubin@raklaw.com | **GIBSON, DUNN & CRUTCHER LLP** |
| Kristopher Davis | 310 University Avenue |
| CA State Bar No. 329627 | Palo Alto, CA 94301 |
| Email: kdavis@raklaw.com | Telephone: (650) 849-5300 |
| James S. Tsuei | |
| CA State Bar No. 285530 | Melissa R. Smith |
| Email: jtsuei@raklaw.com | Texas Bar No. 24001351 |
| Philip Wang | melisa@gilliamsmithlaw.com |
| CA State Bar No. 262239 | **GILLIAM & SMITH, LLP** |
| Email: pwang@raklaw.com | 303 South Washington Avenue |
| Jason M. Wietholter | Marshall, Texas 75670 |
| CA State Bar No. 337139 | Telephone: 903-934-8450 |
| Email: jwietholter@raklaw.com | Facsimile: 903-934-9257 |
| Qi (Peter) Tong | |
| TX State Bar No. 24119042 | |
| Email: ptong@raklaw.com | *Attorneys for Defendants* |
| | |
| **RUSS AUGUST & KABAT** | |
| 12424 Wilshire Blvd., 12th Floor | |
| Los Angeles, CA 90025 | |
| Telephone: 310-826-7474 | |
| | |
| Andrea L. Fair | |

**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

*Attorneys for Plaintiff*
*Headwater Research LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that, on April 27, 2025, counsel for Defendants conferred with counsel for Plaintiff and that this Joint Motion is unopposed.

*/s/ Josh A. Krevitt*
Josh A. Krevitt

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

*/s/ Josh A. Krevitt*
Josh A. Krevitt
