# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC., and SPRINT CORP.,<br><br>    *Defendants*. | Civil Action No. 2:23-cv-00377-JRG-RSP<br><br>Civil Action No. 2:23-cv-00379-JRG-RSP |

## ORDER GRANTING JOINT MOTION TO EXTEND FILING DEADLINE FOR MOTIONS *IN LIMINE*

Before the Court is Plaintiff Headwater Research LLC and Defendants T-Mobile USA, Inc. and Sprint Corp. (collectively, the "Parties") Joint Motion to Extend the Filing Deadline for Motions *in Limine*. The Court, having considered the same, is of the opinion that the Motion should be and is hereby **GRANTED**.

The Parties' deadline to file motions *in limine* is extended to May 1, 2025. The deadline for filing responses to motions *in limine* shall remain the same as set forth in the Docket Control Order, on May 12, 2025. Dkt. No. 144 at 2.

It is so **ORDERED**.