# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> T-MOBILE USA, INC., and SPRINT CORP., <br><br> *Defendants*. | Civil Action No. 2:23-cv-00379-JRG-RSP |

## ORDER

Before the Court is the Joint Motion to Extend Filing Deadline for Motions *In Limine* filed by Plaintiff Headwater Research LLC, and Defendants T-Mobile USA, Inc. and Sprint Corp. **Dkt. No. 215.** The Court, having considered the same, is of the opinion that the Motion should be and is hereby **GRANTED**.

It is **ORDERED** that the parties' deadline to file motion *in limine* is extended to May 1, 2025.

**SIGNED this 29th day of April, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE