# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff*, v. T-MOBILE USA, INC., and SPRINT CORP., *Defendants*. | Civil Action No. 2:23-cv-00379-JRG-RSP |
| HEADWATER RESEARCH LLC, *Plaintiff*, v. T-MOBILE USA, INC., and SPRINT CORP., *Defendants*. | Civil Action No. 2:23-cv-00377-JRG-RSP |

## ORDER GRANTING DEFENDANTS' SIXTH OPPOSED MOTION *IN LIMINE*

Before the Court is Defendants T-Mobile USA, Inc. and Sprint Corp.'s (collectively, "T-Mobile") Defendants' Sixth Opposed Motion *In Limine*. The Court, having considered the same, is of the opinion that the Motion should be and is hereby **GRANTED**.

It is so **ORDERED**.