**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC, <br><br> Plaintiff, <br><br> v. <br><br> T-MOBILE USA, INC. AND SPRINT CORP., <br><br> Defendants. | Case No. 2:23-cv-00379-JRG-RSP <br><br> (Lead Case) <br><br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF HEADWATER RESEARCH LLC'S NOTICE OF LODGING EXHIBIT 13**
**IN SUPPORT OF DKT. NO. 236**

Pursuant to CV-6(a), Plaintiff Headwater Research, LLC ("Headwater") hereby submits a video excerpt of the Deposition of Thomas Russell, dated March 26, 2025, on a USB thumb drive. This video excerpt corresponds to Exhibit 13 to the Declaration of Reza Mirzaie in this matter on May 1, 2025, which is located at Dkt. 236-14. The USB thumb drive is being delivered to District Judge Rodney Gilstrap by counsel for Headwater.

Dated:  May 2, 2025                         Respectfully submitted,

                                            */s/  Reza Mirzaie*
                                            Marc Fenster
                                            CA State Bar No. 181067
                                            Reza Mirzaie
                                            CA State Bar No. 246953
                                            Brian Ledahl
                                            CA State Bar No. 186579
                                            Ben Wang
                                            CA State Bar No. 228712
                                            Paul Kroeger
                                            CA State Bar No. 229074
                                            Neil A. Rubin
                                            CA State Bar No. 250761
                                            Kristopher Davis
                                            CA State Bar No. 329627
                                            James S. Tsuei
                                            CA State Bar No. 285530
                                            Philip Wang
                                            CA State Bar No. 262239
                                            Adam Hoffman
                                            CA State Bar No. 218740
                                            Dale Chang
                                            CA State Bar No. 248657
                                            James Milkey
                                            CA State Bar No. 281283
                                            Jason M. Wietholter
                                            CA State Bar No. 337139
                                            James N. Pickens
                                            CA State Bar No. 307474
                                            Qi (Peter) Tong
                                            TX State Bar No. 24119042
                                            RUSS AUGUST & KABAT
                                            12424 Wilshire Blvd. 12th Floor
                                            Los Angeles, CA 90025
                                            Telephone: 310-826-7474
                                            headwater@raklaw.com

                                            Andrea L. Fair
                                            TX State Bar No. 24078488
                                            MILLER FAIR HENRY PLLC
                                            1507 Bill Owens Parkway

Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

*Attorneys for Plaintiff*
*Headwater Research LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 2, 2025, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Texas, and served on all counsel of record via electronic email.

*<u>/s/ Reza Mirzaie</u>*
Reza Mirzaie