**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

HEADWATER RESEARCH LLC,

*Plaintiff*,

v.

T-MOBILE USA, INC. AND SPRINT CORP.,

*Defendants.*

Case No. 2:23-cv-00379-JRG-RSP

Case No. 2:23-cv-00377-JRG-RSP

**NOTICE OF REQUEST FOR**
**DAILY TRIAL TRANSCRIPTS AND REAL TIME REPORTING**

Defendants T-Mobile USA, Inc. and Sprint Corp. hereby request daily transcripts and real-time reporting of the court proceedings during the trial of this action. Further, a copy of this request was also sent via electronic mail to the Court Reporter, Mr. Shawn McRoberts, at shawn_mcroberts@txed.uscourts.gov.

Dated: May 5, 2025

By: */s/ Josh A. Krevitt*

Josh A. Krevitt
jkrevitt@gibsondunn.com
Katherine Q. Dominguez
kdominguez@gibsondunn.com
Brian A. Rosenthal
brosenthal@gibsondunn.com
Eliyahu Balsam
ebalsam@gibsondunn.com
Charlie Sim
csim@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Robert Vincent
rvincent@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone: 214.698.3112
Facsimile: 214.571.2910

Andrew W. Robb (CA Bar No. 291438)
arobb@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
310 University Avenue
Palo Alto, CA 94301
Telephone: 650.849.5334
Facsimile: 650.849.5034

Hannah L. Bedard
hbedard@gibsondunn.com
Michelle Zhu
mzhu@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: 202.777.9413
Facsimile: 202.831.6063

Celine Crowson (D.C. Bar No. 0436549A)
celine.crowson@hoganlovells.com
Hogan Lovells
555 13th Street, N.W.
Washington, D.C. 20004
Telephone: 202.637.5600

Tej Singh (California Bar No. 286547)
tej.singh@hoganlovells.com
Yi Zhang (California Bar No. 342823)
yi.zhang@hoganlovells.com
Kyle Xu (California Bar No. 344100)
kyle.xu@hoganlovells.com
Hogan Lovells
4 Embarcadero Center Suite 3500
San Francisco, CA 94111
Telephone: 415.374.2300

Melissa R. Smith
Texas Bar No. 24001351

melisa@gilliamsmithlaw.com
**GILLIAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on May 5, 2025.

/s/ *Josh A. Krevitt*
Josh A. Krevitt