# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| Plaintiff, | Case No. 2:23-cv-00379-JRG-RSP |
| v. | **JURY DEMANDED** |
| T-MOBILE USA, INC. AND SPRINT CORP., | |
| Defendants. | |

## ORDER DENYING DEFENDANTS' MOTION FOR LEAVE
## TO FILE SIXTH OPPOSED MOTION *IN LIMINE*

Before the Court is Defendants' Motion for Leave to File Sixth Opposed Motion *in Limine*.

The Court has considered the Motion and is of the opinion that it should be and hereby is **DENIED**.