# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, <br><br> Plaintiff, <br><br> v. <br><br> T-MOBILE USA, INC. AND SPRINT CORP., <br><br> Defendants. | Case No. 2:23-cv-00379-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

## DECLARATION OF REZA MIRZAIE IN SUPPORT OF PLAINTIFF HEADWATER RESEARCH LLC'S OPPOSITION TO DEFENDANTS' PROPOSED SIXTH MOTION *IN LIMINE*

1. I, Reza Mirzaie, declare as follows:

2. I am counsel for Headwater Research, LLC ("Headwater") in the above-captioned matter. I provide this declaration in support of Headwater's Motions *in Limine* ("MILs"). I have personal knowledge of the facts set forth herein, and if called upon to testified, I could and would testify competently thereto.

3. Attached as Exhibit A is a true and correct copy of excerpts from the trial transcript in *Headwater v. Samsung,* 2:23-cv-00103-JRG-RSP (E.D. Tex), dated April 23, 2025).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 8, 2025 in Los Angeles, California.

*/s/ Reza Mirzaie*
Reza Mirzaie