# EXHIBIT A

```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
 2                       MARSHALL DIVISION

 3   HEADWATER RESEARCH, LLC.,      ( CAUSE NO. 2:23-CV-103-JRG
                                    )
 4           Plaintiff,             (
                                    )
 5   vs.                            (
                                    )
 6   SAMSUNG ELECTRONICS CO., LTD., (
     et al.,                        ) MARSHALL, TEXAS
 7                                  ( APRIL 23, 2025
             Defendants.            ) 8:30 A.M.
 8   _____

 9
                              VOLUME 3
10
     _____
11
                        TRIAL ON THE MERITS
12

13       BEFORE THE HONORABLE RODNEY GILSTRAP
          UNITED STATES CHIEF DISTRICT JUDGE
14                    and a jury
     _____
15

16

17

18

19

20

21

22
                    SHAWN McROBERTS, RMR, CRR
23                    100 E. HOUSTON STREET
                     MARSHALL, TEXAS  75670
24                       (903) 923-8546
                 shawn_mcroberts@txed.uscourts.gov
25
```

```
08:37    1   of hours increases Samsung's ability or helps Samsung sell
         2   consumers smartphones and tablets?
         3   A.  I would absolutely disagree.  That's not been my
         4   experience and that's not been shown in our research.
         5   Q.  Ms. Roberts, I am grateful for your time.  Thank you.
         6          MS. SMITH:  And, Your Honor, I'll pass the witness.
         7          THE COURT:  All right.  Cross examination by the
         8   Plaintiff.
         9          MS. FAIR:  Yes, Your Honor.  May we have leave to
        10   distribute binders?
        11          THE COURT:  You may have leave to distribute cross
08:38   12   examination binders.
08:38   13      All right, Ms. Fair.  You may proceed with cross
        14   examination.
        15          MS. FAIR:  Thank you, Your Honor.
        16                      CROSS EXAMINATION
        17   BY MS. FAIR:
        18   Q.  Good morning, Ms. Roberts.
        19   A.  Good morning.
        20   Q.  We've exchanged a couple of pleasantries in the
        21   courthouse, but we haven't officially met.  I'm Andrea Fair.
        22   I represent Headwater?
        23   A.  Nice to meet you.
        24   Q.  You're here as Samsung's corporate representative at this
        25   trial.  Right?
```

|  |  |
|---|---|
| | 1 | A. That is correct. |
| | 2 | Q. And you understand that the jury is going to be asked |
| | 3 | three questions at the end of this trial. Right, Ms. Roberts? |
| 08:39 | 4 | A. Yes, ma'am. |
| | 5 | Q. They're going to be asked about infringement, validity, |
| | 6 | and damages. |
| | 7 | A. That is correct. |
| | 8 | Q. And you're not here talking about any of these. Right? |
| | 9 | You told us about who's coming to tell us about infringement, |
| | 10 | validity, and damages for Samsung? |
| | 11 | A. That is correct. |
| | 12 | Q. You're here as Samsung's marketing representative. |
| | 13 | Right? |
| | 14 | A. I'm here as Samsung's corporate representative. |
| | 15 | Q. And you're in marketing? |
| | 16 | A. I am. |
| | 17 | Q. You're someone who gets on stage for Samsung. We saw |
| | 18 | your video yesterday. Right? |
| | 19 | A. Yes, ma'am. |
| 08:40 | 20 | Q. And you've worked at Samsung for almost 10 years now? |
| | 21 | A. Yes, ma'am. |
| | 22 | Q. They've treated you well. Right? |
| | 23 | A. Yes, ma'am. |
| | 24 | Q. Dream come true, you told us yesterday they gave you. |
| | 25 | Right? |

|       |    |                                                                 |
|-------|----|-----------------------------------------------------------------|
|       | 1  | A.   Yes, ma'am.                                                |
|       | 2  | Q.   You do your best for Samsung.  Right, Ms. Roberts?         |
|       | 3  | A.   Absolutely.                                                |
|       | 4  | Q.   We've heard a lot about Google in this trial.  You've      |
|       | 5  | been sitting here hearing about that.  Right?                   |
|       | 6  | A.   Yes, ma'am.                                                |
|       | 7  | Q.   And I think yesterday you even called it the accused       |
| 08:40 | 8  | Google server that we were going to hear another witness        |
|       | 9  | testify about.  Sound familiar?                                 |
|       | 10 | A.   Yes, ma'am.                                                |
|       | 11 | Q.   You're not here as Samsung's corporate representative      |
|       | 12 | trying to say that it's Google's fault anything that we're      |
|       | 13 | accusing Samsung of.  Right?                                    |
|       | 14 | A.   No, ma'am.                                                 |
|       | 15 | Q.   You sat through Mr. de la Inglesia's presentation about    |
|       | 16 | infringement.  Right?                                           |
|       | 17 | A.   Yes, ma'am.                                                |
| 08:40 | 18 | Q.   And you remember the '733 Patent that's at issue in this   |
|       | 19 | case?                                                           |
|       | 20 | A.   Yes, ma'am.                                                |
|       | 21 | Q.   It's directed to devices.  Right, Ms. Roberts?             |
|       | 22 | A.   Yes, ma'am.                                                |
|       | 23 | Q.   And the end-user devices that are accused in this case     |
|       | 24 | are Samsung's devices.  Correct, Ms. Roberts?                   |
|       | 25 | A.   Yes, ma'am.                                                |

08:41

1  Q.  They're not Google's.  Right?
2  A.  That is correct.
3  Q.  And I believe you testified yesterday that if it's sold
4  in the U.S. market, it goes through SEA.  Correct?
5  A.  That is correct.
6  Q.  And that's Samsung America.  Right?
7  A.  That is correct.
8  Q.  Not Google.
9  A.  That is correct.
10 Q.  And Samsung also chooses which system it's going to use
11 for push notifications.  Right?
12         MS. SMITH:  Objection, Your Honor.  That's a
13 technical opinion beyond sales and marketing, which servers
14 Samsung uses or chooses.

08:41

15         MS. FAIR:  Your Honor, she's here as Samsung's
16 corporate representative.  I'm not asking her about the
17 architecture.  I'm asking her about Samsung's choice --
18         MS. SMITH:  -- of servers.
19         THE COURT:  I understand.  The problem is she is the
20 corporate representative for Samsung on all issues that may
21 arise in the trial.  We can't have 16 different corporate
22 representative and each of them has a little cubby hole of
23 expertise.  So she can't be limited to marketing when it suits

08:42

24 and be able to talk in general for the company when it suits
25 the other way.

Shawn M. McRoberts, RMR, CRR
Federal Official Court Reporter

|       |    |                                                                      |
|-------|----|----------------------------------------------------------------------|
|       | 1  | If she has knowledge and she can address the question,               |
|       | 2  | she can do that.  If she doesn't know, she'll just have to say       |
|       | 3  | she doesn't know, but I can't exclude it because it's beyond         |
|       | 4  | marketing and all of the sudden now she's just a marketing           |
|       | 5  | person.                                                              |
|       | 6  | She is the general representative for the companies on               |
|       | 7  | all issues, and so I'm not going to constrain her -- the scope       |
|       | 8  | of her presence here just because it's beyond marketing.  So         |
|       | 9  | I'll overrule the objection with that explanation.                   |
| 08:42 | 10 | MS. SMITH:  Understood.  And, Your Honor, one point                  |
|       | 11 | of clarification.  Yesterday opposing counsel objected and           |
|       | 12 | kept her from testifying on issues that dealt with the fact          |
|       | 13 | that she had an electrical engineering degree and she had an         |
|       | 14 | understanding of the features.  May she freely testify about         |
|       | 15 | those topics?                                                        |
|       | 16 | THE COURT:  She can freely testify about the                         |
|       | 17 | company's position on any matter, she can freely testify about       |
|       | 18 | the issues she has personal knowledge of.  What she can't do         |
| 08:43 | 19 | is become an on-the-spot expert witness because she has a            |
|       | 20 | Bachelor's degree in electrical engineering and start talking        |
|       | 21 | about what an expert witness in technical matters would talk         |
|       | 22 | about.                                                               |
|       | 23 | MS. SMITH:  Understood.                                              |
|       | 24 | THE COURT:  Okay?                                                    |
|       | 25 | MS. SMITH:  Thank you, Your Honor.                                   |

|       |    |                                                                              |
|-------|----|------------------------------------------------------------------------------|
|       | 1  | THE COURT: Let's proceed.                                                    |
|       | 2  | Q. (BY MS. FAIR) Ms. Roberts, you were here when we saw Mr.                  |
|       | 3  | Jwa's testimony. Right?                                                      |
|       | 4  | A. Yes, ma'am.                                                               |
|       | 5  | Q. And so you know that it was Samsung's choice to use                       |
|       | 6  | Google Firebased Cloud Messaging. Correct?                                   |
|       | 7  | A. That is what he stated in his deposition that was played                  |
|       | 8  | in the courtroom, yes, ma'am.                                                |
| 08:44 | 9  | Q. Company policy to use Google. Right?                                      |
|       | 10 | A. That is what he stated in his deposition, yes, ma'am.                     |
|       | 11 | Q. You have no reason to dispute that, do you, Ms. Roberts?                  |
|       | 12 | A. I do not.                                                                 |
|       | 13 | Q. Samsung made that choice for a reason, didn't it?                         |
|       | 14 | A. I can't comment on that.                                                  |
|       | 15 | Q. Well, Samsung wouldn't just implement a company policy                    |
|       | 16 | without carefully considering it, would it?                                  |
| 08:44 | 17 | A. I'm not going to speculate.                                               |
|       | 18 | Q. I mean, when -- when Samsung makes choices, it weighs the                 |
|       | 19 | costs and the benefits. Wouldn't you expect that, Ms.                        |
|       | 20 | Roberts?                                                                     |
|       | 21 | A. In general, yes, I would expect that.                                     |
|       | 22 | Q. And Samsung gets to use Google's system and gets to share                 |
|       | 23 | in the revenues. Right? You heard that testimony yesterday.                  |
| 08:44 | 24 | A. I heard that testimony yesterday, yes.                                    |
|       | 25 | Q. And you're not here to deny that the revenue share that                   |