IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>Defendants. | Case No. 2:23-cv-00379-JRG-RSP<br><br>**JURY DEMANDED** |

**ORDER DENYING DEFENDANTS' SIXTH OPPOSED MOTION *IN LIMINE***

Before the Court is Defendants' Sixth Opposed Motion *in Limine*. The Court has considered the Motion and is of the opinion that it should be and hereby is **DENIED**.

1