IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-CV-00379-JRG-RSP |

### ORDER GRANTING JOINT MOTION FOR HEARINGS ON DEFENDANTS' MOTION FOR SANCTIONS UNDER RULE 37(E)(1) (DKT. NO. 163) AND DEFENDANTS' MOTION TO COMPEL (DKT. NO. 256)

Before the Court is the Joint Motion of Plaintiff Headwater Research LLC ("Headwater" or "Plaintiff") and Defendants T-Mobile USA, Inc. and Sprint Corp.'s (collectively, "T-Mobile" or "Defendants") (collectively, the "Parties") for Hearings on Defendants' Motion for Sanctions Under Rule 37(e)(1) (Dkt. No. 163) and Defendants' Motion to Compel Documents and Communications Improperly Withheld on the Basis of Anticipation of Litigation (Dkt. No. 256). The Court, having considered the same, is of the opinion that the Motion for Hearings should be and is hereby **GRANTED**.

The Court hereby will hold hearings on Defendants' Motion For Sanctions Under Rule 37(e)(1) (Dkt. No. 163) and Defendants' Motion to Compel Documents and Communications Improperly Withheld on the Basis of Anticipation of Litigation (Dkt. No. 256) on May 29, 2025 at 9:00 AM, to coincide with the Motion Hearing set by the Court for Defendants' Motion to Compel Documents and Communications Improperly Withheld on the Basis of Anticipation of

Litigation (Dkt. No. 266) in *Headwater Research LLC v. Cellco Partnership d/b/a Verizon Wireless*, No. 2:23-CV-352-JRG-RSP (E.D. Tex.).

It is so **ORDERED**.