# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-CV-00379-JRG-RSP |

## ORDER

Before the Court is Plaintiff Headwater Research LLC and Defendants T-Mobile USA, Inc. and Sprint Corp.'s Joint Motion for Hearings on Defendants' Motion for Sanctions Under Rule 37(e)(1) (Dkt. No. 163) and Defendants' Motion to Compel Documents and Communications Improperly Withheld on the Basis of Anticipation of Litigation (Dkt. No. 256). **Dkt. No. 267**. The Court, having considered the Motion, is of the opinion that it should be and is hereby **GRANTED**.

Therefore, it is **ORDERED** that Defendants' Motion For Sanctions Under Rule 37(e)(1) (Dkt. No. 163) and Defendants' Motion to Compel Documents and Communications Improperly Withheld on the Basis of Anticipation of Litigation (Dkt. No. 256) are set for hearing on May 29, 2025 at 9:00 AM, to coincide with the parallel motions in *Headwater Research LLC v. Cellco Partnership, et al*, Case No. 2:23-cv-00352.

**SIGNED this 14th day of May, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE