# ATTORNEY SIGN-IN SHEET

Judge Roy S. Payne
2:23-CV-0352-JRG-RSP
Headwater Research, LLC v. Verizon Communications, Inc., et al.
2:23-CV-0379-JRG-RSP
Headwater Research, LLC v. T-Mobile US, Inc., et al.

May 30, 2025     9:00 am

## PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Reza Mirzaie | Headwater |
| Marc Fenster | " |
| Kris Davis | " |
| Dale Chang | " |
| Jason Wietholter | " |
| Adam Hoffman | " |
| Andrea Farr | " |
| Philip Wang | " |
| Tom Gorham | TMO |
| Deron Dacus | Verizon |
| Brian Rosenthal | TMO / Verizon |
| Josh Krevitt | " |
| Hannah Bedard | " |
| Kate Dominguez | " |
| Charlie Sim | " |
| Rob Vincent | " |
| Andrew Robb | " |