IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § § § | |
| *Plaintiff*, | § § | Case No. 2:23-cv-00379-JRG-RSP |
| v. | § § | (LEAD CASE) |
| T-MOBILE USA, INC., and SPRINT CORP., | § § § § | Case No. 2:23-cv-00377-JRG-RSP |
| | § § | (MEMBER CASE) |
| *Defendants*. | § | |

### ORDER TO PURCHASE JURY MEALS

In the interest of justice, jurors are ordered to remain together during breaks and meals in the above-referenced case during trial and deliberations. The deputy-in-charge or courtroom deputy is authorized to purchase meals for sequestered eight (8) jurors until a verdict is rendered to this Court.

**So ORDERED and SIGNED this 10th day of June, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE