# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § § *Plaintiff*, § § v. § § T-MOBILE USA, INC. and SPRINT CORP., § § *Defendants*. § § § | CASE NO. 2:23-CV-00379-JRG-RSP |

## ORDER

The Court issues this Order *sua sponte*. The Court's Standing Order[1] provides that "the parties may jointly prepare and present a Joint Exhibit List containing no more than seventy-five (75) exhibits" and that "each party may serve and present its own Party Exhibit List containing no more than thirty (30) additional exhibits." An exhibit means a single document, not a collection of documents. Parties are not permitted to compile multiple documents and present them to the Court as a single "exhibit." Here, it is apparent that the parties have failed to comply with the Court's Standing Order by exceeding the limits the Standing Order imposes.

Accordingly, it is **ORDERED** that the parties' exhibit lists (Dkt. Nos. 271-7, 271-8, 274-2) are **VACATED** and **STRICKEN**. The parties are further **ORDERED** to present new submissions in compliance with the Court's Standing Order and in accordance with Judge Payne's rulings on preadmitted exhibits at the Pretrial Conference by **Tuesday, June 17, 2025, at 10:00 am CT.**

---

[1] The Court's standing order styled Standing Order on the Number and Use of Pre-Admitted Exhibits in Cases Assigned to Judge Rodney Gilstrap is herein referred to as the "Standing Order." The Standing Order can be found on this website: https://www.txed.uscourts.gov/sites/default/files/judgeFiles/Amended%20Standing%20Order%20on%20Number%20and%20Use%20of%20Exhibits.pdf.

**So ORDERED and SIGNED this 13th day of June, 2025.**

                                                    RODNEY GILSTRAP
                                                    UNITED STATES DISTRICT JUDGE