# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, *Plaintiff*, v. T-MOBILE USA, INC. AND SPRINT CORP., *Defendants*. | Civil Action No. 2:23-CV-00379-JRG-RSP |
| HEADWATER RESEARCH LLC, *Plaintiff*, v. T-MOBILE USA, INC. AND SPRINT CORP., *Defendants*. | Civil Action No. 2:23-CV-00377-JRG-RSP |

## DEFENDANTS' NOTICE OF FINAL INVALIDITY THEORIES AND EQUITABLE DEFENSES

Pursuant to the Court's June 13, 2025 email correspondence, Defendants T-Mobile USA, Inc. and Sprint LLC (collectively, "T-Mobile") hereby give notice of their final invalidity theories, final prior art references/combinations, and final equitable defenses for the jury trial scheduled to begin on June 23, 2025.

T-Mobile reserves the right to discuss prior art references, including but not limited to with respect to discussing the background state of the relevant art, non-infringing alternatives, and the lack of technical benefits attributable to the asserted patents over the prior art. T-Mobile also reserves the right to rely upon any closely related references, including literature that demonstrates the operation and public availability of the prior art.

T-Mobile does not intend to present any invalidity theories at the jury trial scheduled for June 23, 2025. Pursuant to the Court's ruling at the June 18, 2025 Pre-Trial Conference, to the extent trial in this matter does not proceed on June 23, 2025, T-Mobile reserves the right to amend this notice within seven days of receiving a new trial setting.

T-Mobile intends to present the following equitable defenses: equitable estoppel, acquiescence, and waiver.

T-Mobile makes this disclosure based on its current knowledge and understanding of the asserted claims, Headwater's infringement contentions and expert reports, the parties' exhibit lists and other facts and information available as of today's date.

| | |
|---|---|
| Dated:  June 19, 2025 | By:  /s/ *Josh A. Krevitt* |
| | Josh A. Krevitt |
| | jkrevitt@gibsondunn.com |
| | Katherine Q. Dominguez |
| | kdominguez@gibsondunn.com |
| | Brian A. Rosenthal |
| | brosenthal@gibsondunn.com |
| | Eli Balsam |
| | ebalsam@gibsondunn.com |
| | Charlie Sim |
| | csim@gibsondunn.com |
| | **GIBSON, DUNN & CRUTCHER LLP** |
| | 200 Park Avenue |
| | New York, NY  10166-0193 |
| | Telephone:  212.351.4000 |
| | Facsimile:  212.351.4035 |
| | |
| | Robert Vincent |
| | rvincent@gibsondunn.com |
| | **GIBSON, DUNN & CRUTCHER LLP** |
| | 2001 Ross Avenue, Suite 2100 |
| | Dallas, TX 75201 |
| | Telephone:  214.698.3112 |
| | Facsimile:  214.571.2910 |
| | |
| | Andrew W. Robb (CA Bar No. 291438) |
| | arobb@gibsondunn.com |
| | **GIBSON, DUNN & CRUTCHER LLP** |
| | 310 University Avenue |
| | Palo Alto, CA 94301 |
| | Telephone:  650.849.5334 |
| | Facsimile:  650.849.5034 |
| | |
| | Hannah L. Bedard |
| | hbedard@gibsondunn.com |
| | Michelle Zhu |
| | mzhu@gibsondunn.com |
| | **GIBSON, DUNN & CRUTCHER LLP** |
| | 1700 M Street, N.W. |
| | Washington, D.C. 20036 |
| | Telephone:  202.777.9413 |
| | Fax:  202.831.6063 |
| | |
| | Celine Crowson (D.C. Bar No. 0436549A) |
| | **Hogan Lovells** |
| | 555 13th St NW, |

Washington, D.C. 20004
Telephone:  202-637-5600
celine.crowson@hoganlovells.com

Tej Singh (California Bar No. 286547)
Yi Zhang (California Bar No. 342823)
Kyle Xu (California Bar No. 344100)
**Hogan Lovells**
4 Embarcadero Center Suite 3500
San Francisco, CA 94111
Telephone:  415-374-2300
tej.singh@hoganlovells.com
yi.zhang@hoganlovells.com
kyle.xu@hoganlovells.com

Melissa R. Smith
melissa@gillamsmithlaw.com
**GILLIAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2025, the foregoing was served upon all counsel of record who have consented to electronic service.

*/s/ Josh A. Krevitt*
Josh A. Krevitt
