IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. and SPRINT CORP.,<br><br>*Defendants*. | CIVIL ACTION NO. 2:23-CV-379-JRG-RSP<br><br>(LEAD CASE) |

## MEMORANDUM ORDER

Before the Court is the Motion for Sanctions Under Federal Rule of Civil Procedure 37(e)(1), filed by Defendants T-Mobile USA, Inc. and Sprint Corp.. **Dkt. No. 163**.

An identical motion was filed in a parallel litigation: *Headwater Research LLC v. Verizon Communications Inc., et al*, 2:23-cv-00352-JRG-RSP.

For the reasons discussed in the Court's ruling on the parallel motion, the instant Motion is also **DENIED**.

SIGNED this 23rd day of June, 2025.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE