IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. and SPRINT CORP.,<br><br>*Defendants*. | CIVIL ACTION NO. 2:23-CV-379-JRG-RSP<br><br>(LEAD CASE) |

## MEMORANDUM ORDER

Before the Court is the Motion to Strike Certain Opinions of Defendant T-Mobile's Damages Expert Laura B. Stamm, filed by Plaintiff Headwater Research LLC. **Dkt. No. 172**.

A substantively identical motion was filed in a parallel litigation: *Headwater Research LLC v. Verizon Communications Inc., et al*, 2:23-cv-00352-JRG-RSP. *See* Dkt. No. 175 in 2:23-cv-00352.

For the reasons discussed in the Court's ruling on the parallel motion (Dkt. No. 322 in 2:23-cv-00352), the instant Motion is also **GRANTED IN PART** as to (1) the portions of paragraphs 17, 193-195, 215, and 258 in Ms. Stamm's report relating to or discussing the 2018 investment offer to Verizon, and (2) to the iOS 7 non-infringing alternative in paragraph 93 of Ms. Stamm's report, and otherwise **DENIED**.

**SIGNED this 23rd day of June, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE