# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § § *Plaintiff*, § § v. § § T-MOBILE USA, INC. and SPRINT § CORP., § § *Defendants*. § | CIVIL ACTION NO. 2:23-CV-379-JRG-RSP (LEAD CASE) |

## MEMORANDUM ORDER

Before the Court is the Motion to Strike Certain Opinions of Defendant T-Mobile's Expert Kevin Jeffay, filed by Plaintiff Headwater Research LLC. **Dkt. No. 175**.

A substantively identical motion was filed in a parallel litigation: *Headwater Research LLC v. Verizon Communications Inc., et al*, 2:23-cv-00352-JRG-RSP. *See* Dkt. No. 178 in 2:23-cv-00352.

For the reasons discussed in the Court's ruling on the parallel motion (Dkt. No. 324 in 2:23-cv-00352), the instant Motion is also **GRANTED** as to Dr. Jeffay's opinions on (1) the OS-Switching NIA and (2) the iOS 7 through 10 NIA in his Invalidity and Rebuttal Reports, and otherwise **DENIED.**

SIGNED this 23rd day of June, 2025.

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE