IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-CV-00379-JRG-RSP |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion to Redact Portions of the May 30, 2025 Pretrial Conference Transcript. **Dkt. No. 304**. Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that the redacted May 30, 2025 Pretrial Conference Transcript, attached as Dkt. No. 304-1, is entered.

**SIGNED this 25th day of June, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE