# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § § § *Plaintiff*, § § v. § § T-MOBILE USA, INC. and SPRINT § CORP., § § § *Defendants*. § | CIVIL ACTION NO. 2:23-CV-379-JRG-RSP (LEAD CASE) |

## MEMORANDUM ORDER

Before the Court is the Motion for Leave to Supplement Expert Reports Based on Newly Produced Discovery, filed by Plaintiff Headwater Research LLC. **Dkt. No. 190**.

A substantively identical motion was filed in a parallel litigation: *Headwater Research LLC v. Verizon Communications Inc., et al*, 2:23-cv-00352-JRG-RSP. *See* Dkt. No. 195 in 2:23-cv-00352.

For the reasons discussed in the Court's ruling on the parallel motion (Dkt. No. 347 in 2:23-cv-00352), the instant Motion is also **GRANTED IN PART** as to the Apple Data, and otherwise **DENIED**.

**SIGNED this 24th day of June, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE