**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| Plaintiff, | Case No. 2:23-cv-00352-JRG-RSP |
| v. | **JURY DEMANDED** |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS AND VERIZON CORPORATE SERVICES GROUP INC., | |
| Defendants. | |
| | |
| HEADWATER RESEARCH LLC, | |
| Plaintiff, | Case No. 2:23-cv-00379-JRG-RSP |
| v. | **JURY DEMANDED** |
| T-MOBILE USA, INC. AND SPRINT CORP., | |
| Defendants. | |

**ORDER GRANTING PLAINTIFF HEADWATER RESEARCH LLC'S
UNOPPOSED MOTION TO REDACT PORTIONS OF THE
JUNE 5, 2025 PRETRIAL CONFERENCE TRANSCRIPT**

Before the Court is Plaintiff's Unopposed Motion to Redact Portions of the June 5, 2025

Pretrial Conference Transcript. The Court has considered the Motion and is of the opinion that it

should be and hereby is **GRANTED**.