THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>Defendants. | Case No. 2:23-CV-00379-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## JOINT STATUS REPORT ON PENDING ISSUES

On June 23, 2025, the Court instructed the parties to "file a joint status report apprising the Court of what issues remain pending in the above-captioned case (other than the Motions for Summary Judgment and Motions to Strike)." Pursuant to these instructions, the parties provide this Joint Status Report on Pending Issues.

**Motions *in Limine***

Headwater's MILs 1-3 and 5 are substantively identical to its same-numbered MILs in *Headwater v. Verizon* (No. 2:23-cv-00352-JRG-RSP) ("the Verizon Case"), such that no additional argument is necessary on them. The parties completed argument on Headwater's MIL 4 at the June 5, 2025 Pretrial Conference ("PTC2"). *See* PTC2 Tr. at 209:13-222:17.

T-Mobile's MILs 1, 2, 5, and 6 are substantively identical to Verizon's same-numbered MILs in the Verizon Case, such that no additional argument is necessary on them. The Court has not yet heard full argument from both parties on T-Mobile's MILs 3 and 4, as the Court noted that we would take up these motions at another time. *Id.* at 233:10–13.

**Exhibit Disputes**

The Court heard argument on but has not ruled on Headwater's Bucket 8 (Verizon

Investments) involving T-Mobile's DX-126, 127, and 128.  *See* PTC2 Tr. at 209:13-222:17.

The Court has not heard argument on T-Mobile's Bucket 12 (Carrier Network Documents) involving Headwater's PX-83. The Court also has not heard argument on T-Mobile's Bucket 13 (ItsOn) involving Headwater's PX-28, 42, 45, 46, 92, and 362.

Headwater is preparing redacted versions of PX-29, 75, and 89, in accordance with the Court's rulings at PTC2.

## Witness Lists and First-Day Deposition Designations

Headwater maintains a general objection, as it raised in the Verizon case, that T-Mobile's current witness list is excessive, includes irrelevant witnesses, and fails to disclose which witnesses T-Mobile will present live at trial, which prejudices Headwater's trial preparation. But because T-Mobile has indicated it will soon provide some narrowing of its witness list and because the T-Mobile case is still scheduled for trial behind the Verizon case, Headwater is hopeful that these issues can be obviated or at least narrowed without Court intervention.

T-Mobile maintains a general objection, as it raised in the Verizon case, that Headwater's current witness list identifies individuals who will not present any relevant testimony, including Jeffrey Green and Ryan McGinn.  For example, Jeffrey Green is an inventor on patents that were previously dismissed from the case.  But as Headwater stated above, T-Mobile is hopeful that these issues can be obviated or at least narrowed without Court intervention.

As to potential first-day deposition designations, most of Headwater's first-day designations have already been resolved in the Verizon case, including designations for Jeff Sharkey (trial and deposition designations), Mike Schiksnis, Kartik Venkatraman, Amith Yamasani, and David Chan. Headwater has two remaining potential first-day depositions, Ryan Sullivan and Mark Yarkosky, whose designations have not yet been argued.

Dated:  June 27, 2025

*/s/ Marc Fenster*
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Brian Ledahl
CA State Bar No. 186579
Ben Wang
CA State Bar No. 228712
Adam Hoffman
CA State Bar No. 218740
Paul Kroeger
CA State Bar No. 229074
Neil A. Rubin
CA State Bar No. 250761
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
James Milkey
CA State Bar No. 281283
Jason M. Wietholter
CA State Bar No. 337139
James Pickens
CA State Bar No. 307474
Qi (Peter) Tong
TX State Bar No. 24119042
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_headwater@raklaw.com

Andrea L. Fair
TX State Bar No. 24078488
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

Respectfully submitted,

*/s/ Josh A. Krevitt*
Josh A. Krevitt
jkrevitt@gibsondunn.com
Katherine Q. Dominguez
kdominguez@gibsondunn.com
Brian A. Rosenthal
brosenthal@gibsondunn.com
Eliyahu Balsam
ebalsam@gibsondunn.com
Charlie Sim
csim@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Robert Vincent
rvincent@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone:  214.698.3112
Facsimile:  214.571.2910

Andrew W. Robb (CA Bar No. 291438)
arobb@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
310 University Avenue
Palo Alto, CA 94301
Telephone:  650.849.5334
Facsimile:  650.849.5034

Hannah L. Bedard
hbedard@gibsondunn.com
Michelle Zhu
mzhu@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, D.C. 20036
Telephone:  202.777.9413
Facsimile:  202.831.6063

*Attorneys for Plaintiff,*
*Headwater Research LLC*

Celine Crowson (D.C. Bar No. 0436549A)
celine.crowson@hoganlovells.com
**Hogan Lovells**
555 13th Street, N.W.
Washington, D.C. 20004
Telephone:  202.637.5600

Tej Singh (California Bar No. 286547)
tej.singh@hoganlovells.com
Yi Zhang (California Bar No. 342823)
yi.zhang@hoganlovells.com
Kyle Xu (California Bar No. 344100)
kyle.xu@hoganlovells.com
**Hogan Lovells**
4 Embarcadero Center Suite 3500
San Francisco, CA 94111
Telephone:  415.374.2300

Melissa R. Smith
melissa@gillamsmithlaw.com
**GILLIAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 27th day of June 2025, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Marc Fenster*
Marc Fenster
