## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
|     *Plaintiff*, | § § § | |
| v. | § | Case No. 2:23-cv-00379-JRG-RSP |
| T-MOBILE USA and SPRINT CORP., | § § | |
|     *Defendants*. | § § § § | |

## <u>ORDER</u>

Before the Court is Plaintiff's Unopposed Motion to Redact Portions of the June 5, 2025 Pretrial Conference Transcript. **Dkt. No. 317**. The Court has considered the Motion and is of the opinion that it should be and hereby is **GRANTED**.

**SIGNED this 27th day of June, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE