IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> T-MOBILE USA, INC. and SPRINT § <br> CORP., § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:23-CV-379-JRG-RSP <br><br> (LEAD CASE) |

## MEMORANDUM ORDER

Before the Court is the Daubert Motion and Motion to Strike the Opinions of Jim Bergman, filed by Defendants T-Mobile USA, Inc. and Sprint Corp.. **Dkt. No. 182**.

A substantively identical motion was filed in a parallel litigation: *Headwater Research LLC v. Verizon Communications Inc., et al*, 2:23-cv-00352-JRG-RSP. *See* Dkt. No. 187 in 2:23-cv-00352.

For the reasons discussed in the Court's ruling on the parallel motion (Dkt. No. 351 in 2:23-cv-00352), the instant Motion is also **DENIED**.

**SIGNED this 30th day of June, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE