# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-379-JRG-RSP |
| | § | |
| T-MOBILE USA, INC. and SPRINT CORP., | § | (LEAD CASE) |
| | § | |
| *Defendants*. | § | |

## MEMORANDUM ORDER

Before the Court is the Daubert Motion and Motion to Strike Secondary Considerations Opinions of Erik de la Iglesia, filed by Defendants T-Mobile USA, Inc. and Sprint Corp.. **Dkt. No. 180**.

A substantively identical motion was filed in a parallel litigation: *Headwater Research LLC v. Verizon Communications Inc., et al*, 2:23-cv-00352-JRG-RSP. *See* Dkt. No. 184 in 2:23-cv-00352.

For the reasons discussed in the Court's ruling on the parallel motion (Dkt. No. 350 in 2:23-cv-00352), the instant Motion is also **GRANTED** as to the sections of Mr. de la Iglesia's report that rely on Dr. Wesel's carrier-specific appendices regarding each carrier's alleged knowledge of ItsOn, Headwater, and the asserted patents, and otherwise **DENIED**.

SIGNED this 30th day of June, 2025.

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE