# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-CV-00379-JRG-RSP |
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-CV-00377-JRG-RSP |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT EXPERT REPORT OF MS. LAURA STAMM

Before the Court is Defendants T-Mobile USA, Inc. and Sprint LLC (collectively, "T-Mobile") Unopposed Motion for Leave to Supplement Expert Report of Ms. Laura Stamm to Respond to Headwater's Recently Allowed Supplemental Expert Reports ("Motion"). Having considered the briefing, the Court hereby **GRANTS** the Motion. **IT IS SO ORDERED**.