# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | § |
| *Plaintiff*, | § § § |
| v. | § § CIVIL ACTION NO. 2:23-CV-379-JRG-RSP |
| T-MOBILE USA, INC. and SPRINT CORP., | § (LEAD CASE) § § |
| *Defendants*. | § § |

## ORDER

Before the Court is Defendants T-Mobile USA, Inc. and Sprint LLC's Unopposed Motion for Leave to Supplement Expert Report of Ms. Laura Stamm to Respond to Headwater's Recently Allowed Supplemental Expert Reports. **Dkt. No. 324**. Having considered the Motion, the Court finds that the Motion should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that Defendants are hereby given leave to supplement the expert report of Laura Stamm.

**SIGNED this 3rd day of July, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE