# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>*Defendants*. | Case No. 2:23-cv-00379-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF HEADWATER RESEARCH LLC'S UNOPPOSED MOTION TO EXPEDITE BRIEFING ON HEADWATER'S MOTION TO DISQUALIFY WILMER CUTLER PICKERING HALE & DORR**

Plaintiff Headwater Research LLC ("Headwater") respectfully moves to expedite briefing on its concurrently filed Motion to Disqualify Wilmer Cutler Pickering Hale & Dorr ("Motion to Disqualify"). Defendants do not oppose this motion to expedite briefing but do oppose the Motion to Disqualify.

On June 17, 2025, one week before the trial of this matter was set to begin, two lawyers from WilmerHale entered appearances as counsel for Defendants in this matter. Dkt. #s 293 and 294. Headwater promptly contacted Defendants about this to raise its concerns about conflicts. Headwater also raised its concerns with the Court during the June 18, 2025 pretrial conference, and the Court recognized that expedited briefing would be appropriate given the impending trial in this matter. *See* 6/18/2025 PTC3 Tr. at 6:3-13, 71:3-73:18. While trial did not take place on June 23, this remains a highly time-sensitive issue because trial is scheduled to begin July 17, 2025.

Headwater respectfully seeks expedited briefing on its concurrently filed Motion to Disqualify, and Defendants have agreed to the briefing schedule proposed by Headwater. Accordingly, Headwater respectfully requests—and Defendants do not oppose—that the Court enter an Order shortening the briefing schedule as follows:

1. Defendants' opposition to Headwater's Motion to Reconsider is due on or before July 14, 2025.
2. No further briefing is permitted.

Dated: July 9, 2025

Respectfully submitted,

*/s/ Brian Ledahl*
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Brian Ledahl

1

CA State Bar No. 186579
Ben Wang
CA State Bar No. 228712
Paul Kroeger
CA State Bar No. 229074
Neil A. Rubin
CA State Bar No. 250761
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
Dale Chang
CA State Bar No. 248567
Jason M. Wietholter
CA State Bar No. 337139
Matthew Aichele
VA State Bar no. 77821
Adam S. Hoffman
CA State Bar No. 218740
Ryan Lundquist
CO State Bar No. 56449
Qi (Peter)Tong
TX State Bar No. 24119042
Mackenzie Paladino
NY State Bar No. 6039366
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
headwater@raklaw.com

Andrea L. Fair
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com


*Attorneys for Plaintiff,
Headwater Research LLC*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 9, 2025.

/s/ *Brian Ledahl*
Brian Ledahl

**CERTIFICATE OF CONFERENCE**

Counsel for Headwater conferred with counsel for Defendants on July 8 and 9, 2025 on this Motion to Expedite Briefing. Defendants do not oppose this motion.

/s/ *Brian Ledahl*
Brian Ledahl