**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| *Plaintiff*, | Case No. 2:23-cv-00379-JRG-RSP |
| v. | |
| T-MOBILE USA, INC. AND SPRINT CORP., | **JURY TRIAL DEMANDED** |
| *Defendants*. | |

**HEADWATER'S FINAL ELECTION OF ASSERTED CLAIMS**

Plaintiff Headwater Research LLC hereby provides the following final election of asserted claims:

- '541 Patent – claims 79, 83
- '613 Patent – claims 1, 12, 15, 16, 18

Dated: July 14, 2025

Respectfully submitted,

/s/ Marc Fenster
Marc Fenster
CA State Bar No. 181067
Reza Mirzaie
CA State Bar No. 246953
Brian Ledahl
CA State Bar No. 186579
Ben Wang
CA State Bar No. 228712
Paul Kroeger
CA State Bar No. 229074
Neil A. Rubin
CA State Bar No. 250761
Kristopher Davis
CA State Bar No. 329627
James S. Tsuei
CA State Bar No. 285530
Philip Wang
CA State Bar No. 262239
Dale Chang
CA State Bar No. 248567
Jason M. Wietholter
CA State Bar No. 337139
Matthew Aichele
VA State Bar no. 77821
Adam S. Hoffman
CA State Bar No. 218740
Minna Jay
CA State Bar No. 305941
Ryan Lundquist
CO State Bar No. 56449
Qi (Peter)Tong
TX State Bar No. 24119042
Mackenzie Paladino
NY State Bar No. 6039366

        **RUSS AUGUST & KABAT**
        12424 Wilshire Blvd. 12th Floor
        Los Angeles, CA 90025
        Telephone: 310-826-7474
        headwater@raklaw.com

        Andrea L. Fair
        **MILLER FAIR HENRY PLLC**
        1507 Bill Owens Parkway
        Longview, Texas 75604
        Telephone: 903-757-6400
        andrea@millerfairhenry.com

        *Attorneys for Plaintiff,*
        *Headwater Research LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 14, 2025.

/s/ *Marc Fenster*
Marc Fenster
