# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC. and SPRINT CORP.,<br><br>Defendants. | Civil Action No. 2:23-cv-00379-JRG-RSP<br><br>JURY TRIAL DEMANDED |

## DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW ATTORNEYS OF RECORD MARK D. SELWYN AND ANDREW J. DANFORD

Pursuant to the Court's July 15, 2025 order in C.A. No. 23-cv-352 (Dkt. 405), Defendants file this Unopposed Motion to Withdraw Attorneys of Record Mark D. Selwyn and Andrew J. Danford. Defendants request that the Court permit Mr. Selwyn and Mr. Danford to withdraw as counsel of record in this matter and terminate their receipt of electronic notices. Plaintiff does not oppose this motion. Defendants will remain represented by their other counsel of record.

Dated: July 16, 2025

Respectfully submitted,

/s/ *Mark D. Selwyn*
Mark D. Selwyn (*pro hac vice*)
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA  94306
(650) 858-6000
mark.selwyn@wilmerhale.com

Andrew J. Danford (*pro hac vice*)
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street

1

Boston, MA 02109
(617) 526-6000
andrew.danford@wilmerhale.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically and served on all counsel of record through ECF on July 16, 2025.

*/s/ Mark D. Selwyn*
Mark D. Selwyn

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Defendants has complied with the meet and confer requirement in Local Rule CV-7(h). The motion is unopposed.

*/s/ Mark D. Selwyn*
Mark D. Selwyn
