IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC. and SPRINT CORP.,<br><br>Defendants. | Civil Action No. 2:23-cv-00379-JRG-RSP |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW ATTORNEYS OF RECORD MARK D. SELWYN AND ANDREW J. DANFORD**

Before the Court is Defendants' Unopposed Motion to Withdraw Attorneys of Record Mark D. Selwyn and Andrew J. Danford. Having considered the motion, the Court is of the opinion that it should be and hereby is **GRANTED**.

**SO ORDERED.**

_____
United States District Judge

1