# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | § |
| *Plaintiff*, | § |
| v. | § CIVIL ACTION NO. 2:23-CV-379-JRG-RSP |
| | § (LEAD CASE) |
| T-MOBILE USA, INC. and SPRINT CORP., | § |
| *Defendants*. | § |

## ORDER

Before the Court is Defendants' Unopposed Motion to Withdraw Attorneys of Record Mark D. Selwyn and Andrew J. Danford. **Dkt. No. 346**. Having considered the Motion, the Court finds that the Motion should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that Messrs. Selwyn and Danford are **WITHDRAWN** as counsel of record for defendants in the above-captioned case.

**SIGNED this 17th day of July, 2025.**

*/s/ Roy S. Payne*
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE