# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-379-JRG-RSP |
| | § | |
| T-MOBILE USA, INC. and SPRINT CORP., | § | (LEAD CASE) |
| | § | |
| Defendants. | § | |

## MEMORANDUM ORDER

Before the Court is the Motion to Disqualify Wilmer Cutler Pickering Hale & Dorr, filed by Plaintiff Headwater Research LLC. **Dkt. No. 334**. The Motion is hereby **DENIED AS MOOT** in view of all Wilmer Cutler Pickering Hale & Dorr attorneys having withdrawn from the instant case.[1] Dkt. No. 346; Dkt. No. 347.

**SIGNED this 24th day of July, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

---

[1] Accordingly, Plaintiff Motion to Expedite Briefing on the Instant Motion (Dkt. No. 335) is also **DENIED AS MOOT**.