AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

Headwater Research LLC )
*Plaintiff* )
v. ) Case No. 2:23-CV-00379-JRG-RSP
T-Mobile US, Inc., et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

T-Mobile US, Inc., T-Mobile USA, Inc., and Sprint Corp.

Date: 07/24/2025

/s/ Joseph Raffetto
*Attorney's signature*

Joseph Raffetto - (DC Bar 982602)
*Printed name and bar number*

Hogan Lovells US LLP
555 13 th St NW
Washington, DC 20004
*Address*

joseph.raffetto@hoganlovells.com
*E-mail address*

(202) 637-5600
*Telephone number*

(202) 637-5910
*FAX number*