UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

|  |  |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>Defendants. | Case No. 2:23-cv-00379-JRG-RSP<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL DATE

Before the Court is the parties' Joint Motion to Continue Trial Date. The Court has considered the Motion and is of the opinion that it should be and hereby is **GRANTED**.

Accordingly, jury selection in the above-captioned action will be reset for September 22, 2025.