# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | CASE NO. 2:23-CV-00379-JRG-RSP |
| v. | § | (LEAD CASE) |
| | § | |
| T-MOBILE USA, INC. and SPRINT CORP., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Defendants T-Mobile USA, Inc. and Sprint Corp. previously filed a Motion for Partial Summary Judgment of Non-Infringement of U.S. Patent Nos. 8,589,541 and 9,215,613 as to Certain Android Products. (Dkt. No. 179.) Magistrate Judge Payne entered a Report and Recommendation recommending denial of T-Mobile and Sprint's Motion for Partial Summary Judgment of Non-Infringement of U.S. Patent Nos. 8,589,541 and 9,215,613 as to Certain Android Products. (Dkt. No. 307.) T-Mobile and Sprint have now filed Objections (Dkt. No. 329), with Headwater Research LLC filing a Response (Dkt. No. 336).

After conducting a *de novo* review of the briefing on the Motion for Partial Summary Judgment of Non-Infringement of U.S. Patent Nos. 8,589,541 and 9,215,613 as to Certain Android Products, the Report and Recommendation, and the briefing on T-Mobile and Sprint's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was clearly erroneous. Consequently, the Court **OVERRULES** T-Mobile and Sprint's Objections, **ADOPTS** the Report and Recommendation, and **ORDERS** that the Motion for Partial Summary

Judgment of Non-Infringement of U.S. Patent Nos. 8,589,541 and 9,215,613 as to Certain Android Products (Dkt. No. 179) is **DENIED**.

**So ORDERED and SIGNED this 24th day of July, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE