IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | § § § |
| *Plaintiff*, | § § |
| v. | § § CASE NO. 2:23-CV-00379-JRG-RSP |
| T-MOBILE USA, INC. and SPRINT CORP., | § § (LEAD CASE) § § |
| *Defendants*. | § § |

**<u>ORDER</u>**

Defendants T-Mobile USA, Inc. and Sprint Corp. previously filed a Motion to Dismiss for Lack of Standing. (Dkt. No. 184.) Magistrate Judge Payne entered a Report and Recommendation recommending denial of T-Mobile and Sprint's Motion to Dismiss for Lack of Standing. (Dkt. No. 308.) T-Mobile and Sprint have now filed Objections (Dkt. No. 332), with Headwater Research LLC filing a Response (Dkt. No. 337).

After conducting a *de novo* review of the briefing on the Motion to Dismiss for Lack of Standing, the Report and Recommendation, and the briefing on T-Mobile and Sprint's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was clearly erroneous. Consequently, the Court **OVERRULES** T-Mobile and Sprint's Objections, **ADOPTS** the Report and Recommendation, and **ORDERS** that the Motion to Dismiss for Lack of Standing (Dkt. No. 184) is **DENIED**.

**So ORDERED and SIGNED this 24th day of July, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE