IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 2:23-CV-00379-JRG-RSP |
| | § | (LEAD CASE) |
| T-MOBILE USA, INC. and SPRINT CORP., | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Plaintiff Headwater Research LLC previously filed a Motion for Summary Judgment on T-Mobiles First, Fifth, and Sixth Affirmative Defenses (the "Motion"). (Dkt. No. 171.) Magistrate Judge Payne entered a Report and Recommendation recommending granting in part Headwater's Motion with respect to summary judgment precluding Defendants T-Mobile USA, Inc. and Sprint Corp.'s affirmative defense of laches, but otherwise recommending denying the Motion. (Dkt. No. 323.) Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Report and Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion for Summary Judgment on T-Mobile's First, Fifth, and Sixth Affirmative Defenses is **GRANTED** with respect to summary judgment precluding Defendants' affirmative defense of laches, but is otherwise **DENIED**.

**So ORDERED and SIGNED this 24th day of July, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE