# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | |
| *Plaintiff*, | Case No. 2:23-cv-00379-JRG-RSP |
| v. | **JURY TRIAL DEMANDED** |
| T-MOBILE USA, INC. AND SPRINT CORP., | |
| *Defendants*. | |

## JOINT MOTION TO CONTINUE PRETRIAL CONFERENCE

Plaintiff Headwater Research LLC ("Headwater") and Defendants T-Mobile USA, Inc. and Sprint Corp. (collectively, "T-Mobile") jointly move to continue the currently scheduled August 4, 2025 Pretrial Conference in this matter to a date closer to the ultimately scheduled trial date. As the Court is aware, the trial date in this case was recently continued from the August 15, 2025 trial setting, and the AT&T -397 trial will now go forward on that date.  Accordingly, the parties feel that it would be beneficial to move the Pretrial Conference here to a date closer to the new trial date in this case so that there will be more certainty as to the remaining disputes the Court needs to resolve. The parties have requested that trial be set for September 22, 2025, or at a time thereafter, in light of conflicts with the immediately prior setting of September 8, 2025. *See* Dkt. 350.

Dated:  July 29, 2025                              Respectfully submitted,

                                                   */s/ Marc Fenster*
                                                   Marc Fenster
                                                   CA State Bar No. 181067
                                                   Reza Mirzaie
                                                   CA State Bar No. 246953
                                                   Brian Ledahl
                                                   CA State Bar No. 186579
                                                   Ben Wang
                                                   CA State Bar No. 228712
                                                   Paul Kroeger
                                                   CA State Bar No. 229074
                                                   Neil A. Rubin
                                                   CA State Bar No. 250761
                                                   Kristopher Davis
                                                   CA State Bar No. 329627
                                                   James S. Tsuei
                                                   CA State Bar No. 285530
                                                   Philip Wang
                                                   CA State Bar No. 262239
                                                   Dale Chang
                                                   CA State Bar No. 248567
                                                   Jason M. Wietholter

CA State Bar No. 337139
Matthew Aichele
VA State Bar no. 77821
Adam S. Hoffman
CA State Bar No. 218740
Ryan Lundquist
CO State Bar No. 56449
Qi (Peter)Tong
TX State Bar No. 24119042
Mackenzie Paladino
NY State Bar No. 6039366
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
headwater@raklaw.com

Andrea L. Fair
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

*Attorneys for Plaintiff,*
*Headwater Research LLC*

Katherine Q. Dominguez
kdominguez@gibsondunn.com
Josh A. Krevitt
jkrevitt@gibsondunn.com
Brian A. Rosenthal
brosenthal@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY  10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Robert Vincent
rvincent@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone:  214.698.3112
Facsimile:  214.571.2910

Andrew W. Robb (CA Bar No. 291438)
arobb@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
310 University Avenue
Palo Alto, CA 94301
Telephone:  650.849.5334
Facsimile:   650.849.5034

Michelle J. Zhu
mzhu@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street N.W.
Washington, D.C. 20036
Telephone:  202.777.9413
Facsimile:   202.831.6063

Celine Crowson (D.C. Bar No. 0436549A)
celine.crowson@hoganlovells.com
Joseph Raffetto (D.C. Bar No. 982602)
joseph.raffetto@hoganlovells.com
**HOGAN LOVELLS**
555 13th St NW
Washington, D.C. 20004
Telephone:  202.637.5600

Tej Singh (CA Bar No. 286547)
tej.singh@hoganlovells.com
Yi Zhang (CA Bar No. 342823)
yi.zhang@hoganlovells.com
Kyle Xu (CA Bar No. 344100)
kyle.xu@hoganlovells.com
**HOGAN LOVELLS**
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone:  415.374.2300

Melissa R. Smith
melissa@gillamsmithlaw.com
**GILLIAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone:  903.934.8450
Facsimile:   903.934.9257

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 29, 2025.

*/s/ Marc Fenster*
Marc Fenster

## CERTIFICATE OF CONFERENCE

Counsel for Headwater conferred with counsel for Defendants on July 28 and 29, 2025 on this motion, which is being submitted as a joint motion.

*/s/ Marc Fenster*
Marc Fenster