UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.<br><br>*Defendants*. | Case No. 2:23-cv-00379-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT MOTION TO CONTINUE PRETRIAL CONFERENCE**

Before the Court is the parties' Joint Motion to Continue Pretrial Conference. The Court has considered the Motion and is of the opinion that it should be and hereby is **GRANTED**.