## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | CIVIL ACTION NO. 2:23-CV-00379-JRG-RSP |
| v. | § | |
| | § | |
| T-MOBILE USA, INC. and SPRINT CORP., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Parties' Joint Motion to Stay All Deadlines and Notice of Settlement. **Dkt. No. 362**. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that all pending deadlines in the above-captioned matter are **STAYED** until September 10, 2025, during which time appropriate dismissal papers shall be filed with the Court.

**SIGNED this 12th day of August, 2025.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE