# Exhibit 3

**Exhibit 3 - U.S. Patent No. 8,589,541 ("'541 Patent")**

Accused Instrumentalities: smartphones, basic phones, tablets, laptops, and hotspot devices sold (including those sold in bundles with data plans) or used by T-Mobile and all versions and variations thereof ("Accused Instrumentalities") since the issuance of U.S. Pat. No. 8,589,541 (the "Asserted Patent").

**Claim 1**

| Claim | Public Documentation |
|---|---|
| [1a] A non-transitory computer-readable storage medium storing machine-executable instructions that, when executed by one or more processors of a wireless end-user device, cause the one or more processors to: | The Accused Instrumentalities include "A non-transitory computer-readable storage medium storing machine-executable instructions that, when executed by one or more processors of a wireless end-user device, cause the one or more processors to." <br><br> For example, T-Mobile sells and uses devices described by T-Mobile's website below. These devices constitute a wireless end-user device as described in claim 1. *See, e.g.*: https://www.t-mobile.com/cell-phone-plans?INTNAV=tNav:Plans: |

# Compare our best unlimited cell phone plans.

All our affordable phone plans include unlimited talk, text, and data on our 5G network. Plus, they're packed with more benefits, more value, more of what you and your family love—with no annual contracts. Compare phone plan benefits by selecting a single line for one person, 2 lines for two people, or more.

## First, how many phone lines would you like?

📱 Phones          ⊖ **4** ⊕

Show discounts for:

( Age 55 + )  ( Military & veteran )  ( First responder )  ( **None** )



**All plans include these great benefits:**

- Unlimited 5G & 4G LTE data[1]
- Nationwide 5G coverage[2]
- Dedicated customer care
- Unlimited talk & text
- Exclusive perks with T-Mobile Tuesdays
- Advanced scam-blocking protection[2]



---

🏷 Get a 3rd line FREE

### Magenta® MAX
~~$220~~ **$170** /mo.
for 4 phone lines with AutoPay

`Taxes & fees included`

All Magenta benefits + unlimited premium data on a 5G plan that can't slow you down based on how much data you use

**Includes:**
- All the great benefits shown above
- Taxes & fees included
- Unlimited premium data[1]
- Netflix on Us (2-screen)
- 40GB high-speed mobile hotspot

**View full plan details ›**

**Select phone plan**

---

🏷 Get a 3rd line FREE

### Magenta®
~~$180~~ **$140** /mo.
for 4 phone lines with AutoPay

`Taxes & fees included`

Enjoy all our unlimited phone plan benefits, plus more great stuff, like added entertainment and travel perks.

**Includes:**
- All the great benefits shown above
- Taxes & fees included
- 100GB premium data[1]
- Netflix on Us (1-screen)
- 5GB high-speed mobile hotspot

**View full plan details ›**

**Select phone plan**

---

### Essentials 4 Line Offer
~~$120~~ **$100** /mo.
for 4 phone lines with AutoPay
Plus tax and fees

For a limited time, save even more with 4 lines (up to 6). All unlimited and with all the benefits of the Essentials plan including 5G access.

**Includes:**
- All the great benefits shown above
- 50GB premium data[1]
- Unlimited 3G mobile hotspot data incl.
- Unlimited 5G & 4G LTE/50GB premium data[1]
- No annual service contract required

**View full plan details ›**

**Select phone plan**

| Claim | Public Documentation |
|-------|---------------------|
|  | T-Mobile sells smartphones, laptops, hotspots, and other devices which have internet connectivity: https://www.t-mobile.com/cell-phones; https://www.t-mobile.com/tablets; https://www.t-mobile.com/smart-watches; https://www.t-mobile.com/hotspots-iot-connected-devices.<br><br>For further example, the Galaxy S22 model is sold or used by T-Mobile and includes 8GB RAM and either 128GB or 256GB non-removable memory storage, in which control policies for applications are stored. *See, e.g.*, https://www.samsung.com/us/smartphones/galaxy-s22/buy/galaxy-s22-128gb-unlocked-sm-s901uzkaxaa/:<br><br><br><br>For further example, the Galaxy S22 has either a Snapdragon (in the United States) or Exynos (in Korea) architecture-based application processor. *See, e.g.*, https://www.samsung.com/us/smartphones/galaxy-s22/buy/galaxy-s22-128gb-unlocked-sm-s901uzkaxaa/: |

| Claim | Public Documentation |
|---|---|
| |  Snapdragon 8 Gen 1 |
| [1b] identify a service usage activity of the wireless end-user device, the service usage activity being associated with a first software component of a plurality of software components on the wireless end-user device, the service usage activity comprising one or more prospective or successful communications over a wireless network; | The Accused Instrumentalities "identify a service usage activity of the wireless end-user device, the service usage activity being associated with a first software component of a plurality of software components on the wireless end-user device, the service usage activity comprising one or more prospective or successful communications over a wireless network." <br><br> For example, Samsung's "data saver" settings apply to at least some service usage activities associated with a software component comprising prospective or successful communications over a wireless network. *See, e.g.*: https://www.t-mobile.com/cell-phone-plans?INTNAV=tNav:Plans: |

# Compare our best unlimited cell phone plans.

All our affordable phone plans include unlimited talk, text, and data on our 5G network. Plus, they're packed with more benefits, more value, more of what you and your family love—with no annual contracts. Compare phone plan benefits by selecting a single line for one person, 2 lines for two people, or more.

## First, how many phone lines would you like?

📱 Phones          ⊖ **4** ⊕

Show discounts for:

( Age 55 + )   ( Military & veteran )   ( First responder )   ( **None** )



**All plans include these great benefits:**

- Unlimited 5G & 4G LTE data[1]
- Nationwide 5G coverage[2]
- Dedicated customer care
- Unlimited talk & text
- Exclusive perks with T-Mobile Tuesdays
- Advanced scam-blocking protection[2]



🏷 Get a 3rd line FREE

### Magenta® MAX

~~$220~~ **$170** /mo.
for 4 phone lines with AutoPay

**Taxes & fees included**

All Magenta benefits + unlimited premium data on a 5G plan that can't slow you down based on how much data you use

**Includes:**
- All the great benefits shown above
- Taxes & fees included
- Unlimited premium data[1]
- Netflix on Us (2-screen)
- 40GB high-speed mobile hotspot

**View full plan details  >**

**Select phone plan**

---

🏷 Get a 3rd line FREE

### Magenta®

~~$180~~ **$140** /mo.
for 4 phone lines with AutoPay

**Taxes & fees included**

Enjoy all our unlimited phone plan benefits, plus more great stuff, like added entertainment and travel perks.

**Includes:**
- All the great benefits shown above
- Taxes & fees included
- 100GB premium data[1]
- Netflix on Us (1-screen)
- 5GB high-speed mobile hotspot

**View full plan details  >**

**Select phone plan**

---

### Essentials 4 Line Offer

~~$120~~ **$100** /mo.
for 4 phone lines with AutoPay
Plus tax and fees

For a limited time, save even more with 4 lines (up to 6). All unlimited and with all the benefits of the Essentials plan including 5G access.

**Includes:**
- All the great benefits shown above
- 50GB premium data[1]
- Unlimited 3G mobile hotspot data incl.
- Unlimited 5G & 4G LTE/50GB premium data[1]
- No annual service contract required

**View full plan details  >**

**Select phone plan**

| Claim | Public Documentation |
|-------|---------------------|
|       | ; https://www.samsung.com/ae/support/mobile-devices/android-pie-what-is-the-data-saver-feature/:  |

| Claim | Public Documentation |
|---|---|
| |  |
| [1c] determine whether the service usage activity comprises a background activity; | The Accused Instrumentalities "determine whether the service usage activity comprises a background activity."<br><br>For example, Samsung Galaxy phones and tablets utilize Data Saver mode through which the device determines whether the service usage activity comprises background or foreground activity. *See, e.g.,* |

| Claim | Public Documentation |
|-------|----------------------|
|       | https://www.samsung.com/ae/support/mobile-devices/android-pie-what-is-the-data-saver-feature/: <br><br>  |

| Claim | Public Documentation |
|---|---|
| |  |
| [1d] determine at least an aspect of a policy based on a user input obtained through a user interface of the wireless end-user device or based on information from a network element, the policy to be applied if the service usage activity is the | The Accused Instrumentalities "determine at least an aspect of a policy based on a user input obtained through a user interface of the wireless end-user device or based on information from a network element, the policy to be applied if the service usage activity is the background activity, the policy at least for controlling the service usage activity." |

| Claim | Public Documentation |
|---|---|
| background activity, the policy at least for controlling the service usage activity; | For example, Samsung devices include an interface which allow users to augment Data Saver settings for controlling service usage activities. *See, e.g.*, https://www.t-mobile.com/support/plans-features/manage-your-data: <br><br>  <br><br> ; https://www.samsung.com/ae/support/mobile-devices/android-pie-what-is-the-data-saver-feature/: |

| Claim | Public Documentation |
|-------|----------------------|
|       |  |

| Claim | Public Documentation |
|---|---|
| |  |
| [1e] and if it is determined that the service usage activity is the background activity, apply the policy. | The Accused Instrumentalities comprise "and if it is determined that the service usage activity is the background activity, apply the policy."<br><br>For example, Samsung Galaxy phones and tablets utilize Data Saver which applies the policy to background service usage activity. *See, e.g.,* https://www.samsung.com/ae/support/mobile- |

| Claim | Public Documentation |
|---|---|
| | devices/android-pie-what-is-the-data-saver-feature/:  |

| Claim | Public Documentation |
|---|---|
|  |  |