IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, | § |
| *Plaintiff*, | § |
| v. | §   CASE NO. 2:23-CV-00379-JRG-RSP |
| T-MOBILE USA, INC. *and* SPRINT CORP., | § |
| *Defendants*. | § |

## ORDER

Before the Court is the Plaintiff Headwater Research LLC's Unopposed Motion for Leave to Amend Complaint. **Dkt. No. 367**. After considering the Motion, and noting its unopposed nature, the Court **GRANTS** the Motion.

Accordingly, it is hereby **ORDERED** that Headwater is given leave to amend its Complaint, such that the First Amended Complaint (Dkt. No. 366) is now the operative Complaint in this action.

**SIGNED this 24th day of September, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE