# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> T-MOBILE US, INC., T-MOBILE USA, § <br> INC., and SPRINT CORP., § <br> *Defendants*. § <br> § | CASE NO. 2:23-CV-379-JRG-RSP |

## ORDER

Before the Court is the Motion to Continue Trial Date (Dkt. No. 369) filed by Defendants T-Mobile US, Inc., T-Mobile USA, Inc., and Sprint Corp. In the Motion, Defendants ask the Court to continue the above-captioned case's October 3, 2025 trial date. (*Id.* at 1). However, after Defendants filed the Motion, the Court *sua sponte* released this case from such setting. Accordingly, the Motion is **DENIED AS MOOT**.

**So ORDERED and SIGNED this 10th day of October, 2025.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE