# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-CV-00379-JRG-RSP |

## ORDER

Before the Court is Plaintiff Headwater Research LLC and Defendants T-Mobile USA, Inc. and Sprint Corp.'s Joint Motion for Leave to Supplement Expert Reports. **Dkt. No. 377**. The Parties have moved for leave to supplement their experts' reports with the Fourth Supplemental Bazelon Report, the Fourth Supplemental Bergman Report, and Sections I, II, and III of the Second Supplemental Stamm Report. The Court, having considered the same, is of the opinion that the Motion should be and is hereby **GRANTED**.

Therefore, it is **ORDERED** that leave to supplement is hereby granted to the Parties with respect to the Fourth Supplemental Bazelon Report, the Fourth Supplemental Bergman Report, and Sections I, II, and III of the Second Supplemental Stamm Report.

**SIGNED this 14th day of October, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE