IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>T-MOBILE USA, INC. AND SPRINT CORP.,<br><br>*Defendants*. | Civil Action No. 2:23-CV-00379-JRG-RSP |

## ORDER

Before the Court is the Joint Motion of Plaintiff Headwater Research LLC and Defendants T-Mobile USA, Inc. and Sprint Corp. for abbreviated briefing for T-Mobile's motions for leave to supplement the expert report of Laura Stamm and leave to depose Dr. Bazelon. **Dkt. No. 378**. The Court, having considered the same, is of the opinion that the Motion should be and is hereby **GRANTED**.

Therefore, it is **ORDERED** that the briefing schedule is as follows:

- Monday, October 13, 2025: T-Mobile will file its motions addressing Ms. Stamm's report and Dr. Bazelon's deposition by 5 PM CT

- Tuesday, October 14, 2025: Headwater will file its responsive briefs by 7 PM CT

Each party is limited to a one-page brief regarding Ms. Stamm. Each party is limited to a two-page brief regarding Dr. Bazelon. Any further argument is reserved for the upcoming pre-trial conference.

**SIGNED this 14th day of October, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE