# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| HEADWATER RESEARCH LLC, | § | |
| | § | |
| v. | § | CASE NO. 2:23-CV-00379-JRG-RSP |
| | § | |
| T-MOBILE US, INC., T-MOBILE USA, | § | |
| INC., and SPRINT CORP. | § | |

**Final Pretrial Conference**
**MAG. JUDGE ROY PAYNE PRESIDING**
October 15, 2025

**OPEN:** 3:01 p.m.                                                    **ADJOURN:** 5:24 p.m.

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Andrea Fair |
| | Kristopher Davis |
| | Jason Wietholter |
| | |
| ATTORNEYS FOR DEFENDANTS: | Tom Gorham |
| | Brian Rosenthal |
| | Robert Vincent |
| | Kate Dominguez |
| | Charles Sim |
| | |
| LAW CLERK: | Greg Saltz |
| | |
| COURT REPORTER: | Karen Tyler |
| | |
| COURTROOM DEPUTY: | Wendy Asbel |

Court opened. Case called. Andrea Fair introduced co-counsel and announced ready. Tom Gorham introduced co-counsel and announced ready.

This case is currently on the October 27 trial docket along with the Headwater/AT&T 2:23-cv-397 case. The Court questioned if the parties had agreed on whether AT&T or TMO would go first or vice versa. Brian Rosenthal believes that the AT&T case is ahead but they haven't discussed that with Headwater. Andrea Fair responded that that was her understanding as well but there has been no formal discussions between the parties. Jennifer Truelove, in the gallery, stated on behalf of AT&T that they are not opposed to the TMO case going ahead of AT&T but did concur that no agreement has been made between the parties.

The Court addressed the joint status report. Mr. Rosenthal noted that the parties had come to an agreement on several exhibit buckets.

The Court then turned to the arguments left in the MILS. Robert Vincent and Kate Dominguez argued for Defendants. Jason Wietholter argued for Plaintiff. The Court will take up the motions on the briefing. The Court directed the clerk to attach to the Minutes the Exhibit Dispute Buckets emailed to the Court.

The Court turned to argument on exhibits. Mr. Vincent argued for Defendants. Mr. Wietholter and Kristopher Davis argued for Plaintiff. The Court made rulings.

The Court heard argument on Defendant's Motion for Leave to Supplement Section IV of the Expert Report of Ms. Laura Stamm (Dkt. No. 380). Ms. Dominguez argued for Defendants. Mr. Davis argued for Plaintiff. The Court will take the motion up on the briefing.

The Court will take up the remaining motion on the briefing.

The Court directed each side to file a final exhibit lists that reflects the agreements and rulings, and exchange them by Friday and file them by Tuesday. If there are any issues the parties are not able to agree on as far as what has been ruled on or agreed to, file a joint notice reflecting that on Tuesday.

The hearing was adjourned.