*Headwater Research LLC v. T-Mobile US, Inc, et al*, 2:23-cv-00379-JRG-RSP

| Group # | Group Name (with General Description) | Representative Exhibit(s) | Exhibits | Basis for Objection |
|---|---|---|---|---|
| 8 | Verizon Investments | DTX 127 | DTX-126, 127, 128 | 402, 403, MIL, CMIL |
| 12 | Carrier Network Documents | PX 83 | PX 83 | F, H, MIL, R, U |
| 13 | ItsOn | PX 42, PX 45 | PX 29, 42, 45, 46, 92, 362 | A, H, R, U, MIL |
| 14 | Battery Stats | PX 389 | PX 389 | H, R, U |
| 15 | Google Battery Historian | JX 56 | JX 56 | H, R, U |