# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § § § *Plaintiff*, § v. § § T-Mobile USA Inc., et al, § § § *Defendants*. § § | Civil Action No. 2:23-cv-00379-JRG-RSP |

## ORDER

Before the Court is "T-Mobile's Motion for Leave to Supplement Section IV of the Expert Report of Ms. Laura Stamm." **Dkt. No. 380**. In the Motion, Defendants requests "a ruling that neither party may mention the Motorola settlement agreement at trial, or, in the alternative, leave to serve Section IV of the supplemental report of its damages expert, Ms. Laura Stamm, offering conditional opinions addressing the agreement." *Id*. at 1.

Having considered the Motion, the Court finds that it should be and hereby is **DENIED AS MOOT** in view of the Court's Order on the Parties' motions *in limine*.

SIGNED this 20th day of October, 2025.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE