# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC,<br><br>*Plaintiff and Counterclaim-Defendant*,<br><br>v.<br><br>T-MOBILE USA, INC. and SPRINT CORP.,<br><br>*Defendants and Counterclaimant-Plaintiffs*. | Case No. 2:23-CV-00379-JRG-RSP<br><br>**ANSWER TO COUNTERCLAIMS**<br><br>**JURY TRIAL DEMANDED** |

## HEADWATER'S ANSWER TO T-MOBILE'S COUNTERCLAIMS

Plaintiff and Counterclaim-Defendant Headwater Research LLC ("Headwater") hereby answers Defendants and Counterclaimant-Plaintiffs T-Mobile USA, Inc., and Sprint Corp.'s (collectively, "T-Mobile" or "Defendants and Counterclaim-Plaintiffs") counterclaims as follows:

## THE PARTIES

1. Headwater does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 and on that basis: denied.

2. Admitted that Headwater Research LLC is a Texas limited liability company with its headquarters at 110 North College Avenue, Suite 1116, Tyler, Texas 75702.

## JURISDICTION AND VENUE

3. Admitted.

4. Admitted.

5. Admitted.

6. Headwater admits that it has sued T-Mobile for infringement of the '541 Patent, and '613 Patent and that there is a substantial, actual, and continuing controversy between

Headwater and T-Mobile as to the infringement of the asserted patents. Headwater denies the remaining allegations of paragraph 6.

## COUNT 1
### (Declaratory Judgment of Non-Infringement of the '541 Patent)

7. Headwater incorporates the preceding paragraphs by reference, as though fully set forth herein.

8. Denied.

9. Denied.

## COUNT 2
### (Declaratory Judgment of Invalidity of the '541 Patent)

10. Headwater incorporates the preceding paragraphs by reference, as though fully set forth herein.

11. Denied.

12. Denied.

## COUNT 3
### (Declaratory Judgment of Non-Infringement of the '613 Patent)

13. Headwater incorporates the preceding paragraphs by reference, as though fully set forth herein.

14. Denied.

15. Denied.

## COUNT 4
### (Declaratory Judgment of Invalidity of the '613 Patent)

16. Headwater incorporates the preceding paragraphs by reference, as though fully set forth herein.

17. Denied.

18.     Denied.

## PRAYER FOR RELIEF

In response to T-Mobile's prayer for relief, Headwater denies that T-Mobile is entitled to any relief, including any of the relief requested in paragraphs A–E of T-Mobile's prayer for relief. Further, Headwater requests the following relief:

WHEREFORE, Headwater respectfully requests that this Court enter:

a.      A judgment in favor of Headwater that T-Mobile has infringed, either directly or indirectly, literally, under the doctrine of equivalents, or otherwise, the '541 Patent and the '613 Patent;

b.      A permanent injunction prohibiting T-Mobile from further acts of infringement of the Asserted Patents;

c.      A judgment and order requiring T-Mobile to pay Headwater its damages, enhanced damages, costs, expenses, and pre-judgment and post-judgment interest for T-Mobile's infringement of Asserted Patents;

d.      A judgment and order requiring T-Mobile to provide accountings and to pay supplemental damages to Headwater, including without limitation, pre-judgment and post-judgment interest;

e.      A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Headwater its reasonable attorneys' fees against T-Mobile; and

f.      Any and all other relief as the Court may deem appropriate and just under the circumstances.

## **JURY DEMAND**

Headwater, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

| | |
|---|---|
| Dated: October 27, 2025 | */s/ Marc Fenster* <br> Marc Fenster <br> CA State Bar No. 181067 <br> Email: mfenster@raklaw.com <br> Reza Mirzaie <br> CA State Bar No. 246953 <br> Email: rmirzaie@raklaw.com <br> Brian Ledahl <br> CA State Bar No. 186579 <br> Email: bledahl@raklaw.com <br> Ben Wang <br> CA State Bar No. 228712 <br> Email: bwang@raklaw.com <br> Adam Hoffman <br> CA State Bar No. 218740 <br> Email: ahoffman@raklaw.com <br> Dale Chang <br> CA State Bar No. 248657 <br> Email: dchang@raklaw.com <br> Paul Kroeger <br> CA State Bar No. 229074 <br> Email: pkroeger@raklaw.com <br> Neil A. Rubin <br> CA State Bar No. 250761 <br> Email: nrubin@raklaw.com <br> Kristopher Davis <br> CA State Bar No. 329627 <br> Email: kdavis@raklaw.com <br> James S. Tsuei <br> CA State Bar No. 285530 <br> Email: jtsuei@raklaw.com <br> James A. Milkey <br> CA State Bar No. 281283 <br> Email: jmilkey@raklaw.com <br> James N. Pickens <br> CA State Bar No. 307474 <br> Email: jpickens@raklaw.com <br> Philip Wang <br> CA State Bar No. 262239 <br> Email: pwang@raklaw.com <br> Ryan Lundquist <br> CO State Bar No. 56449 <br> Email: rlundquist@raklaw.com <br> Mackenzie Paladino <br> NY State Bar No. 6039366 <br> Email: mpaladino@raklaw.com <br> Matthew D. Aichele <br> VA State Bar No: 77821 <br> Email: maichele@raklaw.com <br> Minna Jay <br> CA State Bar No. 305941 <br> Email: mjay@raklaw.com <br> Jason M. Wietholter |

5

CA State Bar No. 337139
Email: jwietholter@raklaw.com
Qi (Peter) Tong
TX State Bar No. 24119042
Email: ptong@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Andrea L. Fair
TX State No. 24078488
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM-DEFENDANT, Headwater Research LLC**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who to have consented to electronic service are being served on October 27, 2025, with a copy of this document via the Court's CM/ECF system.

*/s/ Marc Fenster*
Marc Fenster