# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| HEADWATER RESEARCH LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> T-MOBILE USA, INC. *and* SPRINT § <br> CORP., § <br> § <br> *Defendants.* § <br> § | CASE NO. 2:23-CV-379-JRG-RSP <br> (Lead Case) |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Redact Portions of the October 15, 2025 Pretrial Conference Transcript. **Dkt. No. 398**. In the Motion, Plaintiff requests several redactions of individual words or phrases, which are minimal compared to the length of the transcript, the overwhelming majority of which is third-party information relating to confidential, internal features. *Id.* at 1–2. Four requested redactions are to amounts of licenses and settlement agreements, which are also confidential and related to third parties. *Id.* at 2. Having considered the Motion, and noting the unopposed nature, the Court finds that it should be and hereby is **GRANTED**.

Accordingly, it is hereby **ORDERED** that the Transcript, filed at Dkt. No. 388, be redacted according to Exhibit A attached to the Motion, filed at Dkt. No. 398-1.

**SIGNED this 9th day of November, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE